# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., | **Case No. 8:19-cv-710-MSS-TGW** |

1

INDIVIDUALLY AND D/B/A EMI LONGITUDE MUSIC, EMI ENTERTAINMENT WORLD INC. D/B/A EMI FORAY MUSIC, EMI JEMAXAL MUSIC INC., EMI FEIST CATALOG INC., EMI MILLER CATALOG INC., EMI MILLS MUSIC, INC., EMI U CATALOG INC., JOBETE MUSIC CO. INC., STONE AGATE MUSIC, SCREEN GEMS-EMI MUSIC INC., AND STONE DIAMOND MUSIC CORP.

   Plaintiffs,

 v.

BRIGHT HOUSE NETWORKS, LLC,

   Defendant.
_____/

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

 I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

 1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. UMG Recordings, Inc.
2. Capitol Records, LLC
3. Universal Music Corp.
4. Universal Music – MGB NA LLC
5. Universal Music Publishing Inc.
6. Universal Music Publishing AB
7. Universal Music Publishing Limited
8. Universal Music Publishing MGB Limited
9. Universal Music – Z Tunes LLC
10. Polygram Publishing, Inc.
11. Songs of Universal, Inc.

12. Warner Bros. Records Inc.
13. Atlantic Recording Corporation
14. Bad Boy Records LLC
15. Elektra Entertainment Group Inc.
16. Fueled By Ramen LLC
17. Nonesuch Records Inc.
18. Rhino Entertainment Company
19. Roadrunner Records, Inc.
20. WEA International Inc.
21. Warner/Chappell Music, Inc.
22. Warner-Tamerlane Publishing Corp.
23. WB Music Corp.
24. W.B.M. Music Corp.
25. Unichappell Music Inc.
26. Rightsong Music Inc.
27. Cotillion Music, Inc.
28. Intersong U.S.A., Inc.
29. Sony Music Entertainment
30. Arista Music
31. Arista Records LLC
32. LaFace Records LLC
33. Provident Label Group, LLC
34. Sony Music Entertainment US Latin
35. Volcano Entertainment III, LLC
36. Zomba Recordings LLC
37. Sony/ATV Music Publishing LLC
38. EMI Al Gallico Music Corp.
39. EMI April Music Inc.
40. EMI Blackwood Music Inc.
41. Colgems-EMI Music Inc.
42. EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music
43. EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music
44. EMI Entertainment World Inc. d/b/a EMI Foray Music
45. EMI Jemaxal Music Inc.
46. EMI Feist Catalog Inc.
47. EMI Miller Catalog Inc.
48. EMI Mills Music, Inc.
49. EMI U Catalog Inc.
50. Jobete Music Co. Inc.
51. Stone Agate Music
52. Screen Gems-EMI Music Inc.
53. Stone Diamond Music Corp.
54. Warner Music Group Corp.
55. Affiliates of Access Industries, Inc.
56. Len Blavatnik
57. BB Investments LLC

58. Bad Boy Records
59. Vivendi S.A.
60. Sony Corporation

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

At present, Plaintiffs are unaware of any such entity.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

At present, Plaintiffs are unaware of any such entity.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Dated: April 8, 2019

/s/ Bryan D. Hull
David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida  33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Matthew J. Oppenheim (pro hac vice)
Scott A. Zebrak (pro hac vice)
Jeffrey M. Gould (pro hac vice)
Kerry M. Mustico (pro hac vice)

6AL1195.DOCX

>OPPENHEIM + ZEBRAK, LLP
>4530 Wisconsin Ave. NW, 5th Fl.
>Washington, DC 20016
>Telephone:  (202) 621-9027
>matt@oandzlaw.com
>scott@oandzlaw.com
>jeff@oandzlaw.com
>kerry@oandzlaw.com
>
>Mitchell A. Kamin (pro hac vice)
>Neema T. Sahni (pro hac vice)
>Rebecca G. Van Tassell (pro hac vice)
>COVINGTON & BURLING LLP
>1999 Avenue of the Stars, Suite 3500
>Los Angeles, California 90067-4643
>Telephone: (424) 332-4800
>mkamin@cov.com
>nsahni@cov.com
>rvantassell@cov.com
>
>Jonathan M. Sperling (pro hac vice)
>Jacqueline C. Charlesworth (pro hac vice)
>COVINGTON & BURLING LLP
>The New York Times Building
>620 Eighth Avenue
>New York, NY 10018-1405
>Telephone: (212) 841-1000
>jsperling@cov.com
>jcharlesworth@cov.com
>
>*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2019, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

>/s/ Bryan D. Hull
> Attorney

5

6AL1195.DOCX