# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., WARNER BROS. RECORDS INC., ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, ROADRUNNER RECORDS, INC., WEA INTERNATIONAL INC., WARNER/CHAPPELL MUSIC, INC., WARNER-TAMERLANE PUBLISHING CORP., WB MUSIC CORP., W.B.M. MUSIC CORP., UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS LLC, PROVIDENT LABEL GROUP, LLC, SONY MUSIC ENTERTAINMENT US LATIN, VOLCANO ENTERTAINMENT III, LLC, ZOMBA RECORDINGS LLC, SONY/ATV MUSIC PUBLISHING LLC, EMI AL GALLICO MUSIC CORP., EMI APRIL MUSIC INC., EMI BLACKWOOD MUSIC INC., COLGEMS-EMI MUSIC INC., EMI CONSORTIUM MUSIC PUBLISHING INC. D/B/A EMI FULL KEEL MUSIC, EMI CONSORTIUM SONGS, INC., | **Case No. 8:19-cv-710-MSS-TGW** |

1

INDIVIDUALLY AND D/B/A EMI
LONGITUDE MUSIC, EMI
ENTERTAINMENT WORLD INC. D/B/A EMI
FORAY MUSIC, EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC., EMI MILLER
CATALOG INC., EMI MILLS MUSIC, INC.,
EMI U CATALOG INC., JOBETE MUSIC CO.
INC., STONE AGATE MUSIC, SCREEN
GEMS-EMI MUSIC INC., AND STONE
DIAMOND MUSIC CORP.

        Plaintiffs,
v.

BRIGHT HOUSE NETWORKS, LLC,

        Defendant.
_____/

## JOINT CONSENT MOTION AND STIPULATED BRIEFING SCHEDULE RELATED TO DEFENDANT BRIGHT HOUSE NETWORKS, LLC'S MOTION TO DISMISS PLAINTIFFS' CLAIM FOR VICARIOUS LIABILITY

The parties, by and through their respective counsel, jointly move this Court for an Order establishing a briefing schedule related to Defendant Bright House Networks, LLC's ("Bright House") Motion to Dismiss Plaintiffs' Claim for Vicarious Liability, and in support state as follows:

On May 28, 2019, Bright House filed its Motion to Dismiss Plaintiffs' Claim for Vicarious Liability (the "Partial Motion to Dismiss"), requesting this Court to dismiss one of the two claims asserted by Plaintiffs.

Subject to this Court's approval, and for good cause shown, the Parties request this Court to enter an Order setting a briefing schedule as follows:

    1.    The Parties agree that Plaintiffs shall have until July 1, 2019 to file a response to Defendant's Partial Motion to Dismiss.

2. The Parties further agree that while the Partial Motion to Dismiss is pending, Bright House is not required to answer the other count of the Complaint it has not moved to dismiss. *See Pushko v. Klebener*, No. 3:05-CV-211-J-25HTS, 2005 WL 7460162, at *1 (M.D. Fla. June 10, 2005); *Jacques v. First Liberty Ins. Corp.*, No. 8:16-CV-1240-T-23TBM, 2016 WL 3221082, at *1 (M.D. Fla. June 9, 2016). Additionally, the Parties agree that Bright House will have fourteen (14) days to answer the Complaint after the Court enters its ruling on the Partial Motion to Dismiss. *See* Fed. R. Civ. P. 12(a)(4).

WHEREFORE, the Parties respectfully request that this Court enter an Order setting a briefing schedule related to Defendant's Partial Motion to Dismiss whereby (1) Plaintiffs shall file a response to the Partial Motion to Dismiss no later than July 1, 2019, (2) Defendant shall not be required to file an answer to the Complaint until this Court has entered its ruling on the Partial Motion to Dismiss; and (3) Defendant shall file an answer to the Complaint within 14 days after this Court enters its ruling on the Partial Motion to Dismiss.

/s/ Jonathan M. Sperling
Jonathan M. Sperling (pro hac vice)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin (pro hac vice)
Neema T. Sahni (pro hac vice)
Rebecca G. Van Tassell (pro hac vice)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com

/s/__William J. Schifino, Jr.__
William J. Schifino Jr.
Florida Bar No. 564338
John A. Schifino
Florida Bar No. 72321
Giovanni P. Giarratana
Florida Bar No. 125848
GUNSTER, YOAKLEY & STEWART, P.A.
401 East Jackson Street, Suite 2500
Tampa, Florida 33602
Email: wschifino@gunster.com
Email: jschifino@gunster.com
Email: ggiarratana@gunster.com

Michael S. Elkin *(pro hac vice)*
Thomas Patrick Lane *(pro hac vice)*

3

nsahni@cov.com
rvantassell@cov.com

Matthew J. Oppenheim (pro hac vice)
Scott A. Zebrak (pro hac vice)
Jeffrey M. Gould (pro hac vice)
Kerry M. Mustico (pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

Seth E. Spitzer *(pro hac vice)*
Stacey Foltz Stark *(pro hac vice)*
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
E-mail: melkin@winston.com
E-mail: tlane@winston.com
E-mail: sspitzer@winston.com
E-mail: sfstark@winston.com

Jennifer A. Golinveaux *(pro hac vice)*
Winston & Strawn LLP
101 California Street
Fax: 415.591.1400
E-mail: jgolinveaux@winston.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I certify that on May 28, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

                                             *s/ William J. Schifino, Jr.*
                                             Attorney