UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiff,

v.                                          CASE NO. 8:19-cv-710-T-35TGW

BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon Defendant Bright House Networks, LLC's Motion to Compel Discovery (Doc. 64). The motion does not comply with Local Rule 3.04(a), which provides that:

> A motion to compel discovery pursuant to Rule 36 or Rule 37, Fed. R. Civ. P., shall include quotation in full of each interrogatory... or request for production to which the motion is addressed; each of which shall be followed immediately by quotation in full of the objection and grounds therefor as stated by the opposing party...immediately followed by a statement of the reason the motion should be granted.

The import of this rule is that the objections and reasons why a document request should be ordered should follow <u>each</u> request for production. This procedure facilitates the court's resolution of the motion, especially in this

circumstance where there are numerous disputed discovery requests.

Additionally, the court notes that the requests for all documents "refer[ring] to" or "reflect[ing]" a subject matter (see Doc. 64, pp. 6, 7) are, on their face, overbroad, as they literally require the opposing party to examine all of their documentation. Furthermore, a request for documents that "concern" a subject matter (see, e.g., id. at p. 15) is vague, as the scope of the request is unclear.

It is, therefore, upon consideration,

ORDERED:

That the Defendant Bright House Networks, LLC's Motion to Compel Discovery (Doc. 64) be, and the same is hereby, **DENIED** without prejudice.

DONE and ORDERED at Tampa, Florida, this 30th day of Oct., 2019.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

2