**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.   **Case No. 8:19-cv-710-MSS-TGW**

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

---

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY CASE SCHEDULE**

Plaintiffs UMG Recordings, Inc., *et al.*, by and through undersigned counsel, hereby respectfully move the Court to modify the schedule jointly proposed by the parties in the Case Management Report (ECF No. 34). The sole requested change is to adjust the deadline to amend pleadings to add parties from December 2, 2019 to **January 6, 2020**. Defendant Bright House Networks, LLC ("Bright House") consents to the relief sought herein.

In support of their motion, Plaintiffs state as follows:

1. On June 5, 2019, the Parties filed a Case Management Report (**ECF No. 34**) in accordance with Fed. R. Civ. P. 26(f) and Local Rule 3.05(c).

2. The Court has not yet entered a Case Management and Scheduling Order in response to the Case Management Report.

3. Plaintiffs now contemplate that additional time may be required to confirm that all appropriate entities have been named as plaintiffs in this action, beyond the deadline of December 2, 2019 proposed in the prior Case Management Report. A new deadline to join parties of **January 6, 2020** will accommodate this need.

4. The case schedule will be otherwise unchanged from that set forth in the Case Management Report. No other deadlines would be modified, and Plaintiffs do not expect this amendment to affect this case's progress. Bright House has not yet answered the Complaint; discovery is in its early stages; no depositions have been taken or scheduled; the trial date included within the Case Management Report is more than a year away. Plaintiffs are not asking for any modification or extension of any other deadline in the Case Management Report. As such, granting the requested extension would not alter the balance of the case schedule.

5. Under the requested modification, Plaintiffs' deadline to amend their complaint *except* as to joinder of parties would remain December 2, 2019, as previously proposed, meaning Plaintiffs would not be able to add new *causes of action* after such date. Plaintiffs' deadline to amend the works at issue (Exhibits A and B) will also remain February 14, 2020, as previously proposed.

6. Pursuant to Local Rule 3.01(g), Plaintiffs certify that they have conferred with counsel for Bright House regarding this motion and Bright House has consented to the relief requested herein.

Accordingly, Plaintiffs respectfully request that the Court modify the schedule jointly proposed by the parties in the Case Management Report by extending the deadline to amend the pleadings to join parties to January 6, 2020.

Dated: November 1, 2019                                              Respectfully submitted,

 /s/ *Mitchell A. Kamin*
Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneil@cov.com

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire

Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November, 2019 a true and correct copy of the foregoing was filed and served with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

          *s/     Mitch Kamin*
          Covington & Burling LLP