# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC. *et al.*<br><br>            Plaintiffs,<br>     v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>            Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

## NOTICE OF PROPOSED AMICUS CURIAE BRIEF

Please take notice that on November 11, 2019, twenty-three intellectual property law professors brought forth a motion for leave to file an amicus brief, as well as the proposed amicus brief, in the matter pending in the District of Colorado, *Warner Bros. Records Inc., et al., v. Charter Communications, Inc.* For the Court's consideration, Bright House attaches the Motion for Leave as Exhibit 1 and the Proposed Amicus as Exhibit 2.

This amicus brief is in support of Charter Communications, Inc.'s ("Charter") Objections to the Magistrate Judge's Recommendation (the "Magistrate Recommendation") regarding the direct financial benefit prong of vicarious liability in relation to Charter's Motion to Dismiss Plaintiffs' claim for vicarious liability, which is similar to Bright House's Motion to Dismiss [Dkt. 38] currently pending before this Court. The District Court has not yet adopted the Magistrate's Recommendation.

Dated: November 13, 2019           Respectfully submitted,

Michael S. Elkin                   GUNSTER, YOAKLEY &
Thomas Patrick Lane                STEWART, P.A.

| | |
|---|---|
| Seth E. Spitzer<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 294-6700 (telephone)<br>(212) 294-4700 (facsimile)<br>Email: melkin@winston.com<br>Email: tlane@winston.com<br>Email: sspitzer@winston.com | 401 E. Jackson St., Ste. 2500<br>Tampa, FL 33602<br>(813) 228-9080 (telephone)<br>(813) 228-6739 (facsimile)<br>*s/ William J. Schifino, Jr.*<br>William J. Schifino, Jr., Florida Bar<br>Number 564338<br>Email: wschifino@gunster.com<br>Jennifer A. Golinveaux<br>Erin R. Ranahan<br>Shilpa A. Coorg<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA  94111-5840<br>(415) 591-1506 (telephone)<br>(415) 591-1400 (facsimile)<br>Email: jgolinveaux@winston.com<br>Email: eranahan@winston.com<br>Email: scoorg@winston.com<br>*Attorneys for Defendant Bright House Networks, LLC* |

## **CERTIFICATE OF SERVICE**

I certify that on November 13, 2019, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*s/ William Schifino, Jr.*
William Schifino, Jr.

2