**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

    v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

## PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ADD PARTIES

Plaintiffs UMG Recordings, Inc., *et al.*, by and through undersigned counsel, hereby submit this Motion for Leave to File An Amended Complaint to Add Parties.

In support of their motion, Plaintiffs state as follows:

1. On June 5, 2019, the Parties filed a Case Management Report (**ECF No. 34**) in accordance with Fed. R. Civ. P. 26(f) and Local Rule 3.05(c), setting the deadline to amend pleadings to add parties as December 2, 2019.

2. On November 1, 2019, Plaintiffs filed an Unopposed Motion to Modify Case Schedule (**ECF No. 67**), requesting a modification of the deadline to amend pleadings to add parties to January 6, 2020, "in order to confirm that all appropriate entities have been named as plaintiff in this action."

3. On November 4, 2019, the Court entered the Case Management and Scheduling Order (**ECF No. 68**).

4. On November 5, 2019 the Court granted Plaintiffs' Unopposed Motion to Modify Case Schedule (**ECF No. 69**), providing that Plaintiffs "shall have up to and including January 6,

2020 to add parties."

5. Accordingly, Plaintiffs seek leave to add certain entities as plaintiffs in this action, including as substitution for Roadrunner Records, Inc. Plaintiffs also seek to make minor changes to the names of certain plaintiffs.

6. A proposed First Amended Complaint reflecting the proposed amendments in redline is attached hereto as Exhibit 1. As contemplated by the Case Management and Scheduling Order, Plaintiffs will file amended versions of Exhibit A (list of sound recordings as issue) and Exhibit B (list of compositions at issue) to the Complaint on or before February 14, 2020.

7. Pursuant to Rule 15(a), the "Court should freely give leave" to amend a pleading "when justice so requires." Fed. R. Civ. P. 15(a)(2); *see also Foman v. Davis*, 371 U.S. 178, 182 (1962). Leave to amend should be granted unless "there has been undue delay, bad faith, dilatory motive, or repeated failure to cure deficiencies by amendments previously allowed," "allowing amendment would cause undue prejudice to the opposing party," or "amendment would be futile." *Bryant v. Dupree*, 252 F.3d 1161, 1163 (11th Cir. 2001). Further, the Federal Rules contemplate that the Court may, on motion, add or drop parties to an action. *See* Fed. R. Civ. P. 21; *see also* Fed. R. Civ. P. 20(a)(1).

8. Here, Plaintiffs have exercised diligence in determining the appropriate entities to name as plaintiffs in this case, and they have complied with the Court's Case Management and Scheduling Order deadline regarding the addition of plaintiffs. Plaintiffs' proposed amendments will cause no prejudice to Bright House, and there is no issue of futility, particularly because the amendments do not change the works or claims at issue in this litigation.

9. Pursuant to Local Rule 3.01(g), Plaintiffs certify that they conferred with counsel

for Bright House regarding this motion. On January 6, 2020, counsel for Bright House notified counsel for Plaintiffs that Bright House did not consent to Plaintiffs' requested relief.

Accordingly, Plaintiffs respectfully request that the Court grant them leave to file an Amended Complaint as described above.

Dated: January 6, 2019

*/s/ Mitchell A. Kamin*
Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
Mark Chen (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling (*pro hac vice*)
William O'Neill (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneill@cov.com

Megan M. O'Neill (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913

for Bright House regarding this motion. On January 6, 2020, counsel for Bright House notified counsel for Plaintiffs that Bright House did not consent to Plaintiffs' requested relief.

Accordingly, Plaintiffs respectfully request that the Court grant them leave to file an Amended Complaint as described above.

Dated: January 6, 2019

*/s/ Mitchell A. Kamin*
Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
Mark Chen (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
mychen@cov.com

Jonathan M. Sperling (*pro hac vice*)
William O'Neill (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
woneill@cov.com

Megan M. O'Neill (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
moneill@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913

Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
Kerry M. Mustico (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*

— 5 —

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on January 6, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

                                                  */s/ Mitchell A. Kamin*
                                                  Attorney