UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
Plaintiff,
v.

CASE NO. 8:19-cv-710-T-35TGW

BRIGHT HOUSE
NETWORKS, LLC,
Defendant.

_____/

## ORDER

THIS CAUSE came on to be heard upon the Plaintiffs' Motion to Compel Further Discovery Responses and Production of Documents (Doc. 74) and Defendant Bright House Networks, LLC's Motion to Compel Discovery (Doc. 80). At the hearing, the plaintiffs expressly waived any claim for actual damages.

For the reasons stated at the hearing, it is

ORDERED:

1. That Plaintiffs' Motion to Compel Further Discovery Responses and Production of Documents (Doc. 74) is **GRANTED in PART, and DENIED in PART**, as follows:

   a. Interrogatory No. 11 is **GRANTED as to the time period of March 1, 2012 to May 31, 2016.**

b. Interrogatory No. 12 is **DENIED**.

c. Request for Production No. 18 is **GRANTED as to the discovery time period**.

d. Request for Production No. 19 is **GRANTED as to the discovery period**.

e. Request for Production No. 20 is **DENIED as MOOT** and overbroad.

f. Request for Production No. 8 is **GRANTED as to:** DCMA policies, repeat infringer policies, and acceptable use policies for the discovery period.

g. Request for Production No. 2 is **GRANTED as to:** full infringement data for subscribers identified by the plaintiffs in infringement notices during the discovery time period.

h. Request for Production No. 4 is **DENIED without prejudice**.

i. Request for Production No. 15 is **DENIED without prejudice**.

The defendant has 60 days to answer these interrogatories and produce these documents.

2. Defendant Bright House Networks, LLC's Motion to Compel Discovery (Doc. 80) is **GRANTED in PART, and DENIED in**

2

PART, as follows:

    a. Narrowed Request for Production No. 5 is **GRANTED as to** certificates of registration, work-for-hire agreements and chain of title documents.

    b. Narrowed Request for Production No. 3 is **GRANTED for the time period back to January 8, 2010.**

    c. Narrowed Request for Production No. 8 is **GRANTED**.

    d. Narrowed Request for Production No. 9 is **DENIED as WITHDRAWN**.

    e. Narrowed Request for Production No. 71 is **DENIED**.

    f. Narrowed Request for Production No. 72 is **GRANTED**.

    g. Narrowed Request for Production No. 76 is **DENIED**.

    h. Narrowed Request for Production No. 77 is **DENIED**.

    i. Narrowed Request for Production No. 2 is **GRANTED as to** the versions of the works that are at issue in the case.

The plaintiffs have 60 days to produce these documents.

DONE and ORDERED at Tampa, Florida, this 9th day of January, 2020.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE