**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UMG RECORDINGS, INC., CAPITOL RECORDS, LLC, UNIVERSAL MUSIC CORP., UNIVERSAL MUSIC – MGB NA LLC, UNIVERSAL MUSIC PUBLISHING INC., UNIVERSAL MUSIC PUBLISHING AB, UNIVERSAL MUSIC PUBLISHING LIMITED, UNIVERSAL MUSIC PUBLISHING MGB LIMITED, UNIVERSAL MUSIC – Z TUNES LLC, UNIVERSAL/MCA MUSIC LIMITED, UNIVERSAL/MCA MUSIC PUBLISHING PTY. LIMITED, MUSIC CORPORATION OF AMERICA, INC., MUSIK EDITION DISCOTON GMBH, POLYGRAM PUBLISHING, INC., SONGS OF UNIVERSAL, INC., WARNER RECORDS INC. (F/K/A WARNER BROS. RECORDS INC.), ATLANTIC RECORDING CORPORATION, BAD BOY RECORDS LLC, ELEKTRA ENTERTAINMENT GROUP INC., FUELED BY RAMEN LLC, MAVERICK RECORDING COMPANY, NONESUCH RECORDS INC., RHINO ENTERTAINMENT COMPANY, THE ALL BLACKS U.S.A., INC., WARNER MUSIC INC., WARNER RECORDS/SIRE VENTURES LLC, WEA INTERNATIONAL INC., WARNER CHAPPELL MUSIC, INC. (F/K/A WARNER/CHAPPELL MUSIC, INC.), WARNER-TAMERLANE PUBLISHING CORP., W CHAPPELL MUSIC CORP. D/B/A WC MUSIC CORP. (F/K/A WB MUSIC CORP.), W.C.M. MUSIC CORP. (F/K/A W.B.M. MUSIC CORP.), UNICHAPPELL MUSIC INC., RIGHTSONG MUSIC INC., COTILLION MUSIC, INC., INTERSONG U.S.A., INC., CHAPPELL & CO. INC., SONY MUSIC ENTERTAINMENT, ARISTA MUSIC, ARISTA RECORDS LLC, LAFACE RECORDS

Case No. 8:19-cv-710-MSS-TGW

1

LLC, PROVIDENT LABEL GROUP, LLC,
SONY MUSIC ENTERTAINMENT US LATIN,
THE CENTURY FAMILY, INC., VOLCANO
ENTERTAINMENT III, LLC, ZOMBA
RECORDINGS LLC, SONY/ATV MUSIC
PUBLISHING LLC, EMI AL GALLICO
MUSIC CORP., EMI APRIL MUSIC INC., EMI
BLACKWOOD MUSIC INC., COLGEMS-EMI
MUSIC INC., EMI CONSORTIUM MUSIC
PUBLISHING INC. D/B/A EMI FULL KEEL
MUSIC, EMI CONSORTIUM SONGS, INC.,
INDIVIDUALLY AND D/B/A EMI
LONGITUDE MUSIC, EMI
ENTERTAINMENT WORLD INC. D/B/A EMI
FORAY MUSIC, EMI JEMAXAL MUSIC INC.,
EMI FEIST CATALOG INC., EMI MILLER
CATALOG INC., EMI MILLS MUSIC, INC.,
EMI U CATALOG INC., FAMOUS MUSIC
LLC, JOBETE MUSIC CO. INC., STONE
AGATE MUSIC, SCREEN GEMS-EMI MUSIC
INC., AND STONE DIAMOND MUSIC CORP.

Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

Defendant.

## AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies

that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. UMG Recordings, Inc.
2. Capitol Records, LLC
3. Universal Music Corp.
4. Universal Music – MGB NA LLC
5. Universal Music Publishing Inc.
6. Universal Music Publishing AB
7. Universal Music Publishing Limited
8. Universal Music Publishing MGB Limited
9. Universal Music – Z Tunes LLC
10. Universal/MCA Music Limited
11. Universal/MCA Music Publishing Pty. Limited
12. Music Corporation of America, Inc.
13. Polygram Publishing, Inc.
14. Songs of Universal, Inc.
15. Warner Records Inc. (f/k/a Warner Bros. Records Inc.)
16. Atlantic Recording Corporation
17. Bad Boy Records LLC
18. Elektra Entertainment Group Inc.
19. Fueled By Ramen LLC
20. Maverick Recording Company
21. Nonesuch Records Inc.
22. Rhino Entertainment Company
23. The All Blacks U.S.A., Inc.
24. Warner Music Inc.
25. Warner Records/SIRE Ventures LLC
26. WEA International Inc.
27. Warner Chappell Music, Inc. (f/k/a Warner/Chappell Music, Inc.)
28. Warner-Tamerlane Publishing Corp.
29. W Chappell Music Corp. d/b/a WC Music Corp. (f/k/a WB Music Corp.)
30. W.C.M. Music Corp. (f/k/a W.B.M. Music Corp.)
31. Unichappell Music Inc.
32. Rightsong Music Inc.
33. Cotillion Music, Inc.
34. Intersong U.S.A., Inc.
35. Sony Music Entertainment
36. Arista Music
37. Arista Records LLC
38. LaFace Records LLC
39. Provident Label Group, LLC
40. Sony Music Entertainment US Latin
41. The Century Family, Inc.
42. Volcano Entertainment III, LLC

    43.    Zomba Recordings LLC
    44.    Sony/ATV Music Publishing LLC
    45.    EMI Al Gallico Music Corp.
    46.    EMI April Music Inc.
    47.    EMI Blackwood Music Inc.
    48.    Colgems-EMI Music Inc.
    49.    EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music
    50.    EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music
    51.    EMI Entertainment World Inc. d/b/a EMI Foray Music
    52.    EMI Jemaxal Music Inc.
    53.    EMI Feist Catalog Inc.
    54.    EMI Miller Catalog Inc.
    55.    EMI Mills Music, Inc.
    56.    EMI U Catalog Inc.
    57.    Famous Music LLC
    58.    Jobete Music Co. Inc.
    59.    Stone Agate Music
    60.    Screen Gems-EMI Music Inc.
    61.    Stone Diamond Music Corp.
    62.    Warner Music Group Corp.
    63.    Affiliates of Access Industries, Inc.
    64.    Len Blavatnik
    65.    BB Investments LLC
    66.    Bad Boy Records
    67.    Vivendi S.A.
    68.    Sony Corporation

    2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

At present, Plaintiffs are unaware of any such entity.

    3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

At present, Plaintiffs are unaware of any such entity.

    4.    The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

Dated: January 21, 2020

/s/Mitchell A. Kamin
Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Matthew J. Oppenheim
Scott A. Zebrak
Jeffrey M. Gould
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027

                    matt@oandzlaw.com
                    scott@oandzlaw.com
                    jeff@oandzlaw.com
                    kerry@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 21, 2020, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/Mitchell A. Kamin*
Attorney