## Exhibit Index

| Number | Title |
|---|---|
| 1 | July 6, 2011 Copyright Alert System's Memorandum of Understanding ("CAS MOU") |
| 2 | February 27, 2013 Press Release – "Comcast Launches Copyright Alert System" |
| 3 | Press Release – "Verizon Copyright Alert Program" |
| 4 | January 21, 2010 Press Release – "Verizon: we're not cutting off users over copyright claims" |
| 5 | October 12, 2012 Press Release – "AT&T Starts Six-Strikes Anti-Piracy Plan Next Month, Will Block Websites" |
| 6 | September 16, 2013 Press Release – "AT&T Promises (Again) Not To Disconnect Your Account If It Suspects You Of Illegally Downloading (T)" |
| 7 | August 9, 2001 – FCC Notice of Inquiry |
| 8 | March 2016 Council of Economic Advisers Issue Brief: "The Digital Divide and Economic Benefits of Broadband Access" |
| 9 | April 11, 2013 Remarks of Commissioner Jessica Rosenworcel FCC – 20 Years of Connecting Schools and Libraries: Policy Summit Washington, DC" |
| 10 | Federal Register / Vol. 84, No. 146 / July 30, 2019 – "Promoting Telehealth for Low-Income Consumers," Notice of Inquiry, 33 FCC Rcd 7825 ¶ 1 (Aug. 3, 2018) |