# Exhibit 3



Published on *About Verizon* (https://www.verizon.com/about)

Home > Verizon Copyright Alert Program

# Verizon Copyright Alert Program

Verizon respects the intellectual property rights of third parties. Accordingly, you may not use Verizon's network, systems or servers to transmit, upload, download, post or submit any content, images or data in any manner that constitutes an infringement of third party intellectual property rights, including under US copyright law. You understand and agree that any and all use of the Service, as defined in the Verizon Online Terms of Service ("Terms of Service") is subject to the terms of Verizon's Copyright Alert Program, which are detailed below, and incorporated by reference into the Terms of Service and Verizon's Acceptable Use Policy ("AUP"). From time to time we may make revisions to these terms, effective upon posting of such revisions to the Verizon Website, as defined in the Terms of Service. The specific details and terms of Verizon's Copyright Alert Program are as follows:

| | |
|---|---|
| **What is Verizon's Copyright Alert Program?** | The Verizon Copyright Alert Program informs you about possible copyright infringement on your Internet service account (like unlawful video or audio file sharing) so that you, as the account owner, can take steps to prevent any future possible infringement. File sharing copyrighted material without the permission of the copyright owner or its authorized representative is in many instances unlawful and can subject infringers to potential civil and criminal liability. The unlawful use of copyrighted materials also violates Verizon's Terms of Service and Acceptable Use Policy, which can be found by clicking on the "Terms and Conditions" link at the bottom of any page of our Website.<br><br>The Copyright Alert Program is designed to promote education and awareness of copyright issues and does not include termination of service at any stage of the process. |
| **Why is Verizon participating in the Copyright Alert Program?** | In 2011, Verizon joined an agreement with other Internet Service Providers, music labels, and movie studios to develop a new Copyright Alert Program. The agreement establishes a more standard approach to sending copyright alerts about possible copyright infringements and provides customers with information about copyrights and ways to obtain music, video and other copyrighted material legally.<br><br>We are changing the way we will inform you about possible copyright infringements on your account and how we require customers to acknowledge receiving copyright alerts.The Copyright |

Alert Program will use a series of email alerts and pop-up screens to let you know that your account is potentially being used for copyright infringement. For customers who fail to stop allegedly infringing activity over their Internet connection and who continue to receive copyright alerts, we will also be instituting temporary Internet speed reductions of 2 or 3 days for customers who receive at least 5 alerts.

The program uses a series of alerts to let you know that your account is being used for possible copyright infringement.

**First and Second Alerts:**

- Are delivered by email and automatic voicemail to the telephone number we have on file for you.
- Notify you that one or more copyright owners have reported that they believe your account has been involved in possible copyright infringement activity.
- Provide a link to information on how to check to see if file sharing software is operating on your computer (and how to remove it) and tell you where to find information on obtaining content legally.

**Third and Fourth Alerts:**

**How does Verizon's Copyright Alert Program work?**

- Redirect your browser to a special web page where you can review and acknowledge receiving the alerts.
- Provide a short video about copyright law and the consequences of copyright infringement.
- Require you to click on an "acknowledgement" button before you will be able to freely browse the Internet. Clicking the acknowledgement button does not require you to admit that you or anyone else actually engaged in any infringing activity, only that you have received the alert.

**Fifth and Sixth Alerts:**

- Redirect your browser to a special web page where you will be given several options. You can:
- Agree to an immediate temporary (2 or 3 day) reduction in the speed of your Internet access service to 256kbps (a little faster than typical dial-up speed);
- Agree to the same temporary (2 or 3 day) speed reduction but delay it for a period of 14 days; or
- Ask for a review of the validity of your alerts by the American Arbitration Association (AAA). There is a $35 review fee (that you will get back if you win). For subscribers who meet certain need-based eligibility criteria, the review fee will be waived by the AAA.

**What if I think the alerts I**

You can file an appeal at any time after you receive your fifth or sixth alert and before the temporary speed reduction begins. The temporary speed reduction will not be implemented while your

| | |
|---|---|
| **received are wrong?** | review is pending with AAA. If the AAA finds in your favor, your Internet speed will not be reduced and your review fee will be refunded. We will also remove all notices of alleged infringement from your account. If the AAA finds that the alerts are valid, the temporary 2 or 3 day speed reduction will be applied to your Internet service. The review process is confidential and the AAA will not identify you to the copyright owner(s) who have sent the notices of alleged copyright infringement unless you authorize it to do so. Please visit www.copyrightinformation.org [1] for more information on the appeals process. |
| **How does Verizon know my account may be involved?** | Copyright owners use certain automated techniques to identify Internet users who they believe are engaged in possible illegal file sharing. When they find this kind of activity, the copyright owners send Verizon the name of the copyrighted work alleged to be infringed and the Internet Protocol (IP) address of the computer that is suspected of sharing copyrighted content. Verizon matches the IP address to the specific customer who was assigned that IP address at the time of the activity, and then notifies our customer of the possible copyright infringement. |
| **How does Verizon protect my privacy?** | The copyright owners do not know the actual identity of the user assigned to the IP address associated with activity that they believe may be illegal. While we know which customer was assigned to the IP address, we do not share that information with the copyright owners as part of the Copyright Alert Program. **Verizon will always respect your privacy and will not share information that identifies you personally or provide your identity to copyright owners without a legal requirement to do so (such as a subpoena or court order).** |
| **Where do I get more information?** | For more information about Verizon's Copyright Alert Program, please visit business.verizon.com/copyrightfaq [2]. You can also visit the Center for Copyright Information's website at www.copyrightinformation.org [3] for additional information on copyright alerts, as well as information on where to find movies, television shows and music legally. |

**Source URL:** https://www.verizon.com/about/terms-conditions/verizon-copyright-alert-program