# Exhibit 4



SUBSCRIBE          SIGN IN

*POLICY —*

# Verizon: we're not cutting off users over copyright claims

Despite a report to the contrary, Verizon has not committed to a "three- ...

**NATE ANDERSON** - 1/21/2010, 6:06 PM



Can you hear me now on my CDMA-equipped iPhone? Good, because it doesn't exist.

A stunning turn of events yesterday: CNET announced that Verizon "appears to have adopted an approach to illegal file sharing that sounds very similar to one promoted and pushed heavily by the music industry." That approach? Graduated response, complete with disconnections for repeat offenders.

And it wasn't just a rumor. After claiming that "warnings to accused file sharers" could lead to a "service interruption" for those users, the site then quoted Verizon's Bobbi Henson: "We've cut some people off."



Join Ars Technica and

## Get Our Best Tech Stories

**DELIVERED STRAIGHT TO YOUR INBOX.**

> Email address

SIGN ME UP

Will be used in accordance with our <u>Privacy Policy</u>

But Verizon says it's not true.

Everything about the story was extraordinary, since the RIAA has been trying to round up such ISP support for more than a year with no public success to date (some ISPs are forwarding warning letters, however). Getting Verizon on board with sanctions would be a major coup for the music industry, and would be a remarkable development coming from the company, which has always been publicly resistant to playing copyright cop on the Internet.

We checked in with Henson, who describes the story as a "misunderstanding by CNET of something I said which resulted in story inaccuracies."

According to her, nothing has changed at Verizon. The company forwards copyright infringement notices to consumers, and it says that program alone has been quite successful at reducing repeated infringement claims. It has also "not resulted in the termination of any Verizon customer's service."

Henson stressed that Verizon "could" disconnect someone over the issue; in fact, nearly all ISPs have similar provisions as part of their terms of service or acceptable use policy. But the company has not done so, and has no plans to do so.

"Our goal is to protect our customers' privacy and due process rights while recognizing the importance of copyright protection and acquiring content legally," according to a statement forwarded to us by Verizon. "We believe our program strikes a reasonable approach and is working very well."

CNET has just issued a defense of its reporting which relies on a reporter's notes of the conversation. Henson tells us that the comments were only about what Verizon could do, but that she never claimed such cutoffs had happened.

Who knows what happened... and in the end, it doesn't matter, because the final result is the same: Verizon still publicly refuses to adopt graduated response sanctions.

READER COMMENTS                                                              SHARE THIS STORY

---

**NATE ANDERSON**

Nate is the deputy editor at Ars Technica, where he oversees long-form feature content and writes about technology law and policy. He is the author of *The Internet Police: How Crime Went Online, and the Cops Followed*.

**EMAIL** nate@arstechnica.com // **TWITTER** @natexanderson

## Subscribe to Ars Pro++ and get a free Yubikey

Ars Pro++ is ad and tracker free, and offers the best reading experience. The hardware authenticating Yubikey is available world-wide. Upgrade your tech life!

LEARN MORE



SITREP: DOD Resets Ballistic


Missile Interceptor program


SITREP: DOD's New Long-Range Air-to-Air Missile Aims to "Outstick" China


Army's New Pistol Has Had Some Misfires


Army's Next (Vertical) Lift En

**WATCH**
SITREP: DOD Resets Ballistic Missile Interceptor program

program

Kill vehicle contract cancelled for lack of progress.



⊕ **More videos**

← PREVIOUS STORY                                    NEXT STORY →

## Sponsored Stories
Powered by


**Spend $49 or More at Macy's Black Friday Sale and Get Free Shipping**
Macy's


**Here's Everything Coming To Netflix In December**
Refinery29


**Thinking of adding MongoDB to your database architecture? Here's a start.**
https://www.studio3t.com


**These symptoms may result to Psoriatic Arthritis. Find results**
pr.offer-psoriaticarthritis.com


**SAVINGS UP TO $2,000 PER SUITE**
Travel Leaders

**[Pics] People Never Noticed This Iconic Mistake On Married With Children**
Direct Expose

## Today on Ars

Quantum computing's also-rans and their fatal flaws

Google attempts to protect users from sketchy stem cell clinics

Dealmaster: The best Black Friday gaming deals for PS4, Switch, and Xbox

Dealmaster: All the Apple devices worth buying at Black Friday prices

Election polls aren't broken, but they still can't predict the future

Half an operating system: The triumph and tragedy of OS/2

Dealmaster: All the best Black Friday 2019 tech deals we can find

Rocket Report: Cornwall locals protest spaceport, China's toxic rocket problem

STORE                    CONTACT US                              NEWSLETTER SIGNUP

SUBSCRIBE

ABOUT US

RSS FEEDS

VIEW MOBILE SITE

STAFF

ADVERTISE WITH US

REPRINTS

Join the Ars Orbital Transmission mailing list to get weekly updates delivered to your inbox.

SIGN ME UP →

CNMN Collection

WIRED Media Group

© 2019 Condé Nast. All rights reserved. Use of and/or registration on any portion of this site constitutes acceptance of our User Agreement (updated 5/25/18) and Privacy Policy and Cookie Statement (updated 5/25/18) and Ars Technica Addendum (effective 8/21/2018). Ars may earn compensation on sales from links on this site. Read our affiliate link policy.

Your California Privacy Rights

The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast.

Ad Choices