UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
Plaintiff,
v.                                                   CASE NO. 8:19-cv-710-T-35TGW

BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

## ORDER

THIS CAUSE came on to be heard upon the Plaintiffs' Expedited Motion for Continuance of March 9, 2020 Deadline to Produce Documents (Doc. 120).

It is, upon consideration

ORDERED:

That the Plaintiffs' Expedited Motion for Continuance of March 9, 2020 Deadline to Produce Documents (Doc. 120) is hereby **GRANTED**. Accordingly, the plaintiffs' deadline to produce documents responsive to **RFP 2, 3 and 5** is extended to **May 1, 2020**. Additionally, the plaintiffs' deadline to produce documents responsive to **RFP 8** is extended until 30 days after the plaintiffs' objection is ruled upon, in the event the objection is denied. The plaintiffs are cautioned that additional extensions

of time are disfavored.

    DONE and ORDERED at Tampa, Florida, this 4th day of March, 2020.

*/s/ Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE