UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

### DECLARATION OF ERIN R. RANAHAN IN SUPPORT OF DEFENDANT'S REPLY TO RE-DESIGNATE CASE TO TRACK THREE

I, Erin R. Ranahan, hereby declare:

1. I am a partner of the firm Winston & Strawn, LLP, attorneys of record for Defendant Bright House Networks, LLC ("BHN"). I submit this declaration in support of BHN's Reply in Support of its Motion to Re-Designate Case to Track Three ("Reply"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the March 13, 2020 email Ms. Neema T. Sahni, counsel for Plaintiffs, sent to Charter's counsel.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Court's March 17, 2020 Order in *Warner Records Inc. et al v. Charter Commc'ns, Inc.*, 8:19-cv-00710-MSS-TGW (D. Colo.) ECF No. 146.

4. On March 24, 2020, I emailed Plaintiffs' counsel seeking if Plaintiffs would consent to Charter's motion to seek leave to file a reply in support of BHN's Reply. Plaintiffs indicated that they would need more time to consider the request. BHN delayed the filing several days in an effort to obtain Plaintiffs' consent. A true and correct copy of the full correspondence

1

between March 24 and March 25, 2020 is attached hereto as **Exhibit 3**. On March 26, I spoke to Plaintiffs' counsel, including Mr. Jeff Gould, Ms. N. Sahni, and Mr. H. Ehlers. Mr. Gould indicated that despite the recent delays, the stay and the global pandemic, Plaintiffs would not consent to our motion for leave to file a reply, and would not reconsider its opposition to the schedule proposed by BHN in its Motion to Re-Designate Case to Track Three.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed this 31st day of March, 2020 in Los Angeles, California.

<u>s/ Erin R. Ranahan</u><br>
Erin R. Ranahan