**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

    v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO**
**RE-DESIGNATION TO TRACK 3**

Plaintiffs submit this Notice of Non-Opposition to Re-Designation of the above-captioned case to Track 3, further to and notwithstanding their prior briefing regarding Defendant's Motion to Re-Designate to Track 3 (Dkt. 118, Defendant's "Motion"). In light of the challenges posed by COVID-19 and shelter-in-place orders, as well as an extended outage of Plaintiffs' e-discovery vendor, Plaintiffs now consent to re-designating this case to Track 3 and setting a trial date of March 25, 2022, as proposed in Defendant's Motion. Several of the interim deadlines in Defendant's Motion are no longer valid, however, and in light of the evolving global circumstances, Plaintiffs propose the parties meet and confer on interim deadlines and submit a joint proposed schedule to the Court based on a March 2022 trial.

| | |
|---|---|
| Dated: May 4, 2020 | */s/ Jonathan M. Sperling* <br> Jonathan M. Sperling (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018-1405 <br> Telephone: (212) 841-1000 <br> jsperling@cov.com <br><br> Mitchell A. Kamin (*pro hac vice*) <br> Neema T. Sahni (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> 1999 Avenue of the Stars, Suite 3500 <br> Los Angeles, CA 90067-4643 <br> Telephone: (424) 332-4800 <br> mkamin@cov.com <br> nsahni@cov.com <br><br> David C. Banker, Esquire <br> Florida Bar No. 0352977 <br> Bryan D. Hull, Esquire <br> Florida Bar No. 020969 <br> BUSH ROSS, P.A. <br> 1801 North Highland Avenue <br> P.O. Box 3913 <br> Tampa, FL 33601-3913 <br> Telephone: (813) 224-9255 <br> dbanker@bushross.com <br> bhull@bushross.com <br><br> Matthew J. Oppenheim (*pro hac vice*) <br> Scott A. Zebrak (*pro hac vice*) <br> Jeffrey M. Gould (*pro hac vice*) <br> OPPENHEIM + ZEBRAK, LLP <br> 4530 Wisconsin Ave. NW, 5th Floor <br> Washington, DC 20016 <br> Telephone: (202) 621-9027 <br> matt@oandzlaw.com <br> scott@oandzlaw.com <br> jeff@oandzlaw.com <br><br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on May 4, 2020, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Mitchell A. Kamin*
Attorney