**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

**PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL SCHEDULING REPORT AND NOTICE OF FORTHCOMING JOINT PROPOSED CASE SCHEDULE**

Pursuant to the Court's May 19 Order Concerning Civil Cases (ECF No. 133), Plaintiffs submit the attached Supplemental Scheduling Report ("SSR"), which automatically extends all deadlines outstanding as of March 19 by ninety (90) days.

In addition, Plaintiffs hereby notify the Court that the parties intend to jointly file a proposed case schedule on June 2, 2020, as required by the Court's May 12 Scheduling Order for this case (ECF No. 131). The parties are conferring on the proposed schedule, which will include changes consistent with the Court's re-designation of this case from Track Two to Track Three and will supersede the dates reflected in the attached proposed SSR.

Dated: May 26, 2020

*/s/ Bryan D. Hull*

Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800

— 2 —

mkamin@cov.com
nsahni@cov.com

Jonathan M. Sperling (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 26, 2020 I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

*/s/ Bryan D. Hull*
Attorney

**SUPPLEMENTAL SCHEDULING REPORT**

|  | CURRENT DEADLINE | AMENDED DEADLINE |
|---|---|---|
| **Mandatory Initial Disclosures** | Completed | Expired |
| **Certificate of Interested Persons and Corporate Disclosure Statement** | Completed | Expired |
| **Motions to Add Parties or to Amend Pleadings** | Completed | Expired |
| **Disclosure of Expert Reports**<br><br>       Plaintiff:<br><br>       Defendant: | April 10, 2020<br>May 11, 2020 | July 9, 2020<br>August 10, 2020 |
| **Discovery Deadline** | June 11, 2020 | September 9, 2020 |
| **Dispositive Motions, *Daubert,* and *Markman* Motions** | August 4, 2020 | November 2, 2020 |
| ***Meeting In Person* to Prepare Joint Final Pretrial Statement** | December 4, 2020 | March 4, 2021 |
| **Joint Final Pretrial Statement (See Section III. B.)** | December 14, 2020 | March 15, 2021 |
| **All Other Motions Including Motions *In Limine*** | January 4, 2021 | April 5, 2021 |
| **Trial Briefs and Deposition Transcripts with Designations Highlighted** | January 11, 2021 | April 12, 2021 |
| **        Trial Term**<br><br>**Parties shall be prepared to try this case anytime during the trial term.  A more specific date will follow, by separate notice.** | February 2021 | May 2021 |
| **Mediation Deadline** | March 27, 2020 | June 25, 2020 |