**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS, INC., *et al.*,

        Plaintiffs,

    v.

BRIGHT HOUSE NETWORKS, LLC,

        Defendant.

**Case No. 8:19-cv-710-MSS-TGW**

**PLAINTIFFS' AMENDED CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Plaintiffs hereby disclose the following amended certificate of interested persons and corporate disclosure statement, pursuant to this Court's Order on Interested Persons and Corporate Disclosure Statement::

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

1. UMG Recordings, Inc.
2. Capitol Records, LLC
3. Universal Music Corp.
4. Universal Music – MGB NA LLC
5. Universal Music Publishing Inc.
6. Universal Music Publishing AB
7. Universal Music Publishing Limited
8. Universal Music Publishing MGB Limited
9. Universal Music – Z Tunes LLC
10. Universal/MCA Music Limited
11. Universal/MCA Music Publishing Pty. Limited

12. Music Corporation of America, Inc.
13. Polygram Publishing, Inc.
14. Songs of Universal, Inc.
15. Warner Records Inc. (f/k/a Warner Bros. Records Inc.)
16. Atlantic Recording Corporation
17. Bad Boy Records LLC
18. Elektra Entertainment Group Inc.
19. Fueled By Ramen LLC
20. Maverick Recording Company
21. Nonesuch Records Inc.
22. Rhino Entertainment Company
23. The All Blacks U.S.A., Inc.
24. Warner Music Inc.
25. Warner Records/SIRE Ventures LLC
26. WEA International Inc.
27. Warner Chappell Music, Inc. (f/k/a Warner/Chappell Music, Inc.)
28. Warner-Tamerlane Publishing Corp.
29. W Chappell Music Corp. d/b/a WC Music Corp. (f/k/a WB Music Corp.)
30. W.C.M. Music Corp. (f/k/a W.B.M. Music Corp.)
31. Unichappell Music Inc.
32. Rightsong Music Inc.
33. Cotillion Music, Inc.
34. Intersong U.S.A., Inc.
35. Sony Music Entertainment
36. Arista Music
37. Arista Records LLC
38. LaFace Records LLC
39. Provident Label Group, LLC
40. Sony Music Entertainment US Latin
41. The Century Family, Inc.
42. Volcano Entertainment III, LLC
43. Zomba Recordings LLC
44. Sony/ATV Music Publishing LLC
45. EMI Al Gallico Music Corp.
46. EMI April Music Inc.
47. EMI Blackwood Music Inc.
48. Colgems-EMI Music Inc.
49. EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music
50. EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music
51. EMI Entertainment World Inc. d/b/a EMI Foray Music
52. EMI Jemaxal Music Inc.
53. EMI Feist Catalog Inc.
54. EMI Miller Catalog Inc.
55. EMI Mills Music, Inc.
56. EMI U Catalog Inc.
57. Famous Music LLC

58. Jobete Music Co. Inc.
59. Stone Agate Music
60. Screen Gems-EMI Music Inc.
61. Stone Diamond Music Corp.
62. Warner Music Group Corp.
63. AI Entertainment Holdings LLC
64. Affiliates of AI Entertainment Holdings LLC
65. BB Investments LLC
66. Bad Boy Records
67. Vivendi S.A.
68. Sony Corporation

2.      The name of every other entity whose publicly-traded stock, equity, or debt may

be substantially affected by the outcome of the proceedings:

At present, Plaintiffs are unaware of any such entity.

3.      The name of every other entity which is likely to be an active participant in the

proceedings, including the debtor and members of the creditors' committee (or twenty largest

unsecured creditors) in bankruptcy cases:

At present, Plaintiffs are unaware of any such entity.

4.      The name of each victim (individual or corporate) of civil and criminal conduct

alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs.


Dated:  July 1, 2020.                          Respectfully submitted,

                                               /s/ Jeffrey M. Gould
                                               Matthew J. Oppenheim
                                               Scott A. Zebrak
                                               Jeffrey M. Gould
                                               OPPENHEIM + ZEBRAK, LLP
                                               4530 Wisconsin Ave. NW, 5th Floor
                                               Washington, DC 20016
                                               Tel:  202-621-9027
                                               matt@oandzlaw.com
                                               scott@oandzlaw.com
                                               jeff@oandzlaw.com

                                               Mitchell A. Kamin

3

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: + 1 (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: + 1 (212) 841-1000
jsperling@cov.com

*Attorneys for Plaintiffs*

Bryan D. Hull
Florida Bar No. 20969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida  33601-3913
Telephone: (813) 224-9255
bhull@bushross.com

*Local Counsel for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2020, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Jeffrey M. Gould*
Jeffrey M. Gould

*Attorney for Plaintiffs*