**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 8:19-cv-00710-MSS-TGW |
| BRIGHT HOUSE NETWORKS, LLC, | |
| Defendant. | |

**MOTION TO FILE UNDER SEAL PURSUANT TO STIPULATED PROTECTIVE ORDER**

Defendant Bright House Networks, LLC ("BHN"), by counsel and pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 1.09(b) of the Rules of the District Court of the United States for the Middle District of Florida ("Local Rules"), moves to file under seal (i) unredacted portions of the memorandum in support of the Motion to Compel that reference documents produced by Plaintiffs in *Warner Bros. Records Inc. v. Charter Commc'ns, Inc.*, Case No. 19-cv-00874-RBJ-MEH (D. Colo.), and which are at issue in this case (designated Highly Confidential under the protective order in that case) and (ii) Exhibit 19 to the Declaration of Erin Ranahan in support of BHN's Motion to Compel, Bates No. MM000023 (designated Confidential by third party MarkMonitor under the Protective Order in this case), and as grounds therefore states:

1.      In order to adequately support its Motion to Compel (ECF 159), BHN must reference certain documents and information deemed confidential by Plaintiffs and third-parties. To protect the confidential nature of the documents and information, BHN seeks to file them under seal.

1

2. Federal Rule of Civil Procedure 5.2(d) allows a court to order a filing be made under seal without redaction.

3. Furthermore, Local Rule 1.09(b) states in relevant part: "If filing under seal is authorized by . . . [court] order . . . a party seeking to file under seal any paper or other matter in any civil case shall file and serve a motion . . . which includes":

(i) a citation to the statute, rule, or order authorizing the seal;

(ii) an identification and description of each item submitted for sealing;

(iii) a statement of the proposed duration of the seal; and

(iv) a statement establishing that the items submitted for sealing are within the identified statute, rule, or order the movant cites as authorizing the seal.

4. On September 5, 2019, upon joint motion by the parties, this Court entered the Stipulated Protective Order, which protects the parties' respective interests with regard to discovery that may arise in this action of documents and information deemed by the parties to be confidential, sensitive, or proprietary in nature. *See generally* (ECF 58). The Stipulated Protective Order permits certain Protected Information[1] to be filed under seal upon motion made pursuant to Local Rule 1.09 and a showing of particularized need. *Id.* at ¶15.

5. Pursuant to the Stipulated Protective Order, BHN requests to file under seal (i) unredacted portions of the memorandum in support of the Motion to Compel that reference documents produced by Plaintiffs in *Warner Bros. Records Inc. v. Charter Commc'ns, Inc.*, Case No. 19-cv-00874-RBJ-MEH (D. Colo.), and which are at issue in this case (designated

---

[1] "'Protected Information' means any information of any type, kind, or character that is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by any of the producing or receiving persons, whether it be a document, information contained in a document, information revealed during a deposition, information revealed in an interrogatory answer, or otherwise."  (ECF 58 at ¶1).

Highly Confidential under the Protective Order in that case) and (ii) Exhibit 19 to BHN's Motion to Compel, Bates No. MM000023 (designated Confidential by third party MarkMonitor under the Protective Order in this case).

6. BHN takes no position on whether the contents of these documents are confidential but files this motion pursuant to the Protective Order because Plaintiffs and third-party MarkMonitor have designated the documents as either Highly Confidential – Attorneys' Eyes Only or Confidential.

7. Should the Court agree that the Protective Order warrants granting of this Motion, BHN requests that (i) unredacted portions of the memorandum in support of the Motion to Compel and (ii) Exhibit 19 to the Declaration of Erin Ranahan in support of BHN's Motion to Compel, Bates No. MM000023 remain under seal until August 17, 2021, subject to BHN's right to move to renew the seal pursuant to Local Rule 1.09(c).

WHEREFORE, BHN respectfully requests that the Court enter an order permitting it to file (i) redacted portions of the memorandum in support of the Motion to Compel and (ii) Exhibit 19 to the Declaration of Erin Ranahan in support of BHN's Motion to Compel, Bates No. MM000023 under seal until August 17, 2021, and grant such other and further relief as the Court deems just and proper.

Dated: August 17, 2020

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111

Respectfully submitted,

*s/ Erin R. Ranahan*
Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)

(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
E-mail: charlesverhoeven@quinnemanuel.com
E-mail: davideiseman@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
E-mail: andrewschapiro@quinnemanuel.com

GUNSTER, YOAKLEY & STEWART, P.A.
William J. Schifino, Jr.,
Florida Bar Number 564338
John Schifino
Florida Bar Number 72321
Ryan Lee Hedstrom,
Florida Bar Number 124724
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
E-mail: wschifino@gunster.com
E-mail: rhedstrom@gunster.com
E-mail: jschifino@gunster.com

E-mail: eranahan@winston.com

Michael S. Elkin (*pro hac vice*)
Seth E. Spitzer
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com E-mail: sspitzer@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

*Attorneys for Defendant*
*Bright House Networks, LLC*

4

5

**CERTIFICATE OF SERVICE**

I certify that on August 17, 2020, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record. Non-party MarkMonitor was served via e-mail at acastricone@grsm.com.

*s/ Erin R. Ranahan*
Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com
