**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, | |
|     Plaintiffs, | |
| v. | Case No. 8:19-cv-00710-MSS-TGW |
| BRIGHT HOUSE NETWORKS, LLC, | |
|     Defendant. | |

**[PROPOSED] ORDER**

UPON CONSIDERATION OF Defendant, Bright House Networks, LLC's ("BHN"), Motion to Seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure and Rule 1.09(b) of the Rules of the District Court of the United States for the Middle District of Florida ("Local Rules"), which seeks an order allowing BHN to file (i) unredacted portions of the memorandum in support of the Motion to Compel that reference documents produced by Plaintiffs in *Warner Bros. Records Inc. v. Charter Commc'ns, Inc.*, Case No. 19-cv-00874-RBJ-MEH (D. Colo.) (designated Highly Confidential under the Protective Order in that case) and (ii) Exhibit 19 to the Declaration of Erin Ranahan in support of BHN's Motion to Compel, Bates No. MM000023 (designated Confidential by third party MarkMonitor under the Protective Order in this case).

It is hereby ORDERED that the motion is GRANTED, and these materials shall remain under seal in their entirety until further order of the Court.

ENTERED this ____ day of _____, 2020 in Tampa, Florida.

_____