# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs and Counter-Defendants,

v.

BRIGHT HOUSE NETWORKS, LLC

    Defendant and Counter-Plaintiff.

Case No. 8:19-cv-00710-MSS-TGW

## DEFENDANT BRIGHT HOUSE NETWORKS, LLC'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO MODIFY THE SCHEDULING ORDER AND LEAVE TO FILE SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS

Pursuant to Local Rule 3.01(c), Defendant Bright House Networks, LLC ("Bright House") respectfully moves for leave to file a short reply brief in support of its Motion to Modify the Scheduling Order and for Leave to File Second Amended Answer, Affirmative Defenses, and Counterclaims. *See* Dkt. 165 (Aug. 25, 2020).

Local Rule 3.01(c) provides that "[n]o party shall file any reply . . . unless the Court grants leave." Courts in this District have explained that reply briefs are warranted to "rebut any new law or facts contained in the opposition[']s response to a request for relief before the Court," *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, 2008 WL 11334927, at *1 (M.D. Fla. Aug. 12, 2008), and to "address legal argument raised in the opposing party's response," *Clements v. St. Johns Cty. Sheriff's Office*, 2008 WL 11336601, at *2 (M.D. Fla. Dec. 5, 2008).

1

Here there is good cause to grant Bright House leave to file a seven (7) page reply brief. Plaintiffs' opposition contains a series of legal and factual misstatements, *see* Dkt. 172 ("Opp.") (Sept. 8, 2020), and correction of the applicable case law and factual record will significantly aid the Court in the resolution of the underlying motion, *see, e.g.*, *Allied Portables, LLC v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016).

Specifically, Bright House's proposed reply brief will address: (1) Plaintiffs' incorrect assertion that Bright House "could have served a partial Answer . . . and counterclaimed before the deadline to add parties," Opp. 7; (2) Plaintiffs' contention that "Bright House certainly was aware of its potential claims by March 18, 2020" because it knew about the RIAA and MarkMonitor's role in sending infringement notices, *id.* at 8; and (3) Plaintiffs' arguments that Bright House's proposed amendments would be futile, *id.* at 10-12.

Accordingly, Bright House respectfully requests that the Court grant it leave to file a seven (7) page reply brief within seven (7) days of the Court granting the instant motion.

Dated: September 11, 2020               Respectfully submitted,

Jennifer A. Golinveaux (*pro hac vice*)  
WINSTON & STRAWN LLP  
101 California Street, 35th Floor  
San Francisco, CA 94111-5840  
Tel: (415) 591-1506  
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)  
Thomas Patrick Lane (*pro hac vice*)  
Seth E. Spitzer (*pro hac vice*)  
WINSTON & STRAWN LLP  
200 Park Avenue  
New York, NY 10166  
Tel: (212) 294-6700  
Email: melkin@winston.com  
Email: tlane@winston.com  
Email: sspitzer@winston.com

Erin R. Ranahan (*pro hac vice*)  
WINSTON & STRAWN LLP  
333 S. Grand Avenue  
Los Angeles, CA 90071  
Tel: (213) 615-1933  
Email: eranahan@winston.com

Michael L. Brody (*pro hac vice*)  
WINSTON & STRAWN LLP  
35 W. Wacker Drive  
Chicago, IL 60601-9703  
Tel: (312) 558-5600  
Email: mbrody@winston.com

*/s/ William J. Schifino, Jr.*  
Andrew H. Schapiro (*pro hac vice*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
191 N. Wacker Drive, Suite 2700  
Chicago, IL 60606  
Tel: (312) 705-7400  
Email: andrewschapiro@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)  
David Eiseman (*pro hac vice*)  
QUINN EMANUEL URQUHART &  
SULLIVAN, LLP  
50 California Street, 22nd Floor  
San Francisco, CA 94111  
Tel: (415) 875-6600  
Email: charlesverhoeven@quinnemanuel.com  
Email: davideiseman@quinnemanuel.com

William J. Schifino, Jr.  
Florida Bar No. 564338  
GUNSTER, YOAKLEY & STEWART, P.A.  
401 E. Jackson St., Ste. 2500  
Tampa, FL 33602  
Tel: (813) 228-9080  
Email: bschifino@gunster.com

**Counsel for Defendant**  
**Bright House Networks, LLC**

## L.R. 3.01(g) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g), counsel for Bright House has conferred with counsel for Plaintiffs regarding the relief sought in this motion, and Plaintiffs have declined to consent to the motion.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For Leave To File Reply Brief In Support Of Motion To Modify The Scheduling Order And Leave To File Second Amended Answer, Affirmative Defenses, And Counterclaims was served by the Court's CM/ECF system on September 11, 2020.

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.

ACTIVE 12420536.1