IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC. *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

**BRIGHT HOUSE'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

In the interests of judicial economy and efficiency, Bright House Networks, LLC ("Bright House") respectfully requests that the Court deny Plaintiffs' request to file a reply brief in support of their Motion To Dismiss Defendant's Amended Counterclaims ("Motion to Dismiss").

Plaintiffs have not expeditiously sought leave for a reply. Bright House timely filed its opposition to the Motion to Dismiss on September 22, 2020. Dkt. 189. Plaintiffs waited fourteen (14) days to seek leave to file a reply, and have requested an additional fourteen (14) days to prepare and submit the reply brief. Dkt. 203. As such, Plaintiffs' requested relief will extend the briefing schedule on the Motion to Dismiss by at least a month, while the parties remain uncertain as to the scope of the counterclaims at issue in the case. Bright House respectfully requests that the Court deny Plaintiffs' motion for leave to file a reply, and deem the briefing on the Motion to Dismiss fully submitted, as Plaintiffs' unexplained delay negates any possible good cause. *McDonald v. United States*, 2013 WL 3901871, at *1 n.3 (M.D. Fla.

1

July 29, 2013). In the alternative, should the Court find that it would benefit from a reply, Bright House requests that Plaintiffs be ordered to file their reply brief within three (3) days of the Court's decision, so that the Motion to Dismiss is ripe for disposition without further undue delay resulting from Plaintiffs' conduct.

Dated: October 12, 2020

Respectfully submitted,

/s/ Andrew H. Schapiro
Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com
Email: tlane@winston.com
Email: sspitzer@winston.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com

Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1933
Email: eranahan@winston.com

GUNSTER, YOAKLEY &
STEWART, P.A.
William J. Schifino, Jr.,
Florida Bar Number 564338
John Schifino
Florida Bar Number 72321
Ryan Lee Hedstrom,
Florida Bar Number 124724
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
E-mail: wschifino@gunster.com
E-mail: rhedstrom@gunster.com
E-mail: jschifino@gunster.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
E-mail: mbrody@winston.com

*Counsel for Defendant*
*Bright House Networks, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Bright House's Response In Opposition To Plaintiffs' Motion For Leave To File Reply Brief In Support Of Motion To Dismiss was served by the Court's CM/ECF system on October 12, 2020.

*/s/ Andrew Schapiro*
Andrew Schapiro