UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
    Plaintiffs,
v.                               CASE NO. 8:19-cv-710-T-35TGW

BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

## ORDER

THIS CAUSE came on to be heard upon Defendant Bright House Networks, LLC's Motion to Compel (Doc. 159) and Plaintiffs' Motion for Partial Stay of Discovery Pending Plaintiffs' Motion to Dismiss Counterclaims (Doc. 173) and the opposition thereto (Docs. 174, 190).

For the reasons stated at the hearing, it is

ORDERED:

1. That Plaintiffs' Motion for Partial Stay of Discovery Pending Plaintiffs' Motion to Dismiss Counterclaims (Doc. 173) is **DENIED**.

2. That Defendant Bright House Networks, LLC's Motion to Compel (Doc. 159) is **GRANTED in PART, and DENIED in PART,** as follows:

    a. MPP Interrogatory No. 13 is **GRANTED**. The plaintiffs must answer this interrogatory by January 31, 2021.

b. RLP Interrogatory No. 13 is **GRANTED.** The plaintiffs must answer this interrogatory by January 31, 2021.

c. RFP 22 is **DENIED.**

d. RFP 65 is **DENIED.**

e. RFP 67 is **DENIED.**

f. RFP 68 is **DENIED.**

g. RFP 92 is **DENIED.**

h. RFP 99 is **GRANTED.** The plaintiffs have 45 days to produce responsive documents.

i. MPP Interrogatory 15 is **DEFERRED** pending ruling on this issue by the district court in <u>Warner Bros. Records, Inc., et al., v. Charter Communications, Inc.</u>, Case No. 19-cv-874-RBJ-MEH.

j. RLP ROG 14 is **DEFERRED** pending ruling on this issue by the district court in <u>Warner Bros. Records, Inc., et al., v. Charter Communications,</u> Inc., Case No. 19-cv-874-RBJ-MEH.

k. RFP 27 is **DENIED except to the extent** that the plaintiffs have agreed to produce documents.

l. RFP 61 is **DENIED.**

m. RLP Interrogatory 16 is **DENIED.**

2

n. RLP Interrogatory 18 is **DENIED**.

o. RFP 98 is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 9th day of October, 2020.

*Thomas G. Wilson*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE