UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

  v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

**Case No. 8:19-cv-710-MSS-TGW**

## CONSENTED MOTION FOR CLARIFICATION OF SEAL ORDER (DOC. 232)

Plaintiffs move for an order clarifying the Court's Order entered on November 10, 2020 (Dkt. 232) ("**Seal Order**"), and state as follows:

1. On October 23, 2020, Defendant Bright House Networks, LLC ("**BHN**") filed its *Objection to Magistrate Judge's Ruling on Motion to Compel* (Dkt. 212) ("**Objection**").

2. In the Objection, BHN attaches and refers to Exhibit 3 to the Declaration of Andrew Schapiro (Dkt. 212-4, "**Objection Exhibit 3**").

3. Because Objection Exhibit 3 was designated confidential, BHN moved to file Objection Exhibit 3 and references to it in the Objection under seal. Dkt. 213.

4. The Court granted BHN's motion on October 28, 2020. Dkt. 220.

5. On November 6, 2020, Plaintiffs filed an *Opposition to Defendant's Objection to Magistrate Judge's Ruling on Motion to Compel* (Dkt. 230) ("**Redacted Opposition**"). In order to respond to BHN's Objection, Plaintiffs refer to Objection Exhibit 3 in their Opposition; however, in accordance with the Court's order sealing Objection Exhibit 3, Plaintiffs redacted all references to Objection Exhibit 3 in the Redacted Opposition.

6. Accordingly, Plaintiffs filed a *Consented Motion for Leave to file Document Under Seal* (Dkt. 231) ("**Seal Motion**"), requesting the Court's leave (a) for the Redacted Opposition to remain the public version of the filing and (b) to file the unredacted version of the Redacted Opposition under seal.

7. On November 10, 2020, the Court entered the Seal Order granting the Seal Motion. Dkt. 232. In the Seal Order, the Court directed the Clerk to seal the Redacted Opposition (Dkt. 230); however, the Redacted Version *is redacted* and should be the public, not the sealed, version of the Opposition. The Court also directed Plaintiffs to file a *redacted* version of the Opposition on the public docket; however, the Redacted Opposition is already the redacted version of the Opposition that is and should remain on the public docket.

8. Accordingly, Plaintiffs request the Court enter an order clarifying the Seal Order by directing (a) the Clerk to unseal the Redacted Opposition filed at Dkt. 230 because that is the redacted version of the Opposition that should remain on the public docket, and (b) Plaintiffs to submit the unredacted version of the Redacted Opposition to the Clerk in accordance with the procedures set forth in the Local Rules and Administrative Procedures for Electronic Filing, *i.e.,* filing the unredacted version of the Opposition with the Clerk in paper format clearly designated as "UNDER SEAL".

9. BHN consents to the relief sought in this Motion.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order clarifying the Seal Order as set forth herein.

Dated: November 17, 2020                                          Respectfully submitted,

                                                                                   /s/ *Bryan D. Hull*
                                                                                   Bryan D. Hull, Esquire

— 3 —

        Florida Bar No. 020969
        David C. Banker, Esquire
        Florida Bar No. 0352977
        BUSH ROSS, P.A.
        1801 North Highland Avenue
        P.O. Box 3913
        Tampa, FL 33601-3913
        Telephone: (813) 224-9255
        dbanker@bushross.com
        bhull@bushross.com

        Jonathan M. Sperling (*pro hac vice*)
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018-1405
        Telephone: (212) 841-1000
        jsperling@cov.com

        Mitchell A. Kamin (*pro hac vice*)
        Neema T. Sahni (*pro hac vice*)
        COVINGTON & BURLING LLP
        1999 Avenue of the Stars, Suite 3500
        Los Angeles, CA 90067-4643
        Telephone: (424) 332-4800
        mkamin@cov.com
        nsahni@cov.com

        Matthew J. Oppenheim (*pro hac vice*)
        Scott A. Zebrak (*pro hac vice*)
        Jeffrey M. Gould (*pro hac vice*)
        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Ave. NW, 5th Fl.
        Washington, DC 20016
        Telephone: (202) 621-9027
        matt@oandzlaw.com
        scott@oandzlaw.com
        jeff@oandzlaw.com

        *Attorneys for Plaintiffs*

## **L.R. 3.01(g) CERTIFICATION OF COUNSEL**

Pursuant to Local Rule 3.01(g), counsel for Plaintiffs conferred with counsel for BHN regarding this motion, and BHN consents to the relief requested herein.

Dated:  November 17, 2020

                                              */s/ Bryan D. Hull*
                                              Bryan D. Hull

                                              *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I caused the foregoing document and all accompanying materials to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

Dated:  November 17, 2020

> /s/ Bryan D. Hull
> Bryan D. Hull
>
> *Attorney for Plaintiff*