# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to Local Rule 2.03, Thomas Patrick Lane respectfully requests leave to withdraw as counsel of record for Defendant Bright House Networks, LLC.

1. Mr. Lane is leaving employment with the firm Winston & Strawn LLP.

2. Withdrawal is proper under Fla. R. Prof. Conduct 4-1.16(b)(1) because it can be accomplished without any material adverse effect on the Defendant's interests. Defendant will continue to be represented by:

    a. Winston & Strawn LLP attorneys Michael S. Elkin, Jennifer A. Golinveaux, Erin R. Ranahan, and Michael L. Brody; and

    b. Quinn Emanuel Urquhart & Sullivan, LLP attorneys Andrew H. Schapiro, Charles Verhoeven, David Eiseman, Jessica Rose, Allison Huebert, Linda Brewer, and Todd Anten; and

    c. Gunster, Yoakley & Stewart, P.A. attorneys William J. Schifino Jr., John A. Schifino, and Ryan Lee Hedstrom.

3. Mr. Lane has provided advance notice of this Motion to Withdraw to the clients. Mr. Lane has also conferred with counsel for Plaintiffs, who do not oppose this motion.

4.  Accordingly, Mr. Lane respectfully requests entry of an order granting leave to withdraw as counsel and relieving him of any further responsibility in this matter, with the attorneys listed in paragraph 2 remaining counsel of record for the Defendant.

Dated: December 2, 2020

Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
Email: andrewschapiro@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com

GUNSTER, YOAKLEY & STEWART, P.A.
William J. Schifino, Jr.
Florida Bar Number 564338
John A. Schifino
Florida Bar Number 0072321
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
(813) 228-9080 (telephone)
(813) 228-6739 (facsimile)
E-mail: wschifino@gunster.com
E-mail: jschifino@gunster.com

Respectfully submitted,

*s/ Erin R. Ranahan*
Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
(213) 615-1933 (telephone)
(213) 615-1750 (facsimile)
E-mail: eranahan@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700 (telephone)
(212) 294-4700 (facsimile)
E-mail: melkin@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600 (telephone)
E-mail: mbrody@winston.com

*Counsel for Defendant*
*Bright House Networks, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 2, 2020, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*s/ Erin R. Ranahan*
Erin R. Ranahan