UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., et al.,

    Plaintiffs,

v.                          **Case No. 8:19-cv-710-MSS-TGW**

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

## JOINT NOTICE OF MEDIATOR SELECTION

Pursuant to the Court's Order of February 1, 2021 (Dkt. 257), the parties hereby jointly give notice of their agreement to mediate with the following mediator on December 17, 2021, subject to the mediator's availability:

Peter J. Grilli
3001 W. Azeele Street
Tampa, FL 33609

Dated: February 19, 2021                Respectfully submitted,

| | |
|---|---|
| */s/ Andrew H. Schapiro* | */s/ Jonathan M. Sperling* |
| Andrew H. Schapiro (*pro hac vice*) | Jonathan M. Sperling (*pro hac vice*) |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | COVINGTON & BURLING LLP |
| 191 N. Wacker Drive, Suite 2700 | The New York Times Building |
| Chicago, IL 60606 | 620 Eighth Avenue |
| Tel: (312) 705-7400 | New York, NY 10018-1405 |
| E-mail: andrewschapiro@quinnemanuel.com | Telephone: (212) 841-1000 |
| | jsperling@cov.com |

1

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com

Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue Los Angeles, CA 90071
Tel: (213) 615-1933
eranahan@winston.com

Michael S. Elkin (*pro hac vice*)
Thomas Patrick Lane (*pro hac vice*)
Seth E. Spitzer (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
melkin@winston.com
tlane@winston.com
sspitzer@winston.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840
Tel: (415) 591-1506
jgolinveaux@winston.com

Michael L. Brody (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

2

Tel: (312) 558-5600
mbrody@winston.com

William J. Schifino, Jr.,
Florida Bar Number 564338
GUNSTER, YOAKLEY &
STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
Tel: (813) 228-9080
bschifino@gunster.com

*Attorneys for Defendant*
*Bright House Networks, LLC*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2021, a true and correct copy of the foregoing was filed with the Court via CM/ECF, which will send a notice of electronic filing to the parties of record.

*/s/ Jonathan M. Sperling*
Attorney for Plaintiffs
