UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

      Plaintiffs,

v.                                 CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC,

      Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Joint Motion to Extend Deadline to Produce Discovery Documents (Doc. 266). The parties request authorization to extend by one month the March 15, 2021, deadline to complete production of documents they have agreed to produce in response to discovery requests (id.).

It is, upon consideration,

ORDERED:

That the Joint Motion to Extend Deadline to Produce Discovery Documents (Doc. 266) is **GRANTED**. Accordingly, the parties have up to, and including, April 15, 2021, to complete production of documents responsive to outstanding discovery requests.

DONE and ORDERED at Tampa, Florida, this 11th day of March, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE