UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

  v.                        **Case No. 8:19-cv-710-MSS-TGW**

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

**PLAINTIFFS' MOTION TO COMPEL
PRODUCTION OF DOCUMENTS AND CUSTODIAL FILES
<u>REQUEST FOR ORAL ARGUMENT</u>**

Plaintiffs, by counsel and pursuant to Local Rule 3.01(h) requests oral argument on Plaintiffs' Motion to Compel Production of Documents and Custodial Files filed April 28, 2021, ECF 272.

Plaintiffs estimate the time required for oral argument to be approximately 30 minutes per side, for a total of 60 minutes.

Dated: April 28, 2021        Respectfully submitted,

                                    <u>/s/ *Jonathan M. Sperling*</u>

                                    Jonathan M. Sperling (*pro hac vice*)
                                    Joshua B. Picker (*pro hac vice*)
                                    Phil Hill (*pro hac vice*)
                                    COVINGTON & BURLING LLP
                                    The New York Times Building
                                    620 Eighth Avenue
                                    New York, NY 10018-1405
                                    Telephone: (212) 841-1000
                                    jsperling@cov.com
                                    jpicker@cov.com
                                    pahill@cov.com

— 2 —

        Stacey Grigsby (*pro hac vice*)
        COVINGTON & BURLING LLP
        One CityCenter
        850 10th St NW
        Washington, DC 20001
        Telephone: (202) 662-6000
        sgrigsby@cov.com

        Mitchell A. Kamin (*pro hac vice*)
        Neema T. Sahni (*pro hac vice*)
        Hardy Ehlers (*pro hac vice*)
        COVINGTON & BURLING LLP
        1999 Avenue of the Stars, Suite 3500
        Los Angeles, CA 90067-4643
        Telephone: (424) 332-4800
        mkamin@cov.com
        nsahni@cov.com

        Matthew J. Oppenheim (*pro hac vice*)
        Scott A. Zebrak (*pro hac vice*)
        Jeffrey M. Gould (*pro hac vice*)
        OPPENHEIM + ZEBRAK, LLP
        4530 Wisconsin Ave. NW, 5th Fl.
        Washington, DC 20016
        Telephone: (202) 621-9027
        matt@oandzlaw.com
        scott@oandzlaw.com
        jeff@oandzlaw.com

        David C. Banker
        Florida Bar No. 0352977
        Bryan D. Hull
        Florida Bar No. 020969
        BUSH ROSS, P.A.
        1801 North Highland Avenue
        P.O. Box 3913
        Tampa, FL 33601-3913
        Telephone: (813) 224-9255
        dbanker@bushross.com
        bhull@bushross.com

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, I caused the foregoing document and all accompanying materials to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

Dated: April 28, 2021

 /s/*Jonathan M. Sperling*
Jonathan M. Sperling

*Attorney for Plaintiffs*