UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.      CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.
_____/

## O R D E R

THIS CAUSE came on for hearing upon Bright House Networks, LLC's Motion to Compel (Doc. 274) and the opposition thereto (Doc. 284).

For the reasons stated at the hearing,

it is, upon consideration,

ORDERED:

That Bright House Networks, LLC's Motion to Compel (Doc. 272) is **GRANTED TO THE EXTENT** that the Rule 30(b)(6) deposition of the Recording Industry Association of America (RIAA) in <u>Warner Records Inc. v. Charter Communications, Inc.</u>, No. 19-cv-874-RBJ-MEH (D. Colo) is **DEEMED PRODUCED** in this action and Bright House may depose an RIAA corporate representative in this case for 3 hours and 30 minutes. In all other

respects, the motion is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 10th day of June, 2021.

_Thomas G. Wilson_
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE