**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS INC., *et al.,*

      Plaintiffs,

v.                             Case No. 8:19-cv-00710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC

      Defendant.

---

**JOINT MOTION FOR ENTRY OF**
**SUPPLEMENTAL STIPULATED PROTECTIVE ORDER**
**REGARDING REMOTE REVIEW OF SOURCE CODE**

---

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiffs UMG Recordings, Inc., et al. (collectively, "Plaintiffs") and Bright House Networks, LLC ("Defendant" or "Bright House") hereby respectfully move for the entry of the Supplemental Stipulated Protective Order regarding remote review of source code (attached as Exhibit 1 hereto). In support of this Motion, the Parties state as follows:

1. This Court entered a Protective Order on September 5, 2019 (Dkt. 58) ("Protective Order").

2. Due to the hardships imposed by the ongoing Covid-19 pandemic, the parties have agreed to a remote review of Bright House's source code.  Since the current Protective Order (Dkt. 58) is silent regarding remote source code review, the

parties have stipulated to a Supplemental Protective Order (Ex. 1) whereby the

confidentiality of Bright House's source code would still be maintained.

  3.  Accordingly, the parties respectfully request that the Court enter the attached

Supplemental Stipulated Protective Order.

Dated: July 14, 2021

Respectfully submitted,

*/s/ Andrew H. Shapiro*
Andrew H. Schapiro (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Todd A. Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
Katy Akopjan (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com
Email: katyakopjan@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
Michael F. Trombetta (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor

*/s/ Jeffrey M. Gould*
Jeffrey M. Gould (*pro hac vice*)
Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

Jonathan M. Sperling (*pro hac vice*)
Joshua B. Picker (*pro hac vice*)
Phil Hill (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
jpicker@cov.com
pahill@cov.com

Stacey Grigsby (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 10th St. NW
Washington, DC 20001
Telephone: (202) 662-6000
sgrigsby@cov.com

San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com
Email: michelleclark@quinnemanuel.com
Email: miketrombetta@quinnemanuel.com


William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

*Attorneys for Bright House Networks, LLC*

Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
J. Hardy Ehlers (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

David C. Banker
Florida Bar No. 0352977
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 14, 2021, I caused the foregoing document

and all supporting materials thereto to be filed electronically with the Clerk of the

Court using the CM/ECF system, which will send a notice of electronic filing to all

counsel of record registered with CM/ECF.

*/s/ Jeffrey M. Gould*
Jeffrey M. Gould