UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                              CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

_____/

### ORDER AND DISCOVERY MOTIONS DEADLINE

THIS CAUSE came on for hearing upon Plaintiffs' Motion to Compel Production of Documents and Custodial Files (Doc. 287) and the opposition thereto (Doc. 295).[*]

For the reasons stated at the hearing,

it is, upon consideration,

ORDERED:

That Plaintiffs' Motion to Compel Production of Documents and Custodial Files (Doc. 287) is **GRANTED IN PART AND DENIED IN PART** as follows:

1. Plaintiffs' RFP No. 126 is **DENIED.**

---

[*] The unredacted versions of these submissions are in the case file at documents 301-1 and 302.

2. Plaintiffs' RFP No. 33 is **GRANTED**.

3. Plaintiffs' RFP No. 64 is **DENIED**.

4. Plaintiffs' RFP No. 48 is **DENIED**.

5. Plaintiffs' Request to Enforce Order Granting RFP No. 59 is **GRANTED**, and the defendant is ordered to produce the documents underlying the defendant's summary response to this request.

6. Plaintiffs' Request to Produce Additional Custodial Files (Nomi Bergman, Steve Miron, William Futera) is **DENIED**.

The defendant has until **August 20, 2021**, to produce the documents identified in Plaintiffs' RFP No. 33 and RFP No. 59.

IT IS FURTHER ORDERED:

That the Discovery Motions Deadline is **2 (two) weeks** after the discovery cut-off.

DONE and ORDERED at Tampa, Florida, this 21st day of July, 2021.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE