UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UMG RECORDINGS, INC.,** *et al.*,

   **Plaintiffs,**

v.                                                                            Case No: 8:19-cv-710-MSS-TGW

**BRIGHT HOUSE NETWORKS, LLC,**

   **Defendant.**

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. The mediator selected by the Parties, Peter J. Grilli, is no longer conducting mediation conferences. Accordingly, it is hereby **ORDERED** as follows:

1. The Court appoints the Honorable S. James Otero (Ret.) of JAMS to serve as mediator in this case.

2. The Parties shall jointly confer with Judge Otero's case manager, Ms. Anne Lieu, to schedule a mediation date. Ms. Lieu can be reached by telephone at (213) 253-9706 and by email at alieu@jamsadr.com. Within **twenty-one (21) days** of the date of this Order, the Parties shall file a written notice informing the Court of the Parties' mediation date.

3. The Undersigned is recommending, with the presiding judge's consent, that this case be globally mediated with Warner Records et al. v. Charter

- 2 -

<u>Communications, Inc.</u>, No. 1:19-cv-00874-RBJ-MEH (D. Colo.), in coordination with Judge Hegarty if deemed appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of August 2021.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Judge R. Brooke Jackson
Judge Michael E. Hegarty
Counsel of Record
Any pro se party