UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
    Plaintiff,

v.                              CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon Defendant Bright House Networks, LLC's Motion to Compel (Doc. 159). Rulings on MMP Interrogatory 15 and RLP ROG 14 were deferred pending a decision on this issue by the district court in <u>Warner Bros. Records, Inc., et al.</u> v. <u>Charter Communications, Inc.</u>, Case No. 19-cv-874-RBJ-MEH ("Charter case") (Doc. 201, p. 2). The defendant submitted a Notice of Supplemental Authority and attached the pertinent Order in the Charter case (Doc. 228, 228-1). The district court granted Charter's motion to compel responses to requests materially identical to those at issue here (<u>see</u> <u>id</u>.).

It is, therefore, upon consideration,

ORDERED:

That Defendant Bright House Networks, LLC's Motion to Compel (Doc. 159) is **GRANTED as to** MMP Interrogatory 15 and RLP

ROG 14.  The plaintiffs have 30 days to answer those interrogatories.

DONE and ORDERED at Tampa, Florida, this 2nd day of September, 2021.

*Thomas G. Wilson*
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE