# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                           **Case No. 8:19-cv-710-MSS-TGW**

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

## DECLARATION OF JOSHUA B. PICKER IN SUPPORT OF TIME-SENSITIVE MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER DEPOSITION TESTIMONY

I, Joshua B. Picker, hereby declare and state as follows:

1. I am Special Counsel at the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Time-Sensitive Motion to Compel Production of Documents and Further Deposition Testimony (the "Motion"). I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a cover e-mail and letter from myself to Jennifer Golinveaux of Winston & Strawn LLP, dated September 1, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of an e-mail thread among counsel for Respondents Advance Publications, Inc. ("Advance"),

Sabin, Bermant & Gould LLP ("Sabin"), and Jerry Birenz ("Birenz") (collectively, "Respondents"), Defendant Bright House Networks, LLC ("BHN"), and Plaintiffs documenting conferrals from September 1, 2021 to September 8, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of the public version of the Public Interest Statement submitted by Charter Communications, Inc. ("Charter"), Time Warner Cable Inc., and Advance/Newhouse Partnership to the Federal Communications Commission ("FCC") on June 25, 2015, as published on the FCC's website.

5. Attached hereto as **Exhibit D** is a true and correct copy of a press release issued by Charter on May 18, 2016.

6. Attached hereto as **Exhibit E** is a true and correct copy of the transcript of the Deposition of Jerry Birenz taken on August 30, 2021 in the above-captioned matter.

7. Attached hereto as **Exhibit F** is a true and correct copy of a document produced by Defendant BHN in the above-captioned matter as BHN_00003838.

8. Attached hereto as **Exhibit G** is a true and correct copy of a document produced by Mr. Birenz in the above captioned matter as BIRENZ_00000051.

9. Attached hereto as **Exhibit H** is a true and correct copy of the *subpoena duces tecum* Plaintiffs issued to Mr. Birenz in the above-captioned matter, dated June 8, 2020.

10. Attached hereto as **Exhibit I** is a true and correct copy of the affidavit of service dated June 18, 2020 of the *subpoena duces tecum* Plaintiffs issued to Jerry Birenz in the above-captioned matter.

11. Attached hereto as **Exhibit J** is a true and correct copy of the *subpoena duces tecum* Plaintiffs issued to Advance in the above-captioned matter, dated June 8, 2020.

12. Attached hereto as **Exhibit K** is a true and correct copy of the affidavit of service dated June 12, 2020 of the *subpoena duces tecum* Plaintiffs issued to Advance in the above-captioned matter.

13. Attached hereto as **Exhibit L** is a true and correct copy of the *subpoena duces tecum* Plaintiffs issued to Sabin in the above-captioned matter, dated January 6, 2021.

14. Attached hereto as **Exhibit M** is a true and correct copy of a letter from Jennifer Golinveaux of Winston & Strawn LLP to Neema Sahni of Covington & Burling LLP concerning the Birenz subpoena, dated July 2, 2020.

15. Attached hereto as **Exhibit N** is a true and correct copy of a letter from Jennifer Golinveaux of Winston & Strawn LLP to Neema Sahni of Covington & Burling LLP concerning the Advance subpoena, dated June 26, 2020.

16. Attached hereto as **Exhibit O** is a true and correct copy of a letter from Jennifer Golinveaux of Winston & Strawn LLP to Neema Sahni of Covington & Burling LLP concerning the Sabin subpoena, dated January 20, 2021.

17. Attached hereto as **Exhibit P** is a true and correct copy of an e-mail chain between counsel to Plaintiffs and Winston and Strawn LLP, dated from July 23, 2020 to January 7, 2021.

18. Attached hereto as **Exhibit Q** is a true and correct copy of a privilege log produced by Advance Publications, Inc. in the above-captioned matter, dated February 25, 2021.

19. Attached hereto as **Exhibit R** is a true and correct copy of e-mail from Thomas Kearney of Winston & Strawn LLP to Michael Fields of Covington & Burling LLP, copying others, dated from February 17, 2021, to February 25, 2021.

20. Attached hereto as **Exhibit S** is a true and correct copy of a deposition subpoena to Mr. Birenz in the above-captioned matter, dated August 3, 2021.

21. Attached hereto as **Exhibit T** is a true and correct copy of the Contribution Agreement between Advance/Newhouse and Charter dated as of March 31, 2015, as published on the website of the U.S. Securities and Exchange Commission.

22. Attached hereto as **Exhibit U** is a true and correct copy of a DMCA Designated Agent Directory entry for Altice, USA Inc. as published on the website of the U.S. Copyright Office, dated September 4, 2021.

23. In August 2021—more than a year after Plaintiffs served Advance with a subpoena *duces tecum* in this matter—Advance produced two documents, both of which were copies of BHN's publicly-filed DMCA agent registrations.

4

24. In response to the June 18, 2020 *subpoena duces tecum* to Mr. Birenz, Mr. Birenz produced only 17 documents, 9 of which were communications with Plaintiffs' counsel in this case.

25. Since serving Plaintiffs' subpoenas to Respondents, Plaintiffs have conferred with counsel to Respondents and BHN concerning those subpoenas on numerous occasions, including most recently on September 7, 2021. Exhibits A, B, P, and R include a non-exhaustive record of the parties' communications related to the disputed discovery responses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of September, 2021 in New York, NY

*/s/ Joshua B. Picker*
Joshua B. Picker