UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

  v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-710-MSS-TGW

## DECLARATION OF NEEMA T. SAHNI
## IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL

I, Neema T. Sahni, hereby declare and state as follows:

1. I am a partner at the law firm Covington & Burling LLP, attorneys of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion to Compel dated September 15, 2021. I have personal knowledge of all facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a subpoena served by Plaintiffs on counsel for Ronald Hughes on August 9, 2021.

3. Attached hereto as **Exhibit B** is a true and correct copy of a subpoena served by Plaintiffs on counsel for Robert Kuszmar on August 9, 2021.

4. Attached hereto as **Exhibit C** is a true and correct copy of a subpoena served by Plaintiffs on counsel for Michael Tomasullo on August 9, 2021.

5. Attached hereto as **Exhibit D** is a true and correct copy of Ronald Hughes' Objections to Plaintiffs' subpoena, served on August 23, 2021.

6. Attached hereto as **Exhibit E** is a true and correct copy of Robert Kuszmar's Objections to Plaintiffs' subpoena, served on August 23, 2021.

7. Attached hereto as **Exhibit F** is a true and correct copy of Michael Tomasullo's Objections to Plaintiffs' subpoena, served on August 23, 2021.

8. Attached hereto as **Exhibit G** is a true and correct copy of an email conferral chain between counsel for Plaintiffs and counsel for Respondents, spanning July 23, 2021, to September 7, 2021.

9. Attached hereto as **Exhibit H** is a true and correct copy of pages 26 to 31 of the transcript for the deposition of Robert Kuszmar, taken on July 22, 2021.

10. Attached hereto as **Exhibit I** is a true and correct copy of pages 13 to 19 of the transcript for the deposition of Ronald Hughes, taken on August 19, 2021.

11. Attached hereto as **Exhibit J** is a true and correct copy of BHN's Amended Initial Disclosures, served on September 10, 2021.

12. Attached hereto as **Exhibit K** is a true and correct copy of an email conferral chain between counsel for Plaintiffs and counsel for Respondents, dated September 14, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of September, 2021 in Los Angeles, California.

*/s/ Neema T. Sahni*
Neema T. Sahni