# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs and Counter-Defendants,

v.

BRIGHT HOUSE NETWORKS, LLC

    Defendant and Counter-Plaintiff.

Case No. 8:19-cv-00710-MSS-TGW

## THIRD PARTY CHARTER COMMUNICATIONS, INC.'S NOTICE OF JOINDER IN AND ADOPTION OF NON-PARTIES ADVANCE PUBLICATIONS, INC., SABIN, BERMANT, AND GOULD LLP, AND JERRY BIRENZ'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

Third Party Charter Communications, Inc.[1], by counsel, hereby joins in non-parties Advance Publications, Inc., Sabin, Bermant, and Gould LLP, and Jerry Birenz's Opposition to Plaintiffs' Motion to Compel [Doc. 347], filed on September 24, 2021.

---

[1] Charter Communications, Inc. is the successor in interest to Bright House Networks, LLC, and holds the privilege implicated by this motion. Spectrum Sunshine State, LLC (f/k/a Bright House Networks, LLC) is a subsidiary of Charter Communications, Inc.

Dated: September 24, 2021

Respectfully submitted,

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

Erin R. Ranahan (*pro hac vice*)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071
Tel: (213) 615-1933
Email: eranahan@winston.com

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Nathan A. Hamstra (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
Michelle A. Clark (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com
Email: michelleclark@quinnemanuel.com

Todd A. Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

*Counsel for Third Party Charter Communications, Inc.*