# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

### PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT A REPLY IN FURTHER SUPPORT OF THEIR TIME-SENSITIVE MOTION TO COMPEL DOCUMENTS AND FURTHER DEPOSITION TESTIMONY

Pursuant to Local Rule 3.01(d), Plaintiffs respectfully request leave to file a reply of no more than five pages, in further support of their September 10, 2021 Motion to Compel (Dkt. 338) (the "Motion"), and in response to the opposition (Dkt. 347, the "Opposition") of Respondents Advance Publications, Inc., Sabin, Bermant & Gould LLP ("Sabin"), and Jerry Birenz (collectively, "Respondents") and intervenor Charter Communications, Inc. ("Charter").

Good cause for a reply exists because the reply will (i) "address arguments in [ ] response in opposition that [movants] believe are inaccurate and unsupported," *Pk Studios, Inc. v. R.L.R. Investments, LLC*, No. 2:15-CV-389-FTM-99CM, 2015 WL 12843877, at *1 (M.D. Fla. Dec. 8, 2015); and (ii) address arguments first raised in Respondents' Opposition, *see Clements v. St.*

*Johns County Sheriff's Office*, No. 3:07-cv-1017-J-25JRK, 2008 WL 11336601 (M.D. Fla. Dec. 5, 2008).

*First*, Respondents obscure the fact that they *expressly consented* to the jurisdiction of this Court, thereby waiving any objection to Plaintiffs filing their Motion in this forum. Plaintiffs' proposed reply will clarify this record, and further explain that this waiver of any objection resolves the matter, since there is no jurisdictional bar to this Court hearing the Motion.

*Second*, Respondents and Charter submit new factual declarations concerning Charter's efforts to preserve BHN's privilege, which feature significant omissions when compared with Mr. Birenz's sworn deposition testimony. Dkt 347.2, 347.3. Plaintiffs are entitled to respond to these new facts and arguments.

*Third*, Respondents assert that they are withholding documents on the basis of the work product doctrine, but they mischaracterize the scope of that doctrine and omit that Mr. Birenz and Sabin have repeatedly refused to produce a privilege log necessary to formally invoke its protections. *See* Dkt. 347, at § III.D. Plaintiffs are entitled to respond to this new argument, including with authority demonstrating that Respondents have waived any work product claims by failing to produce a log.

Plaintiffs accordingly request leave to submit a reply of no more than five pages addressing the matters above, to be filed no more than five business

days following the Court's ruling on this request.

| | |
|---|---|
| Dated: September 27, 2021 | /s/ *Neema T. Sahni* <br> Neema T. Sahni (*pro hac vice*) <br> Mitchell A. Kamin (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> 1999 Avenue of the Stars, Suite 3500 <br> Los Angeles, CA 90067-4643 <br> Telephone: (424) 332-4800 <br> nsahni@cov.com <br> mkamin@cov.com <br><br> Jonathan M. Sperling (*pro hac vice*) <br> Joshua B. Picker (*pro hac vice*) <br> COVINGTON & BURLING LLP <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018-1405 <br> Telephone: (212) 841-1000 <br> jsperling@cov.com <br> jpicker@cov.com <br><br> David C. Banker, Esquire <br> Florida Bar No. 0352977 <br> Bryan D. Hull, Esquire <br> Florida Bar No. 020969 <br> BUSH ROSS, P.A. <br> 1801 North Highland Avenue <br> P.O. Box 3913 <br> Tampa, FL 33601-3913 <br> Telephone: (813) 224-9255 <br> dbanker@bushross.com <br> bhull@bushross.com <br><br> Matthew J. Oppenheim (*pro hac vice*) <br> Scott A. Zebrak (*pro hac vice*) <br> Jeffrey M. Gould (*pro hac vice*) <br> OPPENHEIM + ZEBRAK, LLP <br> 4530 Wisconsin Ave. NW, 5th Floor <br> Washington, DC 20016 <br> Telephone: (202) 621-9027 |

— 4 —

      matt@oandzlaw.com
      scott@oandzlaw.com
      jeff@oandzlaw.com

      *Attorneys for Plaintiffs*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), Plaintiffs certify that they attempted to confer by email with counsel to Respondents Advance, Sabin, and Birenz regarding this motion. In particular, on September 27, 2021, Plaintiffs informed counsel for Respondents of their intent to file this motion. As of the filing of this motion, counsel for Respondents had not responded as to whether they consent to the relief requested herein. Pursuant to Local Rule 3.01(g)(3), Plaintiffs will try diligently for three days to contact Respondents' counsel concerning this motion.

Dated: September 27, 2021  /s/ *Neema T. Sahni*
Neema T. Sahni

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF, including counsel to Defendant BHN and to Respondents Advance, Sabin, and Birenz.

*/s/ Neema T. Sahni*
Attorney for Plaintiffs