## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> *Defendant*. | Case No. 8:19-cv-00710-MSS-TGW |

### JOINT MOTION RELATED TO EXPERT DEPOSITIONS

The parties, by and through their respective counsel, jointly move this Court for an Order amending the Order and Discovery Motion Deadline dated February 6, 2020 (Dkt. 110) ("February 2020 Order") which provides, in relevant part, that "the parties may take up to 20 depositions per side." Because each side requires the ability to take the depositions of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), there is good cause to amend the February 2020 Order.

Subject to this Court's approval, and for good cause shown, the parties request that this Court enter an Order permitting depositions of all experts in the above-captioned action disclosed pursuant to Fed. R. Civ. P. 26(a)(2)(B) pursuant to the terms set forth below:

1. Each side may take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the February 2020 Order.

-2-

2. Neither side will use this agreement as a basis to obtain additional party or third-party depositions absent leave of the Court.

3. **Local Rule 3.01(g) Certification**: Pursuant to Local Rule 3.01(g), Counsel for Plaintiffs and for Defendant conferred via email on September 21, 2021 and September 22, 2021 regarding this Motion, and agree upon the relief requested.

WHEREFORE, the parties respectfully request that this Court enter an Order amending the February 2020 Order to permit each side to take the deposition of each expert disclosed by the opposing side pursuant to Fed. R. Civ. P. 26(a)(2)(B), even if such deposition would exceed the 20-deposition limit set forth in the February 2020 Order.

Dated:       September 28, 2021

/s/ *Neema T. Sahni*
Jonathan M. Sperling *(pro hac vice)*
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Stacey Grigsby *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20001
Telephone: (202) 662-6000
sgrigsby@cov.com

Mitchell A. Kamin *(pro hac vice)*
Neema T. Sahni *(pro hac vice)*
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

Matthew J. Oppenheim *(pro hac vice)*
Scott A. Zebrak *(pro hac vice)*
Jeffrey M. Gould *(pro hac vice)*
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Floor
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro *(pro hac vice)*
Nathan Hamstra *(pro hac vice)*
Allison Huebert *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400 (telephone)
(312) 705-7401 (facsimile)
E-mail:
andrewschapiro@quinnemanuel.com
E-mail:
nathanhamstra@quinnemanuel.com
E-mail:
allisonhuebert@quinnemanuel.com

Charles K. Verhoeven *(pro hac vice)*
David Eiseman *(pro hac vice)*
Linda Brewer *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
(415) 875-6600 (telephone)
(415) 875-6700 (facsimile)
E-mail:
charlesverhoeven@quinnemanuel.com
E-mail:
davideiseman@quinnemanuel.com
E-mail:
lindabrewer@quinnemanuel.com

Todd Anten *(pro hac vice)*
Jessica Rose *(pro hac vice)*
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave, 22nd floor
New York, NY 10010
(212) 849-7000 (telephone)
(212) 849-7100 (facsimile)
E-mail: toddanten@quinnemanuel.com
E-mail: jessicarose@quinnemanuel.com

Jennifer A. Golinveaux *(pro hac vice)*
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111-5840

P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Counsel for Plaintiffs*

(415) 591-1506 (telephone)
(415) 591-1400 (facsimile)
E-mail: jgolinveaux@winston.com

Erin R. Ranahan *(pro hac vice)*
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1933
E-mail: eranahan@winston.com

Michael S. Elkin *(pro hac vice)*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
E-mail: melkin@winston.com

Michael L. Brody *(pro hac vice)*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Tel: (312) 558-5600
E-mail: mbrody@winston.com

William J. Schifino, Jr.,
Florida Bar Number 564338
John A. Schifino
GUNSTER, YOAKLEY &
STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
Tel: (813) 228-9080
E-mail: bschifino@gunster.com
E-mail: jschifino@gunster.com

*Counsel for Defendant*
*Bright House Networks, LLC*

## CERTIFICATE OF SERVICE

      I certify that on September 28, 2021, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
*Counsel for Defendant*
*Bright House Networks, LLC*
