**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　**Case No. 8:19-cv-710-MSS-TGW**

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

**PLAINTIFFS' NOTICE OF FILING UN-REDACTED VERSIONS OF THEIR MOTION TO COMPEL PRODUCTION OF DOCUMENTS (ECF 342) AND EXHIBIT I IN SUPPORT (ECF 343-9), AND A REDACTED VERSION OF EXHIBIT H IN SUPPORT (ECF 343-8)**

Plaintiffs hereby file un-redacted versions of (1) their Motion to Compel Production of Documents ("the Motion"; ECF 342), and (2) Exhibit I in support (ECF 343-9), pursuant to M.D. Fla. Local Rule 1.11(d).  In addition, Plaintiffs hereby file a redacted version of Exhibit H (ECF 343-8) in support of the Motion, pursuant to the Court's order (ECF 366) granting Robert Kuszmar's motion to redact his private address.  In support of this filing, Plaintiffs state:

1. Attached hereto is an un-redacted version of the Motion that appears at ECF 342.

2. Attached hereto as Exhibit I is a true and correct copy of pages 13 to 19 of the transcript for the deposition of Ronald Hughes, taken on August 19, 2021.  This replaces the slipsheet filed at ECF 343-9.

3. On September 15, 2021, Plaintiffs filed a redacted version of the

     Motion, and a slipsheet in lieu of Exhibit I, because they were required to treat Mr. Hughes' deposition transcript, and any references thereto, as Confidential or Highly Confidential pursuant to the Stipulated Protective Order.  Dkt. 58, ¶ 7.  The time had not yet expired for Defendant Bright House Networks ("BHN") to designate specific pages and lines of Mr. Hughes' transcript as protected information, and therefore the entire transcript was accorded confidential treatment.

4. On September 15, 2021, Plaintiffs emailed un-redacted versions of the Motion and Exhibit I to counsel for Respondents and BHN.  Plaintiffs notified counsel that: "Pursuant to Local Rule 1.11(d), Plaintiffs filed a redacted copy of the Motion, and a slipsheet in lieu of Exhibit I, on the public docket, so that BHN may consider whether to move to seal the withheld materials, which BHN has designated as confidential.  In accordance with Local Rule 1.11(d), if BHN files no motion to seal within 14 days, Plaintiffs will file the unredacted Motion and exhibit on the public docket."

5. On September 22, 2021, BHN emailed counsel for Plaintiffs its confidentiality designations for Mr. Hughes' deposition transcript, and those designations did not include the pages excerpted in Exhibit I and referenced in the Motion.

6. Neither respondents nor BHN moved to seal the Motion or Exhibit I

within 14 days pursuant to Local Rule 1.11(d).

7. Attached hereto as Exhibit H is a true and correct copy of pages 26 to 31 of the transcript for the deposition of Robert Kuszmar, taken on July 22, 2021, with Mr. Kuszmar's address redacted. This replaces the document previously filed at ECF 343-8.

8. On October 1, 2021, the Court granted Mr. Kuszmar's motion to seal his address. ECF 366. The Court directed Plaintiffs to re-file Exhibit H with Mr. Kuszmar's address redacted.

Dated: October 4, 2021

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

Respectfully submitted,

*/s/ Neema T. Sahni*
Mitchell A. Kamin (*pro hac vice*)
Neema T. Sahni (*pro hac vice*)
Hardy Ehlers (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com
jehlers@cov.com

Jonathan M. Sperling (*pro hac vice*)
Joshua B. Picker (*pro hac vice*)
Phil Hill (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
jpicker@cov.com
pahill@cov.com

Stacey K. Grigsby (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 10th St NW
Washington, DC 20001
Telephone: (202) 662-6000
sgrigsby@cov.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on October 4, 2021, I caused the foregoing document and all accompanying materials to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

Dated: October 4, 2021

                                                        /s/ *Neema T. Sahni*
                                                        Neema T. Sahni

                                                        *Attorney for Plaintiffs*