**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UMG RECORDINGS, INC, *et al.*,

      Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

      Defendant.

**Case No. 8:19-cv-00710-MSS-TGW**

## PLAINTIFFS' AMENDED RULE 7.1 CORPORATE DISCLOSURES

I hereby disclose the following pursuant to this Court's Order on Interested Persons and

Corporate Disclosure Statement:

      1.      The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

1. UMG Recordings, Inc.
2. Capitol Records, LLC
3. Universal Music Corp.
4. Universal Music – MGB NA LLC
5. Universal Music Publishing Inc.
6. Universal Music Publishing AB
7. Universal Music Publishing Limited
8. Universal Music Publishing MGB Limited
9. Universal Music – Z Tunes LLC
10. AI Entertainment Holdings LLC
11. Polygram Publishing, Inc.
12. Songs of Universal, Inc.
13. Warner Records Inc.
14. Atlantic Recording Corporation
15. Bad Boy Records LLC
16. Elektra Entertainment Group Inc.

1

17. Fueled By Ramen LLC
18. Nonesuch Records Inc.
19. Rhino Entertainment Company
20. Roadrunner Records, Inc.
21. WEA International Inc.
22. Warner/Chappell Music, Inc.
23. Warner-Tamerlane Publishing Corp.
24. WB Music Corp.
25. W.B.M. Music Corp.
26. Unichappell Music Inc.
27. Rightsong Music Inc.
28. Cotillion Music, Inc.
29. Intersong U.S.A., Inc.
30. Sony Music Entertainment
31. Arista Music
32. Arista Records LLC
33. LaFace Records LLC
34. Provident Label Group, LLC
35. Sony Music Entertainment US Latin
36. Volcano Entertainment III, LLC
37. Zomba Recordings LLC
38. Sony Music Publishing (US) LLC
39. EMI Al Gallico Music Corp.
40. EMI April Music Inc.
41. EMI Blackwood Music Inc.
42. Colgems-EMI Music Inc.
43. EMI Consortium Music Publishing Inc. d/b/a EMI Full Keel Music
44. EMI Consortium Songs, Inc., individually and d/b/a EMI Longitude Music
45. EMI Entertainment World Inc. d/b/a EMI Foray Music
46. EMI Jemaxal Music Inc.
47. EMI Feist Catalog Inc.
48. EMI Miller Catalog Inc.
49. EMI Mills Music, Inc.
50. EMI U Catalog Inc.
51. Jobete Music Co. Inc.
52. Stone Agate Music
53. Screen Gems-EMI Music Inc.
54. Stone Diamond Music Corp.
55. Warner Music Group Corp.
56. Affiliates of Access Industries, Inc.
57. Len Blavatnik
58. BB Investments LLC
59. Bad Boy Records
60. Universal Music Group, N.V., a Dutch public limited company
61. Sony Corporation

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

At present, Plaintiffs are unaware of any such entity.

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

At present, Plaintiffs are unaware of any such entity.

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiffs.


I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: October 13, 2021

*/s/ Jeffrey M. Gould*
Matthew J. Oppenheim (pro hac vice)
Scott A. Zebrak (pro hac vice)
Jeffrey M. Gould (pro hac vice)
Alexander Kaplan (pro hac vice)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Mitchell A. Kamin
Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
mkamin@cov.com
nsahni@cov.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 13, 2021, a true and correct copy of the foregoing was was filed

with the Clerk of Court via the CM/ECF system.

*/s/ Jeffrey M. Gould*

5