UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
Plaintiff,
v.                                           CASE NO. 8:19-cv-710-T-35TGW
BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

ORDER

THIS CAUSE came on to be heard upon Plaintiff's Motion to Compel (Doc. 341) and Plaintiffs' Motion to Compel Production of Documents (Doc. 342). For the reasons stated at the hearing,

it is, upon consideration,

ORDERED:

1. That the Plaintiff's Motion to Compel (Doc. 341) is **GRANTED in part, and DENIED in part,** as follows:

   - Interrogatory 17 is **GRANTED.**
   - Interrogatory 24 is **GRANTED.**
   - Request for Production 21 is **GRANTED**, except that the defendant may redact Time Warner and Charter information.
   - Requests for Admissions 54, 66, 76, 86, 95 and 104 are **DENIED** on their merits.
   - Requests for Admissions 51-53, 55-59, 60-65, 67-68, 69-75, 77, 78-85, 87-94, 96-103 are **DENIED** for failure to comply with the

Discovery Order.

- Request for Admission 21 is **DENIED**.
- Request for Admission 23 is **DENIED**.
- The defendant's claim of privilege is **OVERRULED** as to exhibits U, R, S, Y, and the second page of exhibit AA.
- The defendant's claim of privilege is **SUSTAINED** as to Exhibits V, W, X, and the first page of exhibit AA.

The defendant has **two weeks** to produce the ordered documents.

    2.    That the Plaintiffs' Motion to Compel Production of Documents (Doc. 342) is **DENIED**.

DONE and ORDERED at Tampa, Florida, this 3rd day of November, 2021.

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE