# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | **Case No. 8:19-cv-710-MSS-TGW** |

### UNOPPOSED MOTION TO EXTEND BRIGHT HOUSE'S DEADLINE TO RESPOND TO INTERROGATORY NO. 17 PER THE COURT'S <u>NOVEMBER 3, 2021 ORDER</u>

Bright House Networks, LLC ("Bright House") respectfully requests entry of an order extending its time to respond to Plaintiffs' Interrogatory No. 17 to December 8, 2021, and states:

1. On February 25, 2021, Bright House served objections in response to Plaintiffs' Interrogatory No. 17, which requested that Bright House identify subscribers by account number who were the subject of three or more notices of alleged infringement and were also terminated for nonpayment between March 2013 and May 2016.

2. On September 15, 2021, Plaintiffs challenged Bright House's objections to Interrogatory No. 17 before this Court in a motion to compel, along with raising a number of other discovery disputes.  *See* Dkt. 341.

1

3. On November 3, 2021, the Court entered an Order in favor of Plaintiffs on several disputes raised in their motion and ordered Bright House to provide documents and discovery responses within two weeks of the Order's entry, including service of a response to Interrogatory No. 17. *See* Dkt. 402. Bright House anticipates meeting the two-week deadline for all discovery obligations set forth in the Order with the exception of its response to Interrogatory No. 17, and requests the Court extend that deadline alone to December 8, 2021.

4. Since the Court's Order on November 3, Bright House has diligently gathered more than one million lines of data from its legacy systems relating to disconnects for nonpayment. However, many of the account numbers in this data pre-date a billing conversion in which account numbers were updated on a rolling basis during the relevant 2013 to 2016 time period. To ensure it accurately determines whether an account was the subject of three or more notices of alleged infringement, along with having been terminated for nonpayment, Bright House needs to compare the data to conversion tables to account for pre-conversion and post-conversion activity. Bright House is diligently working to do so, but given the volume of data at issue and the temporary unavailability of a Bright House employee with knowledge necessary for this process, Bright House requires an additional three weeks to complete the analysis.

5. In accordance with Local Rule 3.01(g), Bright House has conferred with Plaintiffs, who consent to the requested relief.

6. Accordingly, Bright House respectfully requests entry of an order extending the deadline in the Court's November 3, 2021 Order for responding to Plaintiffs' Interrogatory No. 17 to December 8, 2021. *See* Dkt. 402.

Dated: November 17, 2021

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY &
STEWART, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: nathanhamstra@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Todd A. Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com
Email: katyakopjan@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com
Email: michelleclark@quinnemanuel.com
Email: miketrombetta@quinnemanuel.com

*Counsel for Defendant
Bright House Networks, LLC*

## **LOCAL RULE 3.01(g) CERTIFICATION**

The Parties conferred and Plaintiffs consent to the requested relief.

Dated: November 17, 2021               */s/ Andrew H. Schapiro*

                                                                Andrew H. Schapiro

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on November 17, 2021, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro