IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC <br><br> Defendant. | Case No. 8:19-cv-710-MSS-TGW |

**DEFENDANT BRIGHT HOUSE NETWORKS, LLC'S
NOTICE OF INTENT TO REQUEST REDACTION**

Defendant Bright House Networks, LLC hereby gives notice pursuant to ECF 406 that it intends to request redaction of the transcript of the motion hearing held on November 3, 2021 before Magistrate Judge Thomas G. Wilson, entered on the docket as ECF 405. A motion to redact will be submitted to this Court on or before December 8, 2021, pursuant to ECF 405. The proceedings were reported by David J. Collier, Offical Court Reporter, 801 North Florida Avenue, 7th Floor, Tampa, Florida 33602.

Dated: November 24, 2021               Respectfully submitted,

| | |
|---|---|
| Jennifer A. Golinveaux (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>101 California Street, 35th Floor<br>San Francisco, CA 94111<br>Tel: (415) 591-1506<br>Email: jgolinveaux@winston.com<br><br>Michael S. Elkin (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 294-6700<br>Email: melkin@winston.com<br><br>Erin R. Ranahan (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>333 S. Grand Avenue, 38th Floor<br>Los Angeles, CA 90071<br>Tel: (213) 615-1933<br>Email: eranahan@winston.com<br><br>Michael L. Brody (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Tel: (312) 558-5600<br>E-mail: mbrody@winston.com | */s/ Andrew H. Schapiro*<br>Andrew H. Schapiro (*pro hac vice*)<br>Nathan A. Hamstra (*pro hac vice*)<br>Allison Huebert (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>Email: andrewschapiro@quinnemanuel.com<br>Email: nathanhamstra@quinnemanuel.com<br>Email: allisonhuebert@quinnemanuel.com<br><br>Todd A. Anten (*pro hac vice*)<br>Jessica Rose (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7192<br>Email: toddanten@quinnemanuel.com<br>Email: jessicarose@quinnemanuel.com<br><br>Charles K. Verhoeven (*pro hac vice*)<br>David Eiseman (*pro hac vice*)<br>Linda Brewer (*pro hac vice*)<br>Michelle A. Clark (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>Email: charlesverhoeven@quinnemanuel.com<br>Email: davideiseman@quinnemanuel.com<br>Email: lindabrewer@quinnemanuel.com<br>Email: michelleclark@quinnemanuel.com<br><br>William J. Schifino, Jr.<br>Florida Bar No. 564338<br>GUNSTER, YOAKLEY & STEWART, P.A.<br>401 E. Jackson Street, Suite 2500<br>Tampa, FL 33602<br>Tel: (813) 228-9080<br>Email: bschifino@gunster.com<br><br>*Counsel for Defendant*<br>*Bright House Networks, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 24, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro