# Exhibit A

## Provisionally Withheld Pursuant to Local Rule 1.11(d)