# Exhibit U

From antipiracy2@riaa.com  Thu Mar 26 06:55:23 2015
Return-Path: <antipiracy2@riaa.com>
X-Original-To: saves@outpost.dtecnet.com
Delivered-To: saves@outpost.dtecnet.com
Received: from US-Notice1-b.us-reportsite.dtecnet.com (unknown [10.41.130.245])
        by outpost.dtecnet.com (Postfix) with ESMTP id 218F12C0918
        for <copyright@sabinfirm.com>; Thu, 26 Mar 2015 06:55:23 -0500 (CDT)
MIME-Version: 1.0
Date: Thu, 26 Mar 2015 11:55:30 +0000
X-Mailer: Chilkat Software Inc (http://www.chilkatsoft.com)
X-Priority: 3 (Normal)
Subject: Copyright Infringement - Notice ID # 222104530889
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain;
         charset="utf-8"
To: copyright@sabinfirm.com
From: "Recording Industry Association of America Inc" <antipiracy2@riaa.com>
Message-ID:
<CHILKAT-MID-901a160b-63ff-689f-a622-89cce23eca33@US-Notice1-b.us-reportsite.dtecnet
.com>

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA1

03-26-2015
Bright House Networks
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=

arly illegal. You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer. Learn how at the "=
About Music Copyright Notices" section of www.riaa.com. That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to the many authorized music sites=
 where fans can go to listen to and/or purchase their favorite songs. =20

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared. We assert that th=
e information in this notice is accurate, based upon the data available =
to us. We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law. Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet. This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks. If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back. If you are =
able to identify and resolve the problem yourself, please send us a resp=
onse indicating the actions you have taken. Please reference the above =
noted Notice ID 222104530889 in all correspondence, which should be dire=
cted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004

Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- -----------------------------
JASON DERULO TRUMPETS

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------
Infringing Work : TRUMPETS
Filename : Jason Derulo - Trumpets.mp3=20
First found (UTC): 2015-03-25T17:23:50.69Z
Last found (UTC): 2015-03-25T17:24:28.25Z
Filesize : 8891415 bytes=20
IP Address: 72.239.200.26
IP Port: 51562
Network: BitTorrent
Protocol: BitTorrent =20
=0A=0A- ---Start ACNS XML=0A<?xml version=3D"1.0" encoding=3D"UTF-8"?>=20
<Infringement xsi:schemaLocation=3D"http://www.acns.net/ACNS http://www.=
acns.net/v1.2/ACNS2v1_2.xsd" xmlns=3D"http://www.acns.net/ACNS" xmlns:xs=
i=3D"http://www.w3.org/2001/XMLSchema-instance"> <Case>
<ID>222104530889</ID>=20
<Status>OPEN</Status>=20
<Severity>Normal</Severity>=20
<Ref_URL></Ref_URL>
</Case>
<Complainant>
<Entity>Recording Industry Association of America Inc</Entity>=20
<Contact>Jeremy Landis</Contact>=20
<Address>1025 F Street NW 10th Floor Washington DC
20004</Address>=20
<Phone>1-888-868-2124</Phone>=20
<Email>riaa.antipiracy@dtecnet.com</Email>=20
</Complainant>
<Service_Provider>
<Entity>bright house NETWORKS</Entity>=20
<Contact></Contact>=20
<Address>Sabin, Bermant & Gould LLP, Four Times Square, New
York, =
NY 10036-6526</Address>=20
<Phone></Phone>
<Email>copyright@sabinfirm.com</Email>=20
</Service_Provider>
<Source>
<TimeStamp>2015-03-25T17:24:28.25Z</TimeStamp>=20
<IP_Address>72.239.200.26</IP_Address>=20

<Port>51562</Port>=20
<DNS_Name>72-239-200-26.res.bhn.net</DNS_Name>
<Type>P2P</Type>=20
<SubType BaseType=3D"P2P" Protocol=3D"BITTORRENT" />
<Number_Files>1</Number_Files>=20
<IsSource>false</IsSource>
</Source>
<Content>
<Item>
<TimeStamp>2015-03-25T17:24:28.25Z</TimeStamp>=20
<AlsoSeen Start=3D"2015-03-25T17:23:50.69Z"
End=3D"2015-03-25T17:24:2=
8.25Z"></AlsoSeen>
<Title>TRUMPETS</Title>=20
<Artist>JASON DERULO</Artist>
<FileName>Jason Derulo - Trumpets.mp3</FileName>=20
<FileSize>8891415</FileSize>=20
<Type>Music</Type>=20
<Hash
Type=3D"SHA1">1214C05AF33AA6CDEB7E509C2343C7FA0A8D8823</Hash>
</Item>
</Content>
<History></History>=20
<Notes></Notes><Type Retraction=3D"false">DMCA</Type>
<Detection>
<Asset>
<OriginalAssetName>TRUMPETS</OriginalAssetName>
</Asset>
<ContentMatched Audio=3D"true" Video=3D"false" Text=3D"false"
Human=3D=
"false"/>
<HashMatched>true</HashMatched>
<MetadataMatched>false</MetadataMatched>
<VerificationID>Manual and automated watermark
verification</Verificat=
ionID>
</Detection>
<Verification>
<VerificationLevel Type=3D"DT">3</VerificationLevel>
</Verification>
<TextNotice><![CDATA[03-26-2015
Bright House Networks
Sir or Madam:

I am contacting you on behalf of the Recording Industry Association of A=
merica (RIAA) -- the trade association whose member music companies crea=
te, manufacture, and distribute approximately 85% of all legitimate musi=
c sold in the United States. =20

If you are an Internet Service Provider (ISP), you have received this le=
tter because we have identified a user on your network reproducing or di=
stributing an unauthorized copy of a copyrighted sound recording.  This =
letter constitutes notice to you that this user may be liable for infrin=
ging activity occurring on your network.=20

If you are an Internet subscriber (user), you have received this letter =
because your Internet account was used to illegally copy and/or distribu=
te copyrighted music over the Internet through a peer to peer applicatio=
n. =20

Distributing copyrighted works on a peer to peer system is a public acti=
vity visible by other users on that network, including the RIAA.  An his=
toric 2005 U.S. Supreme Court decision affirmed that uploading and downl=
oading copyrighted works without the copyright owner's permission is cle=
arly illegal.  You may be liable for the illegal activity occurring on y=
our computer.

To avoid legal consequences, a user should immediately delete and disabl=
e access to the unauthorized music on your computer.  Learn how at the "=
About Music Copyright Notices" section of www.riaa.com.  That section al=
so contains practical information about:=20

- How you were identified and why illegal downloading is not anonymous
- What next steps to take
- Where to get legal music online

We encourage Internet subscribers to visit the website http://www.whymus=
icmatters.com/ which contains a guide to the many authorized music sites=
 where fans can go to listen to and/or purchase their favorite songs.  =20

We have attached below the details of the illegal file-sharing, includin=
g the time, date, and a sampling of the music shared.  We assert that th=
e information in this notice is accurate, based upon the data available =
to us.  We have a good faith belief that this activity is not authorized=
 by the copyright owner, its agent, or the law.  Under penalty of perjur=
y, we submit that the RIAA is authorized to act on behalf of its member =
companies in matters involving the infringement of their sound recording=
s, including enforcing their copyrights and common law rights on the Int=
ernet.  This letter does not constitute a waiver of any of our member's =
rights, and all such rights are expressly reserved.

We appreciate your efforts to reduce copyright infringement on your netw=
orks.   If you have questions about this notice or need guidance on how =
to resolve this matter feel free to contact us at 1-888-868-2124 or send=
 an email to the address listed below and we call you back.  If you are =
able to identify and resolve the problem yourself, please send us a resp=

onse indicating the actions you have taken. Please reference the above = noted Notice ID 222104530889 in all correspondence, which should be dire= cted to:

Email: riaa.antipiracy@dtecnet.com
or:
https://www.markmonitor.com/AP-Notice/riaa/

Thank you in advance for your cooperation.

Sincerely,
Jeremy Landis=20
Recording Industry Association of America
1025 F Street, NW, 10th Floor
Washington, D.C., 20004
Email: riaa.antipiracy@dtecnet.com
Ph: 1-888-868-2124

List of infringing content
- -----------------------------
JASON DERULO TRUMPETS

- -----------------------------
INFRINGEMENT DETAIL =20
- -----------------------------
Infringing Work : TRUMPETS
Filename : Jason Derulo - Trumpets.mp3=20
First found (UTC): 2015-03-25T17:23:50.69Z
Last found (UTC): 2015-03-25T17:24:28.25Z
Filesize : 8891415 bytes=20
IP Address: 72.239.200.26
IP Port: 51562
Network: BitTorrent
Protocol: BitTorrent =20
]]></TextNotice>
</Infringement>=0A- ---End ACNS XML=0A-----BEGIN PGP SIGNATURE-----
Version: GnuPG v1.4.10 (MingW32)

iEYEARECAAYFAlUT87IACgkQSq2vEtdJiDNnKACeNm4gr+tGinHN26isaYNTjmCP
OVMAoKWz5uEsbO6G+4ktlCtJqIdUMXC9
=3DFyx2
-----END PGP SIGNATURE-----