**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UMG RECORDINGS, INC., *et al*.,

      Plaintiffs,

        v.

BRIGHT HOUSE NETWORKS, LLC,

      Defendant.

Case No. 8:19-cv-00710-MSS-TGW

## NOTICE OF FILING

Plaintiffs hereby notify the Court that they have filed under seal with the Clerk of Court unredacted versions of the documents listed below, pursuant to the Court's order at Dkt. 437.

1. Plaintiffs' Opposition to Bright House Networks' ("BHN") Motion for Summary Judgment (and supporting materials)

2. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of On Amir (and supporting materials)

3. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of Kristofer Buchan (and supporting materials)

4. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen Cross (and supporting materials)

5. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of Harold Furchtgott-Roth (and supporting materials)

6. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners" (and supporting materials)

7. Plaintiffs' Opposition to BHN's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty (and supporting materials)

8. Parties' Stipulation of Agreed Material Facts for Cross-Motions for

Summary Judgment

Plaintiffs have served unredacted versions of these materials on

Defendant's counsel by email.


Dated: February 14, 2022                  Respectfully submitted,

                                          */s/ Neema T. Sahni*
                                          Neema T. Sahni (*pro hac vice*)
                                          Mitchell A. Kamin (*pro hac vice*)
                                          COVINGTON & BURLING LLP
                                          1999 Avenue of the Stars, Suite 3500
                                          Los Angeles, CA 90067-4643
                                          Telephone: (424) 332-4800
                                          nsahni@cov.com
                                          mkamin@cov.com

                                          Jonathan M. Sperling (*pro hac vice*)
                                          COVINGTON & BURLING LLP
                                          The New York Times Building
                                          620 Eighth Avenue
                                          New York, NY 10018-1405
                                          Telephone: (212) 841-1000
                                          jsperling@cov.com

                                          Matthew J. Oppenheim (*pro hac vice*)
                                          Jeffrey M. Gould (*pro hac vice*)
                                          Alexander Kaplan (*pro hac vice*)
                                          OPPENHEIM + ZEBRAK, LLP
                                          4530 Wisconsin Ave. NW, 5th Floor
                                          Washington, DC 20016
                                          Telephone: (202) 621-9027
                                          matt@oandzlaw.com
                                          jeff@oandzlaw.com
                                          alex@oandzlaw.com

David C. Banker, Esquire
Florida Bar No. 0352977
Bryan D. Hull, Esquire
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on February 14, 2022, I caused the foregoing

document and all supporting materials thereto to be filed electronically with the

Clerk of the Court using the CM/ECF system, which will send a notice of

electronic filing to all counsel of record registered with CM/ECF.

<u>*/s/ Neema T. Sahni*</u>
Attorney for Plaintiffs