IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC<br><br>   Defendant. | Case No. 8:19-cv-710-MSS-TGW |

**BRIGHT HOUSE'S MOTION FOR LEAVE TO FILE REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR CURATIVE MEASURES AND
SANCTIONS FOR PLAINTIFFS' SPOLIATION OF EVIDENCE (ECF 447)**

Pursuant to Local Rule 3.01(d), Defendant Bright House Networks, LLC ("Bright House") respectfully moves for leave to file a short reply brief in support of its Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence (the "Motion") [ECF 447 (Jan. 14, 2022)[1]].

Local Rule 3.01(d) provides that "[w]ithout leave, no party may file a reply." Courts in this District have explained that reply briefs are warranted to "rebut any new law or facts contained in the opposition[']s response to a request for relief before the Court." *Promenades Mall (E&A), LLC v. Allstate Ins. Co.*, 2008 WL 11334927, at *1 (M.D. Fla. Aug. 12, 2008); *see also PK Studios, Inc. v. R.L.R. Invs., LLC*, 2015 WL

---

[1]   Bright House filed a version of its Motion as ECF 447 on January 14, 2022, which was redacted because Bright House knew that "another person [i.e., Plaintiffs] considered [material contained therein] confidential." Local Rule 1.11(d). Plaintiffs moved for leave to have the Motion filed under seal [ECF 480 (Feb. 11, 2022)], and that request remains pending. Bright House took no position on Plaintiffs' motion to seal.

1

12843877, at *1 (M.D. Fla. Dec. 8, 2015) (granting leave to file reply to "address arguments in Plaintiff's response in opposition that Defendants believe are inaccurate and unsupported").

Here there is good cause to grant Bright House leave to file a seven page reply brief. Plaintiffs' Opposition [ECF 472 (Feb. 4, 2022)[2]] contains a series of legal and factual misstatements, and correction of the applicable case law and factual record will significantly aid the Court in the resolution of the underlying motion. *See, e.g.*, *Allied Portables, LLC v. Youmans*, 2016 WL 7428229, at *1 (M.D. Fla. Oct. 19, 2016). Specifically, Bright House's proposed reply brief will address factual inaccuracies regarding: (1) Plaintiffs' agent's (MarkMonitor, Inc.) failure to preserve source code and emails that are a subject of Bright House's spoliation motion; (2) unsupported statements regarding the operation of the source code; and (3) disclosures as recent as February 4, 2022—the same date that Plaintiffs' Opposition was filed—that MarkMonitor appears to have selectively retained source code, but not the code relevant to this litigation.

WHEREFORE, Bright House respectfully requests that the Court grant it leave to file a seven page reply brief within seven days of the Court granting the instant motion.

---

[2] Plaintiffs filed a redacted version of their Opposition as ECF 472 on February 4, 2022. Plaintiffs moved for leave to file their Opposition under seal [ECF 480 (Feb. 11, 2022)], and that request remains pending. Bright House took no position on Plaintiffs' motion to seal.

Dated: February 16, 2022

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1000
jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
melkin@winston.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Nathan A. Hamstra (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
andrewschapiro@quinnemanuel.com
nathanhamstra@quinnemanuel.com

Todd Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY &
STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602
Tel: (813) 228-9080
wschifino@gunster.com

*Counsel for Bright House Networks, LLC*

3

## L.R. 3.01(g) CERTIFICATION OF COUNSEL

Pursuant to Local Rule 3.01(g), counsel for Bright House has conferred with counsel for Plaintiffs regarding the relief sought in this motion, and the parties do not agree on the resolution of this motion, in whole or in part. The parties conferred by email on February 9 to 11, 2022.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2022, I caused a true and correct copy of the foregoing to filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all counsel of record.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
