UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-710-MSS-TGW

### NOTICE OF FILING AND RELATED MATTERS

Pursuant to the Court's Order dated February 10, 2022 (ECF No. 479), Plaintiffs hereby notify the Court that on February 25, 2022, they filed under seal with the Clerk of the Court unredacted versions of the following:

- Plaintiffs' Opposition to Bright House Networks, LLC's ("Bright House") Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c) (and supporting materials)

- Declaration of Jeffrey M. Gould (and Exhibits)

Copies of the unredacted versions of the above-listed materials were served upon Defendant's counsel on February 25, 2022 via email. Attached as Exhibit 1 is a file-stamped letter from Plaintiffs' counsel to the Clerk of the Court submitted on February 25, 2022 along with the under-seal filing.

Plaintiffs also note that the issues addressed in the above-listed materials relate to Bright House's motion against non-party MarkMonitor, Inc. for contempt and sanctions pursuant to Fed. R. Civ. P. 37(c) and 45(g) in the miscellaneous proceeding

1

captioned *Bright House Networks, LLC v. MarkMonitor, Inc.*, Case No. 8:20-mc-00064-MSS-TGW (M.D. Fla.), ECF No. 53 (filed Feb. 4, 2022).

Dated: February 28, 2022

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Ste. 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Respectfully submitted,

*/s/ Jeffrey M. Gould*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

David C. Banker, Esq. (0352977)
Bryan D. Hull, Esq. (020969)
BUSH ROSS, P.A.
1801 North Highland Ave.
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*