# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No. 8:19-cv-710-MSS-TGW |

## NOTICE OF FILING

Pursuant to the Court's Order dated January 7, 2022 [Dkt. 437], Defendant Bright House Networks, LLC ("Bright House") hereby notifies the Court that it has filed under seal with the Clerk of the Court unredacted versions of the following summary judgment reply brief and supporting materials:

1. **Bright House's Reply in Support of Its Motion for Summary Judgment, with the following attachments:**

   - Reply Declaration of Timothy Frendberg
   - Reply Declaration of Andrew H. Schapiro
   - Ex. A to the Reply Declaration of Andrew H. Schapiro
   - Reply Declaration of Karl N. Snow, Ph.D.
   - Declaration of Sandeep Chatterjee, Ph.D.
   - Ex. A to the Declaration of Sandeep Chatterjee, Ph.D.

Copies of the unredacted versions of the above materials have been served upon Plaintiffs' counsel on February 28, 2022 by e-mail.

1

Dated: February 28, 2022

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1000
jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
melkin@winston.com

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Nathan A. Hamstra (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
andrewschapiro@quinnemanuel.com
nathanhamstra@quinnemanuel.com

Todd Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
toddanten@quinnemanuel.com
jessicarose@quinnemanuel.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY &
STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602
Tel: (813) 228-9080
wschifino@gunster.com

*Counsel for Bright House Networks, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 28, 2022, I caused a true and correct copy of Bright House's Notice of Filing to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
