# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

      **Plaintiffs,**

v.                                               **Case No: 8:19-cv-710-MSS-TGW**

**BRIGHT HOUSE NETWORKS, LLC.**

      **Defendant.**

_____

## ORDER

**THIS CAUSE** comes before the Court in response to the Joint Motion for Preliminary Pre-trial Conference (Dkt. 477) and the Parties' subsequent email request for clarification of directives given at the telephonic hearing of February 10, 2022. For clarity of the record, the Court has docketed the email inquiry. (Dkt. 525)

The Court clarifies that the hearing it is seeking to set will address all pending motions in this case, except for Plaintiffs' Motion for Partial Summary Judgment (Dkt. 451), Defendant's Motion for Summary Judgment (Dkt. 461), and all motions noticed to be heard at the Motion Hearing on Confidentiality Issues scheduled for March 15, 2022, at 2:00PM.

The Court will set aside **two (2) days** for this hearing, **and it will take place in person at the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom**

**7A at 9:00 a.m. before the United States District Judge Mary S. Scriven**. To ensure that the necessary attorneys are in attendance, the Court hereby **ORDERS** that:

1. The Parties Shall, within seven (7) days of the date of this Order, advise the Court which set of the following dates will work better for the two-day hearing: (i) Thursday, May 26th, and Friday, May 27th, 2022, or (ii) Tuesday, June 7th, and Wednesday, June 8th, 2022.

2. To ensure that the record is complete, rather than sending an email, the Parties shall file a joint motion/notice requesting that the Court set the hearing on the selected date.

    **DONE** and **ORDERED** in Tampa, Florida, this 8th day of March 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2