IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC<br><br>    Defendant. | Case No. 8:19-cv-710-MSS-TGW |

**JOINT NOTICE REGARDING AVAILABILITY OF
EXPERT WITNESSES AT MAY 25-26, 2022 HEARING**

Pursuant to the Court's instruction at the March 15, 2022 hearing, the parties respectfully notify the Court of the following availability of experts who are the subjects of *Daubert* motions (filed Jan. 14, 2022).

**I.    Bright House Networks, LLC's Notice**

Five of Bright House's six experts—**Dr. Kevin Almeroth, Dr. Sandeep Chatterjee**, **Wayne Coleman**, **Dr. Karl Snow** and **George Strong**—are available to attend the May 25-26 hearing in person.

**Dr. Aram Sinnreich** is not available to attend the May 25-26 hearing in person due his attendance that week at the International Communication Association's 2022 annual conference being held in Paris, France—an academic conference where he will be presenting two papers and providing required support for his graduate students. With the Court's permission, Dr. Sinnreich can make himself available remotely on

1

May 25, 2022 from 8:00am ET – 2:00pm ET by telephone or, if technologically feasible, by videoconference.

**II.     Plaintiffs' Notice**

Plaintiffs can confirm that all but one of their experts are available to attend a hearing on May 25-26.

Specifically, Plaintiffs' experts, Dr. On Amir, Kristofer Buchan, Barbara Federiksen-Cross, Dr. Harold Fuchtgott-Roth, Paul Geluso, Dr. Terrence McGarty, and Yi-Wen Lai-Tremewan are available to attend the May 25-26 person in hearing.

In addition, five of Plaintiffs' six remaining audio engineer experts (the "Expert Listeners") are available to attend the hearing; Plaintiffs are still seeking confirmation from one.  Plaintiffs contend that Bright House has not challenged the Expert Listeners' expertise, methodology, or conclusions. (See Def.'s Mot. to Exclude Ops. & Testimony of P. Geluso & the "Listeners" (Jan. 14, 2022); Pls.' Opp. (Feb. 14, 2022).)  Plaintiffs therefore request guidance from the Court as to whether these six Expert Listeners should attend the May 25-26 hearing, and if so, whether they may participate remotely by Zoom.

Dated: March 16, 2022

Respectfully submitted,

*/s/ Jeff Gould*

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

Respectfully submitted,

*/s/ Andrew H. Schapiro*

Andrew H. Schapiro (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP

2

Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

*Counsel for Plaintiffs*

191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Todd A. Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

*Counsel for Defendant*
*Bright House Networks, LLC*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2022, I caused a true and correct copy of the foregoing document and all supporting materials thereto to be sent via email to all counsel of record.

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro