UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                                        Case No: 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC.,

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the matters raised at the March 15, 2022, Motion Hearing on Confidentiality Issues (the "Hearing"). At this Hearing, the Court resolved all issues relating to the various motions to seal and redacted filings in this matter. The Court also directed the Parties to file a subsequent Proposed Order with the Court's determinations as to which filings and related exhibits are to remain under seal.

The Parties have fully briefed the substantive issues in this case, and the Court will be holding a hearing on **Wednesday, May 25, 2022 and Thursday, May 26, 2022,** to discuss the issues noticed in its previous order. (See Dkt. 528) (noting that the Court will address all pending motions in this case, except for Plaintiffs' Motion for Summary Judgment, (Dkt. 451), and Defendant's Motion for Summary Judgment,

(Dkt. 461)) The Court will issue a separate Order noticing this hearing. Thus, as discussed at the Hearing, it is hereby **ORDERED** as follows:

1. All deadlines in this case other than the ones directing the Parties to file the Proposed Order and directing the Parties to appear at the hearing are hereby **STAYED** and the **Clerk** is directed to **ADMINISTRATIVELY CLOSE** this case **UNTIL THE COURT DIRECTS ITS REOPENING**.

2. **The Parties** are **DIRECTED** to file the Proposed Order by **April 18, 2022**, (Dkt. 550), and the Clerk is **DIRECTED** to **ACCEPT** it. The Clerk is also **DIRECTED** to **ACCEPT** the Parties' Notice of Intent to Request Redaction of the Hearing transcript, if any such notices are filed. (Dkt. 552)

3. In addition, in light of Plaintiffs' "request for guidance from the Court as to whether [the] six Expert Listeners should attend the May 25-26 hearing," (Dkt. 549), **Plaintiff** is **DIRECTED** to identify and disclose to Defendant one (1) exemplar witness who will attend the hearing **IN-PERSON**, while the other Expert Listeners may participate remotely by Zoom. This directive is based on the assumption that all six Expert Listeners engaged in the same methodology to conduct their analysis.

   **DONE** and **ORDERED** in Tampa, Florida, this 24th day of March, 2022.

   MARY S. SCRIVEN
   UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person