# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

**Case No. 8:19-cv-710-MSS-TGW**

## PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to this Court's instruction at ECF No. 552, Plaintiffs hereby give notice that they intend to request redaction of the transcript of the hearing held on March 15, 2022 before Judge Scriven, entered on the docket at ECF No. 551. Pursuant to ECF No. 551, Plaintiffs will file a motion to redact very limited portions of the transcript on or before April 12, 2022.

Dated: March 29, 2022

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Respectfully submitted,

*/s/ Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com

1

Neema T. Sahni  
COVINGTON & BURLING LLP  
1999 Avenue of the Stars, Ste. 3500  
Los Angeles, CA 90067-4643  
Telephone: (424) 332-4800  
nsahni@cov.com  

jeff@oandzlaw.com  
alex@oandzlaw.com  

David C. Banker, Esq. (0352977)  
Bryan D. Hull, Esq. (020969)  
BUSH ROSS, P.A.  
1801 North Highland Ave.  
P.O. Box 3913  
Tampa, FL 33601-3913  
Telephone: (813) 224-9255  
dbanker@bushross.com  
bhull@bushross.com  

*Attorneys for Plaintiffs*