# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that pursuant to Local Rule 3.01(i) Plaintiffs bring to the Court's attention a recent order issued in the materially similar case of *Sony Music Entertainment v. Cox Communications, Inc.*, No. 1:18-cv-00950-LO-JFA, Dkt. 796 (E.D. Va.) ("*Sony v. Cox*"), which denied two motions from defendant Cox Communications, Inc. ("Cox") for relief from judgment under Federal Rules of Civil Procedure 60(b)(2) and (b)(3) (attached as Exhibit A hereto, the "Order"). The Order addresses several issues that relate to the motions listed below, which are presently pending before the Court.

The Order specifically addresses (i) copies of infringing files that are also evidence in this case, including Plaintiffs' argument that files with the same cryptographic hash values are identical, and (ii) a piece of computer source code that MarkMonitor recently found and disclosed in both this case and the related *Warner*

*Records Inc. v. Charter Communications, Inc.*, No. 1:19-cv-00874-RBJ-MEH (D. Colo.) case, which Bright House has moved to exclude.

Plaintiffs submit this supplemental authority in further support of their positions on the following motions:

1. Bright House's motion for spoliation sanctions against Plaintiffs under Rule 37(e) and Plaintiffs' opposition thereto (Dkt. Nos. 447, 472);

2. Bright House's motion for Rule 37(c) discovery sanctions against Plaintiffs and Plaintiffs' opposition thereto (Dkt. Nos. 471, 515);[1]

3. Plaintiffs' motion for partial summary judgment at pp. 5 (¶ 8), 16–17 (filed under seal on Jan. 14, 2022);

4. Plaintiffs' motion to exclude certain expert opinions and testimony of Dr. Sandeep Chatterjee at pp. 5 n.2, 12–15 (filed under seal on Jan. 14, 2022); and

5. Plaintiffs' motion to exclude or limit expert testimony of Dr. Karl Snow at pp. 6–11 (filed under on seal Jan. 14, 2022).

Dated: March 31, 2022

Respectfully submitted,

*/s/ Matthew J. Oppenheim*

| | |
|---|---|
| Jonathan M. Sperling | Matthew J. Oppenheim |
| COVINGTON & BURLING LLP | Jeffrey M. Gould |
| The New York Times Building | Alexander Kaplan |
| 620 Eighth Avenue | OPPENHEIM + ZEBRAK, LLP |
| New York, NY 10018-1405 | 4530 Wisconsin Ave. NW, 5th Fl. |
| Telephone: (212) 841-1000 | Washington, DC 20016 |
| jsperling@cov.com | Telephone: (202) 621-9027 |
| | matt@oandzlaw.com |
| Mitchell A. Kamin | jeff@oandzlaw.com |
| Neema T. Sahni | alex@oandzlaw.com |
| COVINGTON & BURLING LLP | |
| 1999 Avenue of the Stars, Ste. 3500 | David C. Banker, Esq. |
| Los Angeles, CA 90067-4643 | Florida Bar No. 0352977 |

---

[1] The same issues are implicated by Bright House's related motion for Rule 37(c) and Rule 45 sanctions against MarkMonitor in the miscellaneous proceeding. *See Bright House Networks, LLC v. MarkMonitor, Inc.*, No. 8:20-mc-00064, Dkt. No. 53 and opposition filed under seal Feb. 25, 2022.

<table>
<tr><td>

Telephone: (424) 332-4800  
mkamin@cov.com  
nsahni@cov.com  

</td><td>

Bryan D. Hull, Esq.  
Florida Bar No. 020969  
BUSH ROSS, P.A.  
1801 North Highland Ave.  
P.O. Box 3913  
Tampa, FL 33601-3913  
Telephone: (813) 224-9255  
dbanker@bushross.com  
bhull@bushross.com  

*Attorneys for Plaintiffs*

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 31, 2022, I caused the foregoing to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ *Matthew J. Oppenheim*
Matthew J. Oppenheim

*Attorney for Plaintiffs*