UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC. *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

**STIPULATION REGARDING THE VALID REGISTRATION AND
PLAINTIFFS' OWNERSHIP OF OR EXCLUSIVE RIGHTS
TO CERTAIN WORKS-IN-SUIT**

Plaintiffs UMG Recordings, Inc., et al. and Defendant Bright House Networks, LLC ("Bright House"), by and through their respective counsel, hereby agree and stipulate as follows:

**WHEREAS**, on January 14, 2022, Plaintiffs moved for partial summary judgment as to their ownership or control of exclusive rights to, and the valid registration of, 7,150 works at issue in this case. *See* Plaintiffs' Motion for Partial Summary Judgment at 4.

**WHEREAS**, as reflected in its Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment ("Response"), Bright House does not contest, for the purposes of summary judgment, Plaintiffs' ownership of or exclusive rights to, and the valid registration of, 6,818 of those works, which such uncontested works are

listed on Exhibit A hereto.  *See* Response at 17-20; Declaration of Andrew H. Schapiro ¶¶ 18-26; *id.* Exs. Q-1 – Q-4.

**WHEREAS**, also as reflected in its Response, Bright House disputes Plaintiffs' ownership or exclusive control of, and/or the valid registration of, 332 works, which such disputed works are listed on Exhibit B hereto.

**WHEREAS**, the Court instructed the parties during the March 15, 2022 hearing to confer on a solution that would obviate the need for Plaintiffs to file documentation proving ownership of the thousands of works the valid registration of, and ownership of or exclusive rights to which, Bright House does not contest.  *See* Mar. 15, 2022 Hr'g Tr. 152:2–19.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel, that:

1. Because Bright House did not contest ownership of the 6,818 works listed on Exhibit A in its Response, the Court may grant partial summary judgment in favor of Plaintiffs that Plaintiffs own or control exclusive control rights to such works, and such works are validly registered.

2. To aid the Court in resolving disputes as to ownership, control, or valid registration of the works-in-suit, and to avoid unnecessarily voluminous filings, Plaintiffs need only file on the public docket copies of those non-confidential documents that support their claims of ownership or control and valid registration as to the remaining 332 works listed on Exhibit B hereto.

Dated: April 18, 2022

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ *Neema T. Sahni* | /s/ *Andrew H. Schapiro* |

| | |
|---|---|
| Neema T. Sahni (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>nsahni@cov.com | Andrew H. Schapiro (*pro hac vice*)<br>Nathan A. Hamstra (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>191 N. Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Tel: (312) 705-7400<br>andrewschapiro@quinnemanuel.com<br>nathanhamstra@quinnemanuel.com |
| Jonathan M. Sperling (*pro hac vice*)<br>COVINGTON & BURLING LLP<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>jsperling@cov.com | Todd Anten (*pro hac vice*)<br>Jessica Rose (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>toddanten@quinnemanuel.com<br>jessicarose@quinnemanuel.com |
| Matthew J. Oppenheim (*pro hac vice*)<br>Jeffrey M. Gould (*pro hac vice*)<br>Alexander Kaplan (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Fl.<br>Washington, DC 20016<br>Telephone: (202) 621-9027<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br>alex@oandzlaw.com | Charles K. Verhoeven (*pro hac vice*)<br>David Eiseman (*pro hac vice*)<br>Linda Brewer (*pro hac vice*)<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600<br>charlesverhoeven@quinnemanuel.com<br>davideiseman@quinnemanuel.com<br>lindabrewer@quinnemanuel.com |
| David C. Banker, Esquire<br>Florida Bar No. 0352977<br>Bryan D. Hull, Esquire<br>Florida Bar No. 020969<br>BUSH ROSS, P.A.<br>1801 North Highland Avenue<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>Telephone: (813) 224-9255<br>dbanker@bushross.com | William J. Schifino, Jr.<br>Florida Bar No. 564338<br>GUNSTER, YOAKLEY & |

bhull@bushross.com

*Counsel for Plaintiffs*

STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602
Tel: (813) 228-9080
wschifino@gunster.com

*Counsel for Bright House Networks, LLC*

– 4 –