# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>　　Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

### JOINT TIME-SENSITIVE MOTION FOR 20-MINUTE TELEPHONIC OR VIDEO STATUS CONFERENCE REGARDING THE MAY 25-26, 2022 HEARING AND PRE-TRIAL DEADLINES

All Parties hereby jointly and respectfully request that the Court set a short telephonic or video status conference at the Court's earliest convenience to discuss what the Court would like presented at the hearing on May 25-26, 2022, and several imminent pre-trial deadlines that ordinarily occur after resolution of summary judgement and *Daubert* motions.

This motion is time sensitive because it impacts up to 17 motions set for hearing on May 25-26, 2022, as well as imminent pre-trial deadlines that are likely to be materially impacted by resolution of the pending motions. The parties respectfully request a ruling on this motion by Friday, May 6. The parties are not seeking to move the May 25-26 hearing.

Conferral Statement: The parties have conferred on the issues and relief sought by this motion and are in agreement.

In further support of this Motion, the parties state the following:

1. On March 15, 2022, the Court set a two-day hearing for May 25-26, 2022 to resolve all outstanding motions, other than the parties' summary judgment motions. March 15, 2022 Hr'g. Tr. at 142:25-145:16, 150:1-5; ECF 528.

2. By the parties' tally, there are 12 *Daubert* motions concerning 19 putative experts, three sanctions motions, and two motions to strike set for hearing on May 25-26, 2022 (the "May 25-26 Motions").[1] The Court ordered that all experts who are the subject of *Daubert* motions be present for the hearing, with a handful participating remotely by video. *See* ECF 549.

3. The parties have conferred cooperatively to discuss a possible sequencing and administration of the May 25-26 hearing. Given the evidentiary record presented by the parties' briefs, however, the parties respectfully seek further clarification of the Court's expectations on the need for witness testimony.

4. To that end, the parties respectfully request a brief conference with the Court to (1) discuss the orderly sequencing of the May 25-26 Motions, and (2)

---

[1] The 12 *Daubert* motions filed on January 14, 2022 include: Plaintiffs' Motions to Exclude Certain Opinions & Testimony of Dr. Kevin Almeroth, Dr. Sandeep Chatterjee, Wayne C. Coleman, Dr. Aram Sinnreich, Dr. Karl N. Snow, and George Strong, as well as BHN's Motions to Exclude the Opinions & Testimony of On Amir, Kristofer Buchan, Barbara Frederiksen-Cross, Harold Furchtgott-Roth, Paul Geluso & the "Listeners", and Dr. Terrence P. McGarty. The sanctions motions include: BHN's Mot. for Curative Measures & Sanctions for Pls.' Spoliation of Evidence (ECF No. 447); BHN's Mot. for Discovery Sanctions Against Pls. Pursuant to Fed. R. Civ. P. 37(c) (ECF No. 471); and Pls.' Mot. for Spoliation Sanctions (ECF No. 485). The motions to strike include: Pls.' Mot. to Strike Portions of the Decls. of Duncan Hall, Timothy Frendberg, & Andrew Schapiro (ECF No. 483); and Pls.' Mot. to Strike Portions of the Opp. Decls. of Duncan Hall, Timothy Frendberg, & Andrew Schapiro (ECF No. 519).

subject to the Court's preferences, share with the Court the parties' agreed-upon proposal for an efficient manner of dealing with witnesses.

5. Additionally, pursuant to the Third Amended Case Management and Scheduling Order, trial is set for the August 2022 term. In advance of that, the deadline for the parties to meet in-person to Prepare the Joint Final Pretrial Statement is May 30, 2022, and the deadline for submitting the Joint Final Pretrial Statement is June 10, 2022. ECF 314. The Joint Pretrial Statement must include stipulations of fact, exhibits with objections, designations with objections and argument, jury instructions, voir dire questions, and verdict forms, among other things. In addition, motions *in limine* are due June 21, 2022; and trial briefs and highlighted deposition designations are due July 8, 2022 (collectively, all these deadlines, the "Pretrial Filings").

6. Substantial components of these Pretrial Filings are likely to be materially impacted by resolution of the May 25-26 Motions, the parties' pending summary judgment motions, and the pending sanctions motions.

7. The parties therefore respectfully request the opportunity to discuss with the Court the possibility of extending the May 30, June 10, June 21 and July 8 Pretrial Filing deadlines until after resolution of the pending motions.

8. At a minimum, the parties specifically request that the deadlines for deposition designations, jury instructions, voir dire questions, verdict forms, and trial briefs be continued until after resolution of the pending motions.

For the reasons explained herein, the parties respectfully request a 20-minute telephonic or video status conference, at the Court's earliest convenience, to discuss the above issues.

Dated: May 4, 2022

Respectfully submitted,

/s/ *Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Counsel for Plaintiffs*

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Todd A. Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

*Counsel for Defendant*
*Bright House Networks, LLC*