# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                                  Case No: 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS,
LLC.,

    Defendants.

## ORDER

In accordance with the rulings of the Court at the March 15, 2022, hearing on confidentiality issues,

**IT IS HEREBY ORDERED:**

1. **The following documents are directed to be filed on the public record:**

- Declaration of Alexander Kaplan filed in support of Plaintiffs' Motion for Partial Summary Judgment and Exhibits 2-14, 16, 18, 19, 24, 25, and 28-36 thereto, Declaration of Andrew Cass and Exhibits A-B thereto, Declaration of Anish Patel, Declaration of Barbara Frederiksen-Cross and Exhibit 1 thereto, Declaration of Charles Burst and Exhibits A-B thereto, Declaration of David Kokakis, Declaration of Eleni Maltas and Exhibits AB thereto, Declaration of Epiq eDiscovery Solutions, Inc. and Exhibits 1-2 thereto, Declaration of Jacob Cheriff and Exhibits A-B thereto, Declaration of Jeremy Blietz, Declaration of

Katie Gilchrest and Exhibits A-B thereto, Declaration of Kristofer Buchan and Exhibits 1-3 thereto, Declaration of Paul Geluso and Exhibits A-B thereto, Declaration of Rebekah Wineman and Exhibits A-B thereto, Declaration of Tracie Parry, Declaration of Wade Leak, and Declaration of Yi-Wen Lai-Tremewan and Exhibits A-B thereto;

- Non-confidential documents supporting Plaintiffs' claims of ownership or control and valid registration as to the 332 works for which BHN disputes Plaintiffs' ownership or exclusive control or valid registration, filed in support of Plaintiffs' Motion for Partial Summary Judgment;

- Declaration of Jeffrey M. Gould and Exhibits 1, 2, 4-13, and 16-27 filed in support of Plaintiffs' Opposition to Bright House's Motion for Summary Judgment, and the Declaration of Barbara Frederiksen-Cross and Exhibit A filed in support thereto;

- Plaintiffs' Reply filed in support of Plaintiffs' Motion for Partial Summary Judgment;

- Declaration of Jeffrey M. Gould and Exhibits 4 and 5 filed in support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Kevin Almeroth;

- Declaration of Jeffrey M. Gould and Exhibits 3-9, 12, and 13 filed in support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee;

2

- Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman, and the Declaration of Jonathan M. Sperling and Exhibit B filed in support thereto;

- Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich, and the Declaration of Matthew J. Oppenheim and Exhibits 2-7 filed in support thereto;

- Declaration of Corey Miller and Exhibits 3, 4, and 7 filed in support of Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow;

- Declaration of Stacey K. Grigsby and Exhibit B filed in support of Plaintiffs' Motion to Exclude Certain Expert Testimony of George Strong;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of On Amir, and the Declaration of Alexander Kaplan and Exhibits 2-8 filed in support thereto;

- Declaration of Corey Miller and Exhibit 2 filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan;

- Declaration of Jeffrey M. Gould and Exhibits 3, 4, 6, and 7 filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Harold Furchtgott-Roth, and the Declaration of Stacey K. Grigsby and Exhibit 2 filed in support thereto;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners," the Declaration of Paul Geluso, and the Declaration of Phil Hill and Exhibits 1-11 filed in support thereto;

- Exhibits 1, 2, 6, and 7 to the Declaration of Jeffrey M. Gould, the Declaration of Alasdair McMullan, the Declaration of Wade Leak, and the Declaration of Brad Cohen filed in support of Plaintiffs' Opposition to Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence;

- Plaintiffs' Opposition to Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c), and the Declaration of Jeffrey M. Gould and Exhibits 1 and 2 filed in support thereto;

- Declaration of Corey Miller and Exhibits 1, 6-12, 14-16, 20-22, and 24 filed in support of Plaintiffs' Motion for Spoliation Sanctions;

- Bright House's Motion for Summary Judgment, Declaration of Timothy Frendberg and Exhibits A, B, and D filed in support thereto, Declaration of Cody Harrison, Declaration of Andrew H. Schapiro and Exhibits A-P, and R-U filed in support thereto, Declaration of Karl N. Snow and Exhibit A filed in support thereto, Declaration of George G. Strong, Jr. and Exhibit A filed in support thereto, and the Affidavits of Duncan Hall;

4

- Bright House's Motion to Exclude the Opinions and Testimony of On Amir, Declaration of Katy Akopjan and Exhibits B-G filed in support thereto;

- Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan, Declaration of Jessica Rose and Exhibit B filed in support thereto;

- Declaration of Nathan Hamstra filed in support of Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen- Cross, and Exhibits B and E filed in support thereto;

- Declaration of Todd Anten filed in support of Bright House's Motion to Exclude the Opinions and Testimony of Harold Furchtgott-Roth, and Exhibits B and D filed in support thereto;

- Bright House's Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners" and all supporting materials filed in support thereto;

- Declaration of Grace E. Chang filed in support of Bright House's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty thereto;

- Bright House's Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment, Declaration of Timothy Frendberg, and Exhibits A, B, and D filed in support thereto, Declaration of Cody Harrison; Declaration of Andrew H. Schapiro and all exhibits filed in support thereto; Declaration of Karl N. Snow, Ph.D. and all exhibits filed in support thereto; and Affidavits of Duncan Hall;

- Declaration of Michael Trombetta filed in support of Bright House's Response to Plaintiffs' Motion to Exclude the Testimony of Opinions of Dr. Sandeep Chatterjee and Exhibit D filed in support thereto;

- Bright House's Response to Plaintiffs' Motion to Exclude the Opinions and Testimony of Wayne C. Coleman and all materials filed in support thereto;

- Declaration of Todd Anten filed in support of Bright House's Response to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich, and Exhibits A-D, and F filed in support thereto;

- Declaration of Justine Young filed in support of Bright House's Response to Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow;

- Bright House's Response to Plaintiffs' Motion to Exclude Certain Expert Testimony of George Strong and all materials filed in support thereto;

- Bright House's Reply in support of its Motion for Summary Judgement and all materials submitted in support thereof;

- Exhibits A-F, O-P, R-V and Y filed in support of Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence;

- Exhibits C, E-I, N-X, and DD-HH filed in support of Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c); and

- Exhibits 3 and 5-10 to the Declaration of Jason Moore, Declaration of Dan Vasey and all exhibits, and Declaration of Cody Harrison filed in support of Bright House's Opposition to Plaintiffs' Motion for Spoliation Sanctions.

2. **The following documents will remain under seal:**

- Confidential documents supporting Plaintiffs' claims of ownership or control and valid registration as to the 332 works for which BHN disputes Plaintiffs' ownership or exclusive control or valid registration, filed in support of Plaintiffs' Motion for Partial Summary Judgment;

- Exhibits C-D to the Declaration of Nathan Hamstra in support of Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross;

- Exhibit 1 to the Declaration of Jeffrey M. Gould in support of Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee;

- Exhibits A-B to the Declaration of Michael Trombetta in support of Bright House's Response to Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee;

- Exhibits 20, 21, 22, 23 and 26 to the Declaration of Alexander Kaplan filed in support of Plaintiffs' Motion for Partial Summary Judgment;

- Exhibit 6 to the Declaration of Jeffrey M. Gould filed in support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Kevin Almeroth;

- Exhibit C to the Declaration of Timothy Frendberg filed in support of Bright House's Motion for Summary Judgment;

- Exhibit C to the Declaration of Timothy Frendberg filed in support of Bright House's Opposition to Plaintiffs' Motion for Partial Summary Judgment;

- Exhibits 14 and 15 to the Jeffrey M. Gould Declaration filed in support of Plaintiffs' Memorandum in Opposition to Bright House's Motion for Summary Judgment;

- Exhibits 1 and 3-5 to the Declaration of Corey Miller filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan;

- Exhibits 1, 5, and 8-10 to the Declaration of Jeffrey M. Gould filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross;

- Exhibit B to the Declaration of Justine Young in support of Bright House's Response to Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow;

- Exhibits 3, 4, 13, 19, and 23 filed in support of Plaintiffs' Motion for Spoliation Sanctions;

- Exhibits 1 and 2 to the Moore Declaration filed in support of Bright House's Opposition to Plaintiffs' Motion for Spoliation Sanctions;

- Exhibits G, H, J, L, M, R, and X to the Declaration of Andrew Schapiro filed in support of Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence;

- Exhibits 3, 4, 8, 9, 10, and 11 to the Declaration of Jeffrey M. Gould filed in support of Plaintiffs' Opposition to Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence;

- Exhibits A, D, M, AA, and BB to the Declaration of Andrew Schapiro filed in support of Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c); and

- Exhibits 3 and 4 to the Declaration of Jeffrey M. Gould filed in support of Plaintiffs' Opposition to Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c).

3. **The following documents will remain under seal and are directed to be filed on the open record in redacted form:**

- Plaintiffs' Motion for Partial Summary Judgment, and Exhibits 1, 15, 17, and 27 to the Declaration of Alexander Kaplan, the Declaration of Alasdair McMullan, and the Declaration of Sam Bahun filed in support thereto;

- Exhibit Q to the Declaration of Andrew Schapiro filed in support of Bright House's Motion for Summary Judgment;

- Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Kevin Almeroth, and Exhibits 1, 2, and 3 to the Declaration of Jeffrey M. Gould filed in support thereto;

- Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee, and Exhibits 2, 10, and 11 to the Declaration of Jeffrey M. Gould filed in support thereto;

- Bright House's Response to Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee, and Exhibits C, E, and F to the Declaration of Michael Trombetta filed in support thereto;

- Exhibit A to the Declaration of Jonathan Sperling filed in support of Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman;

- Exhibit 1 to the Declaration of Matthew J. Oppenheim filed in support of Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich;

- Bright House's Response to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich, and Exhibit E to the Declaration of Todd Anten filed in support thereto;

- Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow, and Exhibits 1, 2, 5, 6, 8, and 9 to the Declaration of Corey Miller filed in support thereto;

- Bright House's Response to Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow, and Exhibit A to the Declaration of Justine Young filed in support thereto;

- Plaintiffs' Motion to Exclude Certain Expert Testimony of George Strong, and Exhibits A and C to the Declaration of Stacey K. Grigsby filed in support thereto;

- Exhibits A and H to the Declaration of Katy Akopjan filed in support of Bright House's Motion to Exclude the Opinions and Testimony of On Amir;

- Bright House's Motion to Exclude the Opinions and Testimony of Harold Furchtgott-Roth, and Exhibits A and C to the Declaration of Todd Anten filed in support thereto;

- Bright House's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty; and Exhibits A and B to the Declaration of Grace E. Chang filed in support thereto;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty;

- Plaintiffs' Memorandum in Opposition to Bright House's Motion for Summary Judgment, Declaration of Harold Furchtgott-Roth and Exhibit 1 to the Declaration, Exhibit B to the Declaration of Barbara Frederiksen- Cross, and Exhibit 3 to the Declaration of Jeffrey M. Gould filed in support thereto;

11

- Exhibit 1 to the Declaration of Alexander M. Kaplan filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of On Amir;

- Exhibit 1 to the Declaration of Stacey K. Grigsby filed in support of Plaintiffs' Opposition to Bright House's Motion to Exclude the Expert Testimony of Dr. Harold Furchtgott-Roth;

- Bright House's Response to Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Kevin Almeroth;

- Exhibit A to the Declaration of Jessica Rose filed in support of Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan;

- Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross, and Exhibit A to the Declaration of Nathan Hamstra filed in support thereto;

- Plaintiffs' Opposition to Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross, and Exhibit 2 to the Declaration of Jeffrey M. Gould filed in support thereto;

- Plaintiffs' Motion for Spoliation Sanctions, and Exhibits 2, 5, 17, and 18 filed in support thereto;

- Bright House's Opposition to Plaintiffs' Motion for Spoilation Sanctions, the Moore Declaration and Exhibit 4 filed in support thereto;

- Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence, and Exhibits I, Q, and W to the Declaration of Andrew Schapiro filed in support thereto;

- Plaintiffs' Opposition to Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence, the Declaration of Jeffrey M. Gould and Exhibit 5 filed in support thereto, the Declaration of Steven Marks filed in support thereto, and the Declaration of Sam Bahun filed in support thereto; and

- Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c), and Exhibits Z and CC to the Declaration of Andrew Schapiro filed in support thereto.

Each party is **DIRECTED** to re-file their materials originally submitted to the Court under seal with the Parties' Motions for Summary Judgment, *Daubert* Motions, and Motions related to Discovery Sanctions, Curative Measures, and/or Spoliation, according to the above directives, on the public docket by no later than **one week from the date of this Order**.

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of May, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

13

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person