UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
    Plaintiff,

v.                                                       CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE
NETWORKS, LLC,
    Defendant.
_____/

## ORDER

THIS CAUSE came on for consideration upon the Plaintiffs' Unopposed Motion for Admission to Appear *Pro Hac Vice* (Doc. 568).

Attorneys Kellyn Goler, Keith Howell, and Rebecca Weissman, with the law firm Oppenheim + Zebrak, LLP, wish to appear *pro hac vice* on behalf of the plaintiffs (id., p. 1). Ms. Goler, Mr. Howell, and Ms. Weissman have satisfied the requirements of Local Rule 2.01(c). It is, therefore, upon consideration,

ORDERED:

That the Plaintiffs' Unopposed Motion for Admission to Appear *Pro Hac Vice* (Doc. 568) be, and the same is hereby, **GRANTED**.

DONE and ORDERED at Tampa, Florida, this 13th day of May, 2022.

*[signature: Thomas G. Wilson]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE