IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC

    Defendant.

Case No. 8:19-cv-710-MSS-TGW

## **JOINT NOTICE REGARDING MAY 25-26, 2022 HEARING**

Pursuant to the Court's instruction at the May 11, 2022 conference, Plaintiffs and Bright House Networks, LLC ("Bright House") respectfully and jointly notify the Court of the following agreements and proposals regarding the May 25-26, 2022 hearing.

Subject to the Court's approval, the parties jointly propose the following sequencing:

| | **Motion** | **Docket No.** |
|---|---|---|
| 1. | Plaintiffs' Motion to Strike Portions of the Declarations of Duncan Hall, Timothy Frendberg, and Andrew Schapiro | 483 |
| | Plaintiffs' Motion to Strike Portions of the Opposition Declarations of Duncan Hall, Timothy Frendberg, and Andrew Schapiro | 519 |
| 2. | Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich | |
| 3. | Bright House's Motion to Exclude the Opinions and Testimony of On Amir | |
| 4. | Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross | |

1

| 5. | Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee | |
|---|---|---|
| 6. | Bright House's Motion to Exclude the Opinions and Testimony of Kristofer Buchan | |
| 7. | Plaintiffs' Motion to Exclude or Limit Expert Testimony of Dr. Karl N. Snow | |
| 8. | Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman | |
| 9. | Bright House's Motion to Exclude the Opinions and Testimony of Harold Furchtgott-Roth | |
| 10. | Plaintiffs' Motion to Exclude Certain Expert Testimony of George Strong | |
| 11. | Bright House's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty | |
| 12. | Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Kevin Almeroth | |
| 13-15. | Bright House's Motion to Exclude the Opinions and Testimony of Paul Geluso and the "Listeners": <br>    13.    Paul Geluso <br>    14.    Yi-Wen Lai-Tremewan <br>    15.    Charles Burst | |
| 16. | Plaintiffs' Motion for Spoliation Sanctions | 485 |
| 17. | Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence | 447 |
| 17. | Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c) | 471 |

### I. Plaintiffs' Notice

Plaintiffs anticipate the following individuals to be in attendance at the May 25-26 hearing: (i) three (3) outside counsel from Oppenheim + Zebrak, and three (3) outside counsel from Covington & Burling, who will have speaking roles in connection with the pending motions (with each attorney handling a motion individually, and no attorneys dividing argument on any single motion)—all of whom have been permitted to appear *pro hac vice*, except for one whose motion for admission is pending (*see* ECF 570); (ii) up to five (5) outside counsel—two (2) from Oppenheim + Zebrak, two (2)

from Covington & Burling, and one (1) from Bush Ross—who will provide support, all but two of whom are admitted to the Florida bar or have been permitted to appear *pro hac vice*.[1]

Pursuant to the Court's instruction, Plaintiffs present the chart below reflecting allotments of the time that Plaintiffs currently estimate they will use for conducting their direct examinations and cross-examinations for each expert who is the subject of a pending *Daubert* motion. Based on the discussion at the telephonic hearing held on May 11, 2022, Plaintiffs understand that the Court will permit re-direct and/or additional argument on the *Daubert* motions only as it deems necessary, so Plaintiffs have not proposed specific allotments for re-direct examinations below. Instead, Plaintiffs' estimates for direct examinations include and account for any time they expect would be needed for re-directs, if allowed by the Court, and respectfully reserve the right to, at the hearing, reserve for re-direct a portion of their direct examination allotment.

Finally, as indicated in the chart below, Plaintiffs have learned that Dr. McGarty will be unable to travel and appear in-person, as he is caring for an ill spouse. Plaintiffs respectfully request leave for Dr. McGarty to appear remotely by Zoom.

| Expert | Direct Examination | Cross-Examination |
|---|---|---|
| Dr. Aram Sinnreich (remote) | | 30 minutes |
| Prof. On Amir | 15 minutes | |
| Barbara Frederiksen-Cross | 20 minutes | |

---

[1] Sara Dennis of Covington & Burling and Andrew Guerra of Oppenheim + Zebrak are in the process of filing *pro hac vice* applications.

| | | |
|---|---|---|
| Dr. Sandeep Chatterjee | | 30 minutes |
| Kristofer Buchan | 15 minutes | |
| Dr. Karl Snow | | 30 minutes |
| Wayne Coleman | | 40 minutes |
| Dr. Harold Furchtgott-Roth | 20 minutes | |
| George Strong | | 25 minutes |
| Dr. Terrence McGarty (remote) | 20 minutes | |
| Dr. Kevin Almeroth | | 25 minutes |
| Dr. Paul Geluso | 20 minutes | |
| Yi-Wen Lai-Tremewan | 15 minutes | |
| Charles Burst | 5 minutes | |

## II.   Bright House Networks, LLC's Notice

Bright House anticipates the following individuals to be in attendance at the May 25-26 hearing: (i) six (6) outside counsel from Quinn Emanuel who will have speaking roles in connection with the pending motions (with each attorney handling a motion individually, and no attorneys dividing argument on a motion), all of whom are either admitted to the Florida bar or have been permitted to appear *pro hac vice*; (ii) seven (7) outside counsel—three (3) from Quinn Emanuel, two (2) from Winston & Strawn, and two (2) from Gunster—who will provide support, all but one of whom are admitted to the Florida bar or have been permitted to appear *pro hac vice*;[2] and (iii) one (1) client representative, attending for observational purposes.

Pursuant to the Court's instruction, Bright House presents the following chart reflecting allotments of the time that Bright House currently estimates it will use for conducting its direct examinations, cross-examinations, and re-direct examinations for

---

[2]   Sean Anderson of Winston & Strawn is in the process of filing a *pro hac vice* application.

4

each expert who is the subject of a pending *Daubert* motion. Bright House's time estimates for re-direct examinations are based upon Plaintiffs' estimates for their respective cross-examinations:

| Expert | Direct Examination | Cross-Examination | Re-Direct Examination |
|---|---|---|---|
| Dr. Aram Sinnreich (remote) | 15 minutes | | 15 minutes |
| Prof. On Amir | | 10 minutes | |
| Barbara Frederiksen-Cross | | 30 minutes | |
| Dr. Sandeep Chatterjee | 10 minutes | | 10 minutes |
| Kristofer Buchan | | 10 minutes | |
| Dr. Karl Snow | 10 minutes | | 15 minutes |
| Wayne Coleman | 10 minutes | | 15 minutes |
| Dr. Harold Furchtgott-Roth | | 45 minutes | |
| George Strong | 10 minutes | | 15 minutes |
| Dr. Terrence McGarty (remote) | | 15 minutes | |
| Dr. Kevin Almeroth | 10 minutes | | 10 minutes |
| Dr. Paul Geluso | | 15 minutes | |
| Yi-Wen Lai-Tremewan | | 15 minutes | |
| Charles Burst | | 10 minutes | |

Dated: May 13, 2022

Respectfully submitted,

*/s/ Neema T. Sahni*
Jeffrey M. Gould
Matthew J. Oppenheim
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Ste. 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

David C. Banker, Esq. (0352977)
Bryan D. Hull, Esq. (020969)
BUSH ROSS, P.A.
1801 North Highland Ave.
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1000
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602
Tel: (813) 228-9080

        Email: wschifino@gunster.com

        *Counsel for Defendant*
        *Bright House Networks, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2022, I caused a true and correct copy of the foregoing document and all supporting materials thereto to be sent via email to all counsel of record.

        */s/ Andrew H. Schapiro*
        Andrew H. Schapiro