# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that, pursuant to Local Rule 3.01(i), Plaintiffs bring to the Court's attention a recent order issued by Senior United States District Judge R. Brooke Jackson of the District of Colorado in the materially similar case of *Warner Bros. Records Inc. v. Charter Communications, Inc.*, No. 1:19-cv-00874-RBJ-MEH, Dkt. 753 (D. Colo. Mar. 24, 2022) (attached as Exhibit A hereto, the "Order").

The Order *inter alia* denied Charter's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence, Charter's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed R. Civ. P. 37(c), and Charter's Motion for Contempt and Discovery Sanctions Against MarkMonitor, Inc. Pursuant to Fed. R. Civ. P. 37(c) and 45(g). Those motions are materially identical to motions that Bright House has filed in this case, identified below. The Order further accepted and adopted the magistrate judge's amended recommendation on the spoliation motions,

which recommendation was the subject of Plaintiffs' April 18, 2022 Notice of Supplemental Authority in the instant proceedings.[1] Dkt. 560.

Plaintiffs submit this supplemental authority in further support of their positions on the following motions:

1. Bright House's motion for spoliation sanctions against Plaintiffs under Rule 37(e) and Plaintiffs' opposition thereto (Dkt. Nos. 447, 472); and

2. Bright House's motion for Rule 37(c) discovery sanctions against Plaintiffs and Plaintiffs' opposition thereto (Dkt. Nos. 471, 515)[2];

| | |
|---|---|
| Dated: May 19, 2022 | Respectfully submitted, |
| Jonathan M. Sperling<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>jsperling@cov.com<br><br>Neema T. Sahni<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Ste. 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>nsahni@cov.com | /s/ Jeffrey M. Gould<br>Matthew J. Oppenheim<br>Jeffrey M. Gould<br>Alexander Kaplan<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Fl.<br>Washington, DC 20016<br>Telephone: (202) 621-9027<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br>alex@oandzlaw.com<br><br>David C. Banker, Esq.<br>Florida Bar No. 0352977<br>Bryan D. Hull, Esq.<br>Florida Bar No. 020969<br>BUSH ROSS, P.A.<br>1801 North Highland Ave. |

---

[1] The Order also denied Plaintiffs' Motion for Spoliation Sanctions and Plaintiffs' Motion to Strike Portions of the Declaration of Dan Vasey, although these motions raised issues specific to Defendant Charter and its retention of relevant information.

[2] The same issues are implicated by Bright House's related motion for Rule 37(c) and Rule 45 sanctions against MarkMonitor in the miscellaneous proceeding. *See Bright House Networks, LLC v. MarkMonitor, Inc.*, No. 8:20-mc-00064, Dkt. No. 53 and opposition filed under seal Feb. 25, 2022.

                    P.O. Box 3913
                    Tampa, FL 33601-3913
                    Telephone: (813) 224-9255
                    dbanker@bushross.com
                    bhull@bushross.com

*Attorneys for Plaintiffs*