IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

**DEFENDANT BRIGHT HOUSE NETWORKS, LLC'S NOTICE OF EXPERT WITNESS'S UNAVAILABILITY FOR HEARING DUE TO BEREAVEMENT**

Defendant Bright House Networks, LLC hereby respectfully notifies the Court that Wayne Coleman, an expert witness for Bright House, has informed Bright House that he has suffered a death in his family and therefore will be unable to attend the hearing on Plaintiffs' motion to exclude his testimony that is scheduled for May 25–26, 2022. This matter came to Bright House's attention last night.

Accordingly, and consistent with the proposal made by Plaintiffs in their May 20, 2022 notice regarding the unavailability of their witness Dr. Terry McGarty due to illness, Bright House proposes that the motion to exclude Mr. Coleman's testimony (1) be decided on the papers, supplemented by argument from counsel and testimony from Mr. Coleman's deposition; or (2) if the Court concludes that live testimony from Mr. Coleman is needed, that Bright House be permitted to present him to testify in person or by videoconference as soon as possible following the bereavement period, at the Court's convenience. Bright House has conferred with Plaintiffs regarding this

matter, and they do not oppose proceeding in either manner proposed above.  In any event, the parties wish to proceed according to the Court's preferences.

Bright House regrets any inconvenience and appreciates the Court's accommodation of Mr. Coleman in light of his bereavement.

Dated: May 23, 2022

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY &
STEWART P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602
Tel: (813) 228-9080
Email: wschifino@gunster.com

*Counsel for Defendant*
*Bright House Networks, LLC*

Respectfully submitted,

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
Allison Huebert (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com
Email: allisonhuebert@quinnemanuel.com

Todd Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 23, 2022, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

Dated: May 23, 2022          /s/ *Andrew H. Schapiro*
                             *Counsel for Bright House Networks, LLC*