# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UMG RECORDINGS, INC.**, *et al.*,

    **Plaintiffs,**

**v.**                                               Case No: 8:19-cv-710-MSS-TGW

**BRIGHT HOUSE NETWORKS, LLC**,

    **Defendants.**

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiffs' Oral Motion to Allow Expert Witness On Amir to Bring Electronic Equipment into Courthouse for a hearing scheduled on May 25, 2022. Defendant did not object to the motion.

It is **HEREBY ORDERED**

1. Plaintiff's Oral Motion to Allow Expert Witness On Amir to Bring Electronic Equipment into Courthouse on May 25, 2022, (Dkt. 627), is **GRANTED**.

   The Court **PERMITS**:

   a. Expert Witness On Amir to bring a cell to the hearing scheduled for May 25-26, 2022.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of May, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person
CSO Front Desk