# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| CASE NO. 8:19-cv-710-MSS-TGW | DATE: May 25, 2022 |
|---|---|
| TITLE: UMG Recordings, Inc. et al v. Bright House Networks, LLC | |
| TIME: 9:12 AM – 11:29 AM; 11:49 AM – 12:44 PM; 1:45 PM – 5:24 PM | TOTAL: 6 hours, 51 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter: David Walker-Collier |
| Counsel for Plaintiff(s): Matthew Oppenheim; Jonathan Sperling; Neema Sahni; Jeff Gould; David Banker; Corey Miller; Anders Linderot; Sara Dennis; Kelly Goler; Alex Kaplan | |
| Counsel for Defendant(s): John Schifino; Linda Brewer; Andy Schapiro; Allison Huebert; Charlie Verhoeven; Justine Young; David Eiseman; Todd Anten; Dylan Scher; Nate Hamstra; Jennifer Golinveaux; Sean Anderson | |
| Counsel for Interested Party (MarkMonitor, Inc.): Chantel Wonder; Andrew Castricone (via phone) | |

## **CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING**

Court in session and counsel identified for the record. All parties appeared in person, unless otherwise noted. Bright House Client Representatives Steve Sherman and Kirill Abramov are also present.

The Court heard oral argument from the parties regarding:

Plaintiffs' Motion to Strike Portions of the Declarations of Duncan Hall, Timothy Frendberg and Andrew Shapiro (Dkt. 483) and Plaintiffs' Motion to Strike Portions of the Opposition Declarations of Duncan Hall, Timothy Frendberg, and Andrew Shapiro (Dkt. 519), argued by Sahni (Plaintiffs) and Brewer (Defendant). **The motions are denied as stated on the record.**

Plaintiffs' Motion to Exclude Certain Opinions and Testimony of Dr. Aram Sinnreich (Dkt. 452).
    Defense witness, #1, Dr. Aram Sinnreich (via zoom), sworn and testified on direct examination by Schapiro.
    Cross examination by Oppenheim.

      Re-direct by Schapiro. Witness excused.
Plaintiffs' Motion (Dkt. 452). **Ruling as stated on the record.**

Defendant Bright House's Motion to Exclude the Opinions and Testimony of On Amir (Dkt. 462).
      Plaintiffs' witness, #1, Dr. On Amir, sworn and testified on direct examination by Oppenheim.
      Cross examination by Huebert.
      Re-direct by Oppenheim. Re-cross by Huebert. Witness excused.
Oral argument by Oppenheim and Huebert.

12:44 PM    Break. Court in recess.

1:45 PM    Court in session.

Defendant Bright House's Motion to Exclude the Opinions and Testimony of On Amir (Dkt. 462) **is granted, for the reasons stated on the record.**

Defendant Bright House's Motion to Exclude the Opinions and Testimony of Barbara Frederiksen-Cross (Dkt. 464).
      Plaintiffs' witness, #2, Barbara Frederiksen-Cross, sworn and testified on direct examination by Gould.
      Cross examination by Verhoeven.
      Re-direct by Gould. Re-cross by Verhoeven. Witness excused.
Oral argument by Verhoeven, Gould and Oppenheim.
Defendant's Motion (Dkt. 464). **Ruling is reserved.**

Plaintiffs' Motion to Exclude the Testimony and Opinions of Dr. Sandeep Chatterjee (Dkt. 455).
      Defense witness, #2, Dr. Sandeep Chatterjee, sworn and testified on direct examination by Schapiro.
      Cross examination by Gould.

Court will reconvene Thursday, May 26, 2022 at 9:00 AM.

Court adjourned.