**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| | |
|---|---|
| CASE NO.  8:19-cv-710-MSS-TGW | DATE:  June 1, 2022 |
| TITLE:  UMG Recordings, Inc. et al v. Bright House Networks, LLC ||
| TIME:  1:04 PM – 3:47 PM;<br>         4:03 PM – 5:36 PM | TOTAL: 4 hours, 16 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter:  David Collier |
| Counsel for Plaintiff(s):  Matthew Oppenheim; Jonathan Sperling; Neema Sahni; Jeff Gould; David Banker; Corey Miller; Anders Linderot; Sara Dennis; Kellyn Goler; Keith Howell ||
| Counsel for Defendant(s):  John Schifino; Linda Brewer; Andy Schapiro; Charlie Verhoeven; David Eiseman; Todd Anten; Dylan Scher; Bill Schifino; Gracie Chang; Sean Anderson ||
| Counsel for Interested Party (MarkMonitor, Inc.): Chantel Wonder; Andrew Castricone ||

### *CLERK'S MINUTES: PROCEEDINGS OF*
### *EVIDENTIARY MOTION HEARING (DAY 3)*

Court in session and counsel identified for the record. All parties appeared via Zoom videoconference.

This hearing is a continuation of the evidentiary motion hearings held on 5/25/2022 and 5/26/2022.

Plaintiffs' Motion to Exclude Certain Expert Testimony of George Strong, (Dkt. 453) & (Dkt. 581) – *public version*.
    Defense witness #5, George Strong, sworn and testified on direct examination by Eiseman.
    Cross examination by Linderot.
    Re-direct by Eiseman. No re-cross by Linderot.
Oral argument on the Motion by Eiseman and Linderot. Witness excused.
Plaintiffs' Motion (Dkt. 453) & (Dkt. 581). **Ruling is reserved.**

Oral argument by Oppenheim and Brewer re: Plaintiffs' Motion for Spoliation Sanctions, (Dkt. 506), (Dkt. 485) & (Dkt. 577) - *public version*. **Taken under advisement.**

3:47 PM    Break. Court in recess.

4:03 PM    Court in session.

Oral argument by Brewer and Gould re: Defendant Bright House's Motion for Curative Measures and Sanctions for Plaintiffs' Spoliation of Evidence, (Dkt. 447) & (Dkt. 595) – *public version.* **Ruling is reserved.**

Oral argument by Brewer and Gould re: Defendant Bright House's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c), (Dkt. 471) & (Dkt. 591) – *public version*. **Ruling is reserved.**

The parties discuss upcoming witness depositions and trial matters.

Parties to submit draft of Order to modify the following case management dates:
Witness lists due June 10, 2022.
Exhibit lists due on June 17, 2022.
Motions in Limine due on July 8, 2022.
Joint Pretrial Statement due on July 15, 2022.

For the reasons stated on the record, the Court will rule on the remaining motions re: Defendant Bright House's Motion to Exclude the Opinions and Testimony of Terrence P. McGarty, (Dkt. 467) & (Dkt. 587) – *public version;* and Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman, (Dkt. 456) & (Dkt. 584) – *public version,* by written order.

Written order on all motions heard on May 25, 2022; May 26, 2022; and June 1, 2022, to follow.

Court adjourned.