**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UMG RECORDINGS, INC., *et al.*,**

**Plaintiffs,**

**v.** **Case No: 8:19-cv-710-MSS-TGW**

**BRIGHT HOUSE NETWORKS, LLC.,**

**Defendants.**

---

**ORDER**

**THIS CAUSE** comes before the Court for consideration of the Parties' Joint Motion to Amend the Scheduling Order. (Dkt. 637) (the "Joint Motion") Upon review of the Joint Motion, it is **ORDERED** that:

1. The Joint Motion to Amend the Scheduling Order, (Dkt. 637), is **GRANTED**. **All other directives** from the Third Amended Case Management and Scheduling Order, (Dkt. 314), **remain the same**.
2. The pre-trial deadlines, as contemplated by the Joint Motion and discussed at the June 1, 2022, videoconference, are **DIRECTED** to be as follows:
   a. Deadline for Parties to Exchange Witness Lists as **June 13, 2022**.
   b. Deadline for Parties to Exchange Exhibit Lists as **June 17, 2022**.
   c. All Other Motions Including Motions *In Limine* as **July 8, 2022**.
   d. Oppositions to Motions *In Limine* as **July 15, 2022**.

e. Joint Final Pretrial Statement as **July 15, 2022**. On or before this date, the **Parties** shall also email a copy of their updated proposed joint jury instructions, joint verdict forms and *voir dire* in Word format to Chambers at the following email address: chambers_flmd_scriven@flmd.uscourts.gov.

f. Trial term remains **August 2022**.

i. All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. In addition, a three-ring binder containing courtesy copies of all exhibits, properly pre-marked, shall be provided to the Courtroom Deputy Clerk the morning of trial for the Court's use.

ii. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida, this 10th day of June, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person