# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

Case No. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties, by counsel and pursuant to Local Rule 3.01, jointly move this Court for entry of an order amending the operative Case Management and Scheduling Order (Dkt. 639). Specifically, the parties seek to amend the current pre-trial deadline that calls for proposed jury instructions and verdict forms to be submitted on July 15, 2022. The parties propose to file proposed voir dire questions and joint preliminary proposed jury instructions to be given at the start of trial on the current July 15, 2022 date, and propose to file the proposed joint jury instructions to be given at the close of the case and proposed verdict forms on July 22, 2022. The parties respectfully request that the Court adopt and enter the case schedule attached hereto as Exhibit A.

The parties also jointly move this Court to permit them to each file a single, omnibus motion *in limine* instead of multiple, separate motions addressing separate issues. Each party's motion, and any opposition brief thereto, will not exceed forty

(40) pages, which the parties submit is fewer than the total number of pages that separate motions and opposition briefs would require.

Dated: June 28, 2022

*/s/ Andrew H. Schapiro*
Andrew H. Schapiro
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338

*/s/ Jeffrey M. Gould*
Matthew J. Oppenheim
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue P.O.
Box 3913 Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

GUNSTER, TOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
Telephone: (813) 228-9080
bschifino@gunster.com

*Attorneys for Defendant*

*Attorneys for Plaintiffs*