**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE MARY S. SCRIVEN**

| CASE NO.  8:19-cv-710-MSS-TGW | DATE:  July 12, 2022 |
|---|---|
| TITLE:  UMG Recordings, Inc. et al v. Bright House Networks, LLC ||
| TIME:  10:59 AM – 12:56 PM | TOTAL: 1 hour, 57 minutes |
| Courtroom Deputy: Kristin Carreon | Court Reporter:  David Collier |
| Counsel for Plaintiff(s):  Matthew Oppenheim; Jonathan Sperling; Neema Sahni; Jeff Gould; David Banker; Alex Kaplan; Bryan Hull ||
| Counsel for Defendant(s):  John Schifino; Linda Brewer; Andy Schapiro; Charlie Verhoeven; Gracie Chang; Justine Young; Nathan Hamstra ||

### *CLERK'S MINUTES: MISCELLANEOUS HEARING*

Court in session and counsel identified for the record. All parties appeared via Zoom videoconference. Sam Figuera appears for defendant for tech purposes.

Court hears oral argument re: the missing/late discovered source code at issue in Defendant Bright House Networks, LLC's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c) (Dkt. 591) – *public version*. **Taken under advisement.**

Parties are ready to proceed to trial in August 2022.

JURY TRIAL (DATE CERTAIN) set to commence on Monday, August 1, 2022, at 9:00 AM in Tampa Courtroom 17 before Judge Mary S. Scriven.

Orders to follow.

Court adjourned.