UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                                             Case No: 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS,
LLC.,

    Defendant.

## ORDER

On July 12, 2022, the Court held a virtual hearing via Zoom (the "Hearing") concerning the missing/late-discovered source code at issue in Bright House Networks, LLC's Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c), (Dkt. 591), and the Parties' readiness for a trial date certain of August 1, 2022. Upon consideration of all relevant filings, case law, the Parties' arguments at the Hearing, and being otherwise fully advised, the Court **ORDERS** that:

1. Barbara Frederiksen-Cross may **AMEND** her expert report, dated September 29, 2021, (Dkt. 579-2), based on her review of the File Hash Manager and Torrent Manager source code (the "Missing Source Code") disclosed by MarkMonitor on January 5, 2022, February 4, 2022, and February 17, 2022. (See generally Dkts. 591, 610) Ms. Frederiksen-Cross's report (the "Amended Frederiksen-Cross Report") shall set forth (i) the results of her review of the

Missing Source Code and the extent to which she conducted this review independently and/or relied on conversations with third-parties, such as current and former employees of MarkMonitor, and (ii), if and how the review impacts her previous opinion as to the accuracy and reliability of MarkMonitor's system and its reliance on Audible Magic. The Amended Frederiksen-Cross Report shall be served on Defendant and filed with the Court **NO LATER THAN 12:00 PM ON MONDAY, JULY 18, 2022. The Court will NOT permit any extension of this deadline, given its proximity to trial**. If Plaintiffs fail to meet this deadline, the Court will not permit any reference by Plaintiffs to the Missing Source Code at trial.

2. Plaintiffs *and* MarkMonitor shall produce to Defendant Bright House all correspondence between MarkMonitor and Plaintiffs and Plaintiffs' counsel concerning the location/discovery of the Missing Source Code from October 2021 through the date of this Order. No claim of privilege or confidentiality shall attach to this correspondence to prevent its disclosure. This production shall be made **NO LATER THAN 12:00 PM ON MONDAY, JULY 18, 2022**.

3. Defendant's expert, Dr. Sandeep Chatterjee, shall have until **12:00 PM ON MONDAY, JULY 25, 2022,** to amend his expert report, based on his review of the Missing Source Code and the Amended Frederiksen-Cross Report. Dr. Chatterjee may amend his report to set forth (i) his review of the Missing Source Code and the extent to which he conducted this review independently and/or

relied on conversations with third-parties, (ii) how the review impacts his previous opinion as to the accuracy and reliability of MarkMonitor's system and its reliance on Audible Magic, and (iii) an updated rebuttal to Ms. Frederiksen-Cross, limited to the updated opinions expressed in the Amended Frederiksen-Cross Report.

4. The **Clerk** is **DIRECTED** to docket a copy of this Order in the miscellaneous case, <u>Bright House Networks, LLC v. MarkMonitor, Inc.</u>, 8:20-mc-00064-MSS-TGW.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of July, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person