UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UMG RECORDINGS, INC., et al.,**

    **Plaintiffs,**

v.                                              Case No: 8:19-cv-710-MSS-TGW

**BRIGHT HOUSE NETWORKS, LLC,**

    **Defendant.**

_____

## **ORDER**

**THIS CAUSE** comes before the Court *sua sponte*. The jury trial in this matter is currently set on the August 2022 Trial Term. (Dkt. 639)

Accordingly, is it **ORDERED** as follows:

1. This matter is hereby specially set for trial to commence on **Monday, August 1, 2022, at 9:00 a.m.** before United States District Judge Mary S. Scriven, in Tampa. The trial will begin in Courtroom 17 but may move to Courtroom 7A after the first week.

2. **Fifteen (15) days** have been reserved for the trial.

3. All exhibits are to be appropriately pre-marked, in accordance with Local Rule 3.07, Middle District of Florida. Rather than tagging and stapling each exhibit, the parties are permitted to create a full-sized (8.5" x 11") cover sheet version of an exhibit tag for use on the exhibits intended to be provided to the jurors during deliberations. This cover sheet tag shall contain all the required identifying information as well as provide a space for the Court to mark the identification and admission dates of said exhibits

during trial.

4. In lieu of physical and/or paper copies of exhibits for the Court's use, the parties are instructed to provide the Courtroom Deputy with four (4) USB thumb drives, or similar media, containing all proposed exhibits in PDF format on the morning of trial.  The exhibits shall be named using the same exhibit number the parties indicate on their corresponding exhibit lists.  The parties shall also provide their exhibit copies to opposing counsel in electronic format as described above.  At the end of trial, an electronic version of all admitted exhibits shall be provided to the Courtroom Deputy.

5. The parties may create a three-ring binder containing "key documents" as discussed on the record at the hearing on July 12, 2022.  Three courtesy (3) binders shall be provided by counsel as follows: one (1) binder for opposing counsel, one (1) for the Courtroom Deputy and one (1) for the Court.

6. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel and their staff are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District

- 3 -

of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE and ORDERED** in Tampa, Florida this 13th day of July, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party