# Exhibit I

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> *v.* <br><br> BRIGHT HOUSE NETWORKS, LLC <br><br> Defendant. | Case No. 8:19-cv-710-MSS-TGW |

**JOINT PROPOSED *VOIR DIRE* QUESTIONS**

The parties respectfully submit their jointly proposed *voir dire* questions, which are attached as Exhibit A. These questions are intended to supplement, not to replace, the Court's standard *voir dire* questions. *See* https://www.flmd.uscourts.gov/sites/flmd/files/judges/forms/scriven-general-voir-dire-questions.pdf.

Exhibit A includes one disputed question, which Plaintiffs propose asking, to which Bright House objects.

1

# EXHIBIT A

## *Voir Dire* Questions

### CONNECTIONS TO THE PARTIES, WITNESSES, OR LAW FIRMS:

1. I am going to read to you a list of names of the parties[1], the attorneys and law firms, and individuals who might appear as witnesses in this case. For those who recognize any of the names, please answer the following questions:

   - Are you personally acquainted with any individuals named, or any officer, director, or employee of any of the companies named?

   - Do you or any member of your household now own, or have you or any such member ever owned, any stocks or bonds in any of the companies?

   - Have you, any family member, or anyone close to you had any dealings with, or relied financially in any way on, any of the companies or law firms?

   - Do you or someone close to you have any strong feelings, positive or negative, toward any of these companies or law firms?

### BACKGROUND INFORMATION

2. Where do you primarily get your news?

3. Have you or someone close to you ever owned a business? Please explain.

---

[1] Plaintiffs propose including, and Bright House objects to including, the following current and former owners of Bright House in the list of parties/entities read aloud with Question 1: Charter Communications, Inc., Spectrum, and Advance Newhouse. Bright House objects to this question on the grounds it is duplicative, unnecessary, prejudicial, and the subject of a pending motion *in limine*. The Court's standard *voir dire* questions and a jointly proposed question will already require identification of the occupations of potential jurors, their adult children, and their families and any jobs in relevant fields. Once jurors with potentially relevant connections are identified, those jurors can disclose employers in a neutral manner that does not call attention to any particular non-party employers. There is no basis to include entities that are not parties to this case and/or not part of the evidence in this case, and whose mention is the subject of a pending motion *in limine,* in a *voir dire* question about parties and witnesses in the case, and suggest that the Court believes that these entities are related to Bright House or otherwise relevant to the case.

2

4. Are you involved in any hobbies, clubs or organizations? Do you hold any position of leadership (board, secretary, etc.) for any of these organizations?

**EXPERIENCE WITH OR OPINIONS ABOUT THE LEGAL SYSTEM**

5. Have you ever been a plaintiff, a defendant, or a witness (fact or expert) in a lawsuit? Please explain.

6. Do you have any opinion of the legal system based on your involvement, or the involvement of someone close to you, in a case?

**CONNECTIONS TO THE TOPICS IN THIS CASE**

7. Do you have any personal knowledge of this case or other cases dealing with the music industry and alleged copyright infringement, or have you read about or heard them discussed? Or have an opinion regarding it?

8. Have you or someone close to you ever had education, been employed, trained, or had any experience in any of the following areas? If yes, please explain.

    - Law
    - Copyrights
    - Finance/Accounting
    - Music Industry
    - Technology (including use of the Internet, computers, systems, telecommunications, etc.)

9. Do you have any strong feelings positive or negative about Internet service providers or cable companies?

10. Do you have any strong feelings positive or negative about music publishers or record companies?

## ABILITY TO SERVE AS A FAIR AND IMPARTIAL JUROR

11. Do you have any special disability or problem that would make it difficult or impossible for you to serve as a member of the jury in this case?

12. This trial is expected to last up to 15 trial days and should be finished by August 31. Is there any reason why you cannot serve as a juror for this period of time?

13. Do you know of any other matter or opinion which you think may prevent you from rendering a fair and impartial verdict based solely upon the evidence and my instructions as to the law? This is the time for you to give us any additional information we may have failed to ask about, which you think may bear on your ability to serve as a juror and to fairly and impartially weight the evidence. If anyone is uncomfortable discussing something in front of the panel, we would be happy to have you speak with the court and the parties privately. Please raise your hand if there are any matters you wish to bring to our attention.

**DISPUTED QUESTION**: Plaintiffs propose including the following additional question, to which Bright House objects.[2]

14. Have you ever used a peer-to-peer network?

---

[2] Bright House objects to the inclusion of any non-agreed-upon questions as in violation of the Court's Scheduling Order, which permits only a "single list of jointly-proposed questions." Dkt. 314 at 10. Bright House further objects to the substance of Plaintiffs' proposed question as unduly prejudicial and designed to pre-condition the jury.

4