## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*,<br><br>      Plaintiffs,<br><br>   v.<br><br>BRIGHT HOUSE NETWORKS, LLC,<br><br>      Defendant. | CASE NO. 8:19-CV-710-MSS-TGW |

## NON-PARTY, MARK MONITOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH THE COURT'S JULY 13, 2022 ORDER *NUNC PRO TUNC*

COMES NOW Non-Party MarkMonitor, Inc., ("MarkMonitor") by and through its undersigned counsel, and files this Motion for Extension of Time to Comply with the Court's July 13, 2022 Order *Nunc Pro Tunc*, and in support thereof states as follows:

1.      The Court held a virtual hearing via Zoom (the "Hearing") concerning the missing/late-discovered source code at issue in Bright House Networks, LLC ("Bright House")'s Motion for Discovery Sanctions Against Plaintiffs Pursuant to Fed. R. Civ. P. 37(c) (Dkt. 591).

2.      The Court executed its Order regarding said hearing on July 13, 2022, directing Plaintiffs and MarkMonitor to produce to Defendant Bright House all correspondence between MarkMonitor and Plaintiffs and Plaintiff's counsel

concerning the location/discovery of the Missing Source Code from October 2021 through the date of this Order. The Court specified that no claim of privilege or confidentiality shall attach to this correspondence to prevent its disclosure, and that the disclosures were due no later than 12:00 p.m. on Monday, July 18, 2022.

3.     MarkMonitor's counsel, Attorney Andrew Castricone, with Gordon Rees Scully Mansukhani, LLC, was working to comply with the Court's Order; however, on Sunday, July 17, 2022, Mr. Castricone was involved in a motor vehicle accident and unfortunately passed away.

4.     Mr. Castricone's associates at Gordon Rees were informed about his passing on Monday, July 18, 2022, and have begun working on his cases in his stead. They ascertained that Mr. Castricone had not yet completed the production of the correspondence between MarkMonitor, Plaintiffs and Plaintiffs' counsel as per the Court's Order.

5.     On July 18, 2022, the undersigned counsel conferred with both counsel for Defendant and counsel for Plaintiffs. She was informed that the Plaintiffs had complied with the Court's July 13, 2022 Order and production the correspondence between Mark Monitor and Plaintiffs. There should be no additional correspondence between Plaintiffs and MarkMonitor responsive to the Order other than what Plaintiffs produced. However, counsel for MarkMonitor will search for any responsive documents and produce any responsive documents found.

6.     As such, the undersigned counsel hereby requests an extension of time to Wednesday, July 20, 2022, to comply with the Court's July 13, 2022 Order and produce the correspondence in question to the best of their ability in light of the circumstances.

7.     The undersigned counsel for Gordon Rees contacted counsel for Plaintiffs and Defendant to obtain their consent to MarkMonitor's instant Motion; neither the Plaintiffs nor the Defendant oppose MarkMonitor's instant Motion.

8.     No Party in this action will suffer any prejudice if Non-Party MarkMonitor is granted an extension of time to comply with the Court's July 13, 2022 Order.

## **LOCAL RULE 3.01(g) CERTIFICATION**

MarkMonitor's counsel certifies that she conferred with both Parties by email, and both Parties responded that they do not oppose MarkMonitor's Motion.

WHEREFORE, for the foregoing reasons, Non-Party MarkMonitor respectfully requests the Court grant this Motion for Extension of Time to Comply with the Court's July 13, 2022 Order.

Respectfully submitted this 18th day of July, 2022.

**GORDON REES SCULLY MANSUKHANI, LLP**
Miami Tower
100 SE Second Street, Suite 3900
Miami, FL 33131
Telephone: (305) 428-5330
Facsimile: (877) 634-7245

*/s/ Chantel C. Wonder*
Chantel C. Wonder
Florida Bar No. 87601
cwonder@grsm.com
Racquel A. White
Florida Bar No. 392669
rwhite@grsm.com
***Counsel for Non-Party MarkMonitor, Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 18, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM / ECF system, which will send a notice of electronic filing to all counsel of record registered with CM / ECF.

Dated:  July 18, 2022                          /s/ Chantel C. Wonder
                                                      Attorney for MarkMonitor, Inc.

**Service List:**

*Attorneys for Defendant:*

Andrew H. Schapiro
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602

Telephone: (813) 228-9080
bschifino@gunster.com

***Attorneys for Plaintiffs:***

Matthew J. Oppenheim
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com