UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al.<br><br>    Plaintiffs,<br><br>v.<br><br>BRIGHT HOUSE NETWORKS, LLC<br><br>    Defendant. | Case No. 8:19-cv-710-MSS-TGW |

**PLAINTIFFS' UNOPPOSED MOTION FOR ADMISSION
TO APPEAR *PRO HAC VICE***

Plaintiffs, through counsel and under Local Rule 2.01 of the United States District Court, Middle District of Florida, move for an order allowing Mary Swears, Robert Winson, and Julius Mitchell to appear *pro hac vice* in this Court as counsel for the Plaintiffs in the above-styled action.

1.  Plaintiffs have retained the law firm of Covington & Burling LLP, including Attorneys Mary Swears, Robert Winson, and Julius Mitchell, to represent them as lead counsel in all proceedings conducted in this action.

2.  Ms. Swears is admitted to practice and is a member in good standing of the bars of the United States District Courts for the Southern District of New York and Eastern District of New York. She is a member in good standing in each of these jurisdictions. Ms. Swears practices with Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018; telephone (212) 841-1219;

and email: mswears@cov.com. She is not a resident of the State of Florida, nor a member of the Florida Bar.

3. Ms. Swears has no prior *pro hac vice* admissions in a state or federal court in the State of Florida within the previous thirty-six months.

4. Mr. Winson is admitted to practice and is a member in good standing of the bars of the United States District Courts for the Central District of California and Northern District of Texas. He is a member in good standing in each of these jurisdictions. Mr. Winson practices with Covington & Burling LLP, 1999 Avenue of the Stars, Los Angeles, CA 90067; telephone (424) 332-4796; and email: rwinson@cov.com. He is not a resident of the State of Florida, nor a member of the Florida Bar.

5. Mr. Winson has no prior *pro hac vice* admissions in a state or federal court in the State of Florida within the previous thirty-six months.

6. Mr. Mitchell is admitted to practice and is a member in good standing of the bars of the District of Columbia and the United States District Court for the District of Colorado. He is a member in good standing in each of these jurisdictions. Mr. Mitchell practices with Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, NY 10018-1405; telephone (212) 841-1267; and email: jmitchell@cov.com. He is not a resident of the State of Florida, nor a member of the Florida Bar.

7. Mr. Mitchell has no prior *pro hac vice* admissions in a state or federal court in the State of Florida within the previous thirty-six months.

8. Attorneys Swears, Winson, and Mitchell are familiar with and will be governed by the Federal Rules of Civil Procedure, the Local Rules of the United States District Court, Middle District of Florida, and the rules governing the professional conduct of a member of the Florida Bar.

9. Covington & Burling LLP has designated David C. Banker and Bryan D. Hull of Bush Ross, P.A., who reside in Tampa, Florida, as local counsel in this case.

10. The undersigned hereby certifies that Attorneys Swears, Winson, and Mitchell will promptly pay the required fee and complete the email registration requirements of the United States District Court, Middle District of Florida.

11. WHEREFORE, Plaintiffs respectfully request entry of an order admitting Attorneys Swears, Winson, and Mitchell *pro hac vice* and granting such other relief as this Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that Plaintiffs' counsel has conferred with opposing counsel, and that opposing counsel does not object to the relief sought in this Motion.

Respectfully submitted,

Dated: July 19, 2022

/s/ *Bryan D. Hull*
David C. Banker (Florida Bar No. 0352977)
Bryan D. Hull (Florida Bar No. 020969)
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com

bhull@bushross.com

Neema T. Sahni (*pro hac vice*)
J. Hardy Ehlers (*pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com
jehlers@cov.com

Jonathan M. Sperling (*pro hac vice*)
Phil Hill (*pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com
pahill@cov.com

Matthew J. Oppenheim (*pro hac vice*)
Scott A. Zebrak (*pro hac vice*)
Jeffrey M. Gould (*pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
scott@oandzlaw.com
jeff@oandzlaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 19, 2022, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/ *Bryan D. Hull*
Bryan D. Hull

85G2026.DOCX