## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC. *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC, <br><br> Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

### UNOPPOSED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 2.01 of the Local Rules for the United States District Court for the Middle District of Florida, Defendant Bright House Networks, LLC ("**Bright House**") respectfully moves for an Order allowing attorney Raphael Ginsburg of the law firm Quinn Emanuel Urquhart & Sullivan, LLP to appear *pro hac vice* in this Court as counsel for Bright House in this action.

1.      Raphael Ginsburg is an associate of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, located at 191 N Wacker Dr, Ste 2700, Chicago, IL 60606.

2.      Raphael Ginsburg is not a member of the bar of this Court, but is a duly licensed attorney who regularly practices law in Illinois. Raphael Ginsburg is not a resident of Florida or a member of The Florida Bar.

3.      Raphael Ginsburg is a member in good standing of a bar of a United States district court; specifically: Northern District of Illinois, District of Colorado.

4.      Raphael Ginsburg has not abused the privilege of special admission by maintaining a regular law practice in Florida. During the last thirty-six months,

Raphael Ginsburg has appeared as counsel for Bright House Networks in case number 8:20-mc-00064-MSS-TGW in the Middle District of Florida.

5.   Raphael Ginsburg is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.   Bright House desires that Raphael Ginsburg of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP actively participate as co-counsel on its behalf along with local counsel of record in the conduct of all trials and pre-trial and post-trial proceedings in this matter.

7.   Raphael Ginsburg of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP hereby designates John A. Schifino of the law firm Gunster, Yoakley & Stewart, P.A., 401 East Jackson St., Ste. 1500, Tampa, FL 33602, as the member of the bar of this Court, residing in Florida, upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial, in default of the non-resident attorneys.

8.   Raphael Ginsburg will submit the Special Admission Attorney Certification to the Clerk of this Court along with the required $150.00 fee to the Clerk.

9.   Raphael Ginsburg has read and reviewed the Local Rules of this Court and is familiar with and will comply with and be governed by the Rules of Professional Conduct and the other ethical requirements governing the professional behavior of members of The Florida Bar. Raphael Ginsburg certifies that he shall comply with

both the fee and e-mail registration requirements. Raphael Ginsburg certifies that he will register with the Court's CM/ECF system.

**WHEREFORE**, Bright House respectfully requests this Court enter an Order admitting Raphael Ginsburg of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP to practice before this Court *pro hac vice*.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that communication regarding this Motion was made with opposing counsel and that opposing counsel does not object to the relief sought herein.

Dated:  July 19, 2022

Respectfully submitted,

/s/ John A. Schifino
John A. Schifino, Esq.
Florida Bar Number 0072321
GUNSTER
401 E. Jackson St., Ste. 1500
Tampa, FL 33602
Tel:    (813) 228-9080
Fax:   (813) 228-6739
jschifino@gunster.com

Counsel for Defendant Bright
House Networks, LLC

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

*/s/ Raphael Ginsburg*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 19, 2022, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

_s/ John A. Schifino_