UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                                      Case No: 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC.,

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman, (Dkt. 584), and the Response in opposition thereto filed by Bright House. (Dkt. 598) Upon consideration of all relevant filings, case law, and being otherwise fully advised, the Court hereby **ORDERS**

1. Plaintiffs' Motion to Exclude Opinions and Testimony of Wayne C. Coleman, (Dkt. 584), is **GRANTED**. Bright House may attempt to reassert its request to call Coleman to address the music industry's alleged exploitation of creative labor if the Plaintiffs attempt to show or argue that they are altruistic, paternalistic entities seeking to protect the interests of

creative labor. Bright House would need to proffer Coleman as a witness in an *in camera* hearing in advance of such testimony, however.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of July, 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Person