# Exhibit J

Provisionally Withheld Pursuant to Local Rule 1.11(d)