# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

    v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

## REQUEST FOR FINAL PRETRIAL CONFERENCE

Plaintiffs respectfully request that the Court schedule a final pretrial conference on a date of the Court's convenience in advance of trial. Plaintiffs make this request following the Court's ruling on the parties' *in limine* motions and specifically with respect to certain rulings on Bright House's motion *in limine* (the "Order" (ECF 685)).

The Order limits certain evidence and argument. Depending on the scope of the Order, it could impact opening statements, as well as the scope of fact and expert witnesses testimony. Because Plaintiffs would like to resolve these issues before trial begins and would prefer not to delay the trial once a jury pool is available for voir dire, Plaintiffs respectfully request that the Court schedule a pretrial hearing during which these questions can be addressed.

Dated: July 27, 2022

| | |
|---|---|
| David C. Banker, Esquire<br>Florida Bar No. 0352977<br>Bryan D. Hull, Esquire<br>Florida Bar No. 020969<br>BUSH ROSS, P.A.<br>1801 North Highland Avenue<br>P.O. Box 3913<br>Tampa, FL 33601-3913<br>Telephone: (813) 224-9255<br>dbanker@bushross.com<br>bhull@bushross.com | /s/ Matthew J. Oppenheim<br>Matthew J. Oppenheim<br>Jeffrey M. Gould<br>Alexander Kaplan<br>OPPENHEIM + ZEBRAK, LLP<br>4530 Wisconsin Ave. NW, 5th Floor<br>Washington, DC 20016<br>Telephone: (202) 621-9027<br>matt@oandzlaw.com<br>jeff@oandzlaw.com<br>alex@oandzlaw.com<br><br>Neema T. Sahni<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars, Suite 3500<br>Los Angeles, CA 90067-4643<br>Telephone: (424) 332-4800<br>nsahni@cov.com<br><br>Jonathan M. Sperling<br>COVINGTON & BURLING LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018-1405<br>Telephone: (212) 841-1000<br>jsperling@cov.com<br><br>*Counsel for Plaintiffs* |

— 3 —

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

/s/ Matthew J. Oppenheim