UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,
Plaintiffs,

v.                                                          CASE NO. 8:19-cv-710-MSS-TGW

BRIGHT HOUSE
NETWORKS, LLC,
Defendant.

ORDER

THIS CAUSE came on for consideration upon Bright House's Unopposed Motion to Redact Portions of the May 25, May 26, and June 1, 2022 Hearing Transcripts (Doc. 674) and the Plaintiffs' Unopposed Motion to Redact Portions of the May 25 and June 1, 2022 Hearing Transcripts (Doc. 675).

It is, upon consideration,

ORDERED:

That Bright House's Unopposed Motion to Redact Portions of the May 25, May 26 and June 1, 2022 Hearing Transcripts (Doc. 674) and the Plaintiffs' Unopposed Motion to Redact Portions of the May 25 and June 1, 2022 Hearing Transcripts (Doc. 675) are **GRANTED**. The Clerk is: (1) directed to accept a redacted version of each transcript, and (2) place the unredacted versions of these transcripts (Docs. 641, 642, 643) under seal upon the filing of the redacted versions.

DONE and ORDERED at Tampa, Florida, this 27th day of July, 2022.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE