IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC <br><br> Defendant. | Case No. 8:19-cv-00710-MSS-TGW |

**DEFENDANT BRIGHT HOUSE NETWORK LLC'S UNOPPOSED MOTION FOR ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTHOUSE**

Defendant, Bright House Networks, LLC ("Bright House"), pursuant to Local Rule 7.02, respectfully brings this unopposed motion for an order allowing certain individuals to bring electronic equipment into the Sam M. Gibbons United States Courthouse.

As grounds thereof, Bright House state as follows:

1. Trial is set to begin August 1, 2022. Fifteen (15) days have been reserved for trial. *See* ECF 661.

2. In addition to the individuals Bright House submitted on July 22, 2022, ECF 687, the following individuals will also be present with certain technology during the trial:

   a)   Bright House's Consultant, Johanna Hillard: an iPhone; an Apple Watch; and an Oura Smart Ring;

  b)  Bright House's Consultant, <u>Christina Ouska</u>: an iPhone; an Apple Watch; and a diabetic pump (worn for medical reasons);

  c)  Bright House's attorney, <u>Krishna Shah</u>: an iPhone and one (1) power cord; and a laptop and one (1) power cord;

  d)  Bright House's attorney, <u>Robert Allen</u>: an iPhone and one (1) power cord; and a laptop and one (1) power cord;

  e)  Bright House's attorney, <u>Ted Ovrom</u>: an iPhone and one (1) power cord; and a laptop and one (1) power cord;

  f)  Bright House's attorney, <u>Sophia Martell</u>: an Apple Watch and one (1) power cord; an iPhone and one (1) power cord; and a laptop and one (1) power cord; and

  g)  Bright House's attorney, <u>Scott Baker</u>: an Apple Watch and one (1) power cord; an iPhone and one (1) power cord; and a laptop, one (1) mouse, and one (1) power cord.

WHEREFORE, the Parties move for an Order as follows:

  a)  Permitting Bright House's Consultant, <u>Johanna Hillard</u> to bring an iPhone, an Apple Watch, and an Oura Smart Ring into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  b)  Permitting Bright House's Consultant, <u>Christina Ouska </u>to bring an iPhone, an Apple Watch, and a diabetic pump into the Courthouse beginning August

1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  c)  Permitting Bright House's attorney, <u>Krishna Shah</u> to bring an iPhone and one (1) power cord, and a laptop and one (1) power cord into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  d)  Permitting Bright House's attorney, <u>Robert Allen</u> to bring an iPhone and one (1) power cord, and a laptop and one (1) power cord into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  e)  Permitting Bright House's attorney, <u>Ted Ovrom</u> to bring an iPhone and one (1) power cord, and a laptop and one (1) power cord into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  f)  Permitting Bright House's attorney, <u>Sophia Martell</u> to bring an Apple Watch and one (1) power cord, an iPhone and one (1) power cord, and a laptop and one (1) power cord into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

  g)  Permitting Bright House's attorney, <u>Scott Baker</u> to bring an Apple Watch and one (1) power cord, an iPhone and one (1) power cord, and a laptop, one (1) mouse, and one (1) power cord. into the Courthouse beginning August 1, 2022 and through the end of trial in the above-captioned matter as set forth *supra*, ¶ 1.

Dated: July 27, 2022

Respectfully submitted,

Jennifer A. Golinveaux (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Tel: (415) 591-1506
Email: jgolinveaux@winston.com

Michael S. Elkin (*pro hac vice*)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Tel: (212) 294-6700
Email: melkin@winston.com

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: (312) 705-7400
Email: andrewschapiro@quinnemanuel.com

Todd Anten (*pro hac vice*)
Jessica Rose (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7192
Email: toddanten@quinnemanuel.com
Email: jessicarose@quinnemanuel.com

Charles K. Verhoeven (*pro hac vice*)
David Eiseman (*pro hac vice*)
Linda Brewer (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Email: charlesverhoeven@quinnemanuel.com
Email: davideiseman@quinnemanuel.com
Email: lindabrewer@quinnemanuel.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 2500
Tampa, FL 33602
Tel: (813) 228-9080
Email: bschifino@gunster.com

*Counsel for Defendant*
*Bright House Networks, LLC*

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2022, I caused the foregoing document and all supporting materials thereto to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

Dated: July 27, 2022

/s/ *Andrew H. Schapiro*

*Attorney for Bright House Networks, LLC*