# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., *et al.*, <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> BRIGHT HOUSE NETWORKS, LLC <br><br> Defendant and Counter-Plaintiff. | Case No. 8:19-cv-00710-MSS-TGW |

**JOINT NOTICE REGARDING FINAL PRETRIAL CONFERENCE**

Plaintiffs and Defendant, by counsel and pursuant to the Court's July 27, 2022 Endorsed Order [ECF 704], file this Joint Notice regarding the Final Pretrial Conference to be held July 29, 2022. The parties jointly request that the Final Pretrial Conference be held in person, rather than by Zoom.

Respectfully submitted,

/s/ *Andrew H. Schapiro*
Andrew H. Schapiro
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, TOAKLEY &
STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
Telephone: (813) 228-9080

/s/ *Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue P.O.
Box 3913 Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

bschifino@gunster.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2022, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

        */s/ Andrew H. Schapiro*

        Attorney for Bright House Networks, LLC