# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

Case No. 8:19-cv-00710-MSS-TGW

## PLAINTIFFS' UNOPPOSED MOTION FOR ORDER ALLOWING ELECTRONIC EQUIPMENT INTO COURTHOUSE

Pursuant to Local Rule 7.02, Plaintiffs respectfully move this Court for an order allowing certain individuals to bring electronic equipment into the Sam M. Gibbons United States Courthouse during the trial in the above-captioned matter, scheduled to begin August 1, 2022.

As grounds thereof, Plaintiffs state as follows:

1. **Local Rule 3.01(g) Certification** – Counsel for Plaintiffs consulted with counsel for Defendant Bright House Networks, LLC ("BHN") on the requested relief on July 21–22 and 27–28, 2022. BHN consents to the relief requested herein.

2. There is a three-week trial scheduled to begin in this case on August 1, 2022.

3. Certain individuals involved in this case in connection with Plaintiffs—including expert witnesses, Plaintiffs' in-house counsel representatives, trial

consultants, and support staff—will attend the trial and anticipate needing certain electronic equipment at trial.

   4. WHEREFORE, Plaintiffs move for an Order permitting the individuals listed below to bring the electronic equipment listed below into the courtroom each day of the trial scheduled to begin August 1, 2022:

| Name | Role/Organization | Electronic Equipment |
|---|---|---|
| Michael Abitbol | Sony Music Publishing, In-House Counsel | One (1) cell phone; one (1) laptop computer |
| Kristofer Buchan | Plaintiffs' Expert Witness | One (1) cell phone; one (1) laptop computer; one (1) charging cord for laptop |
| Brad Cohen | Warner Music Group, In-House Counsel | One (1) cell phone |
| Stephen Dallas | Universal Music Publishing Group, In-House Counsel | One (1) cell phone |
| Scott Duval | Plaintiffs' Courtroom Technology Consultant, FTI Consulting | One (1) cell phone; two (2) Lenovo ThinkPad laptop computers with peripherals; one (1) external hard drive; two (2) 15.6" monitors; one (1) HDMI four-way switch; one (1) folding table; one (1) PowerPoint clicker; HDMI cabling and electric cords |
| Barbara Frederiksen-Cross | Plaintiffs' Expert Witness | One (1) cell phone; one (1) laptop computer |
| Rick Fuentes | Plaintiffs' Trial Consultant | One (1) cell phone; one (1) iPad |
| Harold Furchtgott-Roth | Plaintiffs' Expert Witness | One (1) cell phone |

| Name | Role/Organization | Electronic Equipment |
| --- | --- | --- |
| Maureen Garry | Oppenheim + Zebrak, LLP, Support Staff | One (1) cell phone |
| Paul Geluso | Plaintiffs' Expert Witness | One (1) cell phone |
| Janet Glick | Covington & Burling LLP, Paralegal | One (1) cell phone; one (1) laptop computer; one (1) Apple Watch; charging cords for laptop and phone |
| David Jacoby | Sony Music Entertainment, In-House Counsel | One (1) cell phone |
| Wade Leak | Sony Music Entertainment, In-House Counsel | One (1) cell phone |
| Terrence McGarty | Plaintiffs' Expert Witness | One (1) cell phone |
| Alasdair McMullan | Universal Music Group, In-House Counsel | One (1) cell phone |
| Tim Meade | Warner Chappell Music, In-House Counsel | One (1) cell phone |
| Carla Miller | Universal Music Group, In-House Counsel | One (1) cell phone |
| David Przygoda | Sony Music Entertainment, In-House Counsel | One (1) cell phone |
| Robert Reznik | Covington & Burling LLP, Paralegal | One (1) cell phone; one (1) laptop computer; charging cords for laptop and phone |
| Yi-Wen Tremewan | Plaintiffs' Expert Witness | One (1) cell phone |
| Kirsten VanHoose | Warner Music Group, In-House Counsel | One (1) cell phone |

Dated:  July 28, 2022

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Ste. 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Respectfully submitted,

*/s/Matthew J. Oppenheim*
Matthew J. Oppenheim
Jeffrey M. Gould
Alexander Kaplan
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com
jeff@oandzlaw.com
alex@oandzlaw.com

David C. Banker, Esq.
Florida Bar No. 0352977
Bryan D. Hull, Esq.
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Ave.
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com

*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 28, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

                                                          */s/ Matthew J. Oppenheim*