# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

### CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.:** 8:19-cv-710-MSS-TGW | **DATE** July 28, 2022 |
| **HONORABLE MARY S. SCRIVEN** | **INTERPRETER:** N/A |
| UMG RECORDINGS, INC.<br><br>   **Plaintiff,**<br><br>v.<br><br><br>**BRIGHT HOUSE NETWORKS, LLC.,**<br><br>  **Defendant.** | **PLAINTIFF'S COUNSEL:**<br>Matthew J. Oppenheim,<br>Jeffrey M. Gould,<br>David C. Banker and<br>Neema T. Sahni<br><br>**DEFENDANT'S COUNSEL:**<br>Linda Brewer,<br>Andrew H. Schapiro,<br>David Eiseman,<br>John A. Schifino,<br>Nathan A. Hamstra,<br>Justin Patrick Bennett,<br>Raphael Ginsburg and<br>Sean R. Anderson with<br>Ryan Fisher, BHN Tech |
| **COURT REPORTER:** David Walker Collier | **COURTROOM:** 7A *via* Zoom |
| **TIME:** 12:35 P.M. – 1:31 P.M.; 2:07 P.M.– 2:19 P.M.; & 2:36 P.M.- 3:09 P.M. | **TOTAL:** 1 Hour, 41 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: EMERGENCY ZOOM STATUS CONFERENCE**

Court in session.

Counsel for both parties are present *via* Zoom video conference and identified for the record.

This matter was set before the Court today to discuss Plaintiffs' assertion that they are entitled to "claw back" as privileged and "not responsive" the nine (9) documents withdrawn from MarkMonitor's production, given the Court's 660 Order that "[n]o claim of privilege or confidentiality shall attach to this correspondence to prevent its disclosure."

The Court will also discuss Plaintiffs' failure to produce these documents in response to the Court's 660 Order for Plaintiffs to produce "all correspondence between MarkMonitor and Plaintiffs and Plaintiffs' counsel concerning the location/discovery of the Missing Source Code from October 21 through [July 13, 2022]."

Discussions are held.

Mr. Gould addresses the Court.

Ms. Brewer addresses the Court.

*~In camera proceedings held~*

The proceedings resume.

Further discussions are held.

For the reasons articulated on the record, the Court directs that the clawed back documents shall be produced to the defense today for their review.

*~Break in Proceedings~*

The proceedings resume.

Mr. Gould addresses the Court.

Ms. Brewer responds.

The Court pronounces its findings on the record.

Mr. Oppenheim addresses the Court regarding Plaintiff's motions *in limine*.

Ms. Brewer responds.

Counsel shall confer.

The Court discusses its trial procedures.

Mr. Schapiro addresses the Court.

Court is adjourned.