UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.                                                     Case No: 8:19-cv-710-MSS-TGW

BRIGHT HOUSE NETWORKS, LLC.,

    Defendants.

_____

BRIGHT HOUSE NETWORKS, LLC,

    Petitioner,

v.                                                    Case No: 8:20-mc-64-MSS-TGW

MARKMONITOR, INC.,

    Respondent.

_____

## ORDER

On July 28, 2022, and July 29, 2022, the Court held virtual hearings via Zoom (the "Hearings") concerning Bright House's Time-Sensitive Motion for Reconsideration of July 22, 2022 Order And/Or For Enforcement of July 13, 2022 Order, (Dkt. 695), and the nine (9) documents withdrawn by Plaintiffs from MarkMonitor's production. (Dkt. 709) In light of the discussions at the Hearings, the Court **hereby ORDERS Mr. Sam Bahun to appear IN-PERSON in Tampa Courtroom 17 at 10:00AM E.S.T. on August 1, 2022.** Mr. Bahun may have his own

counsel and/or counsel for MarkMonitor present. However, as discussed at the Hearings, Plaintiffs' Counsel **SHALL NOT** coach Bahun in advance of this appearance. The **Clerk of the Court** is **DIRECTED** to file a copy of this Order in the miscellaneous case, Bright House Networks, LLC v. MarkMonitor, Inc., 8:20-mc-64-MSS-TGW.

      **DONE** and **ORDERED** in Tampa, Florida, this 29th day of July, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person