UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UMG RECORDINGS, INC.**, *et al.*,

    Plaintiffs,

v.    Case No: 8:19-cv-710-MSS-TGW

**BRIGHT HOUSE NETWORKS, LLC.**,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon review of the Joint Notice of Resolution, (Dkt. 737), filed on August 2, 2022, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby

**ORDERED** that the Joint Notice of Resolution is **GRANTED**. This Case is **DISMISSED WITH PREJUDICE**. The **Clerk** is **DIRECTED** to terminate any pending motions, **CANCEL** today's scheduled hearing, (Dkt.728), **CANCEL** trial scheduled for August 3, 2022, (Dkt. 722) and **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of August, 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record

Any Unrepresented Person