UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UMG RECORDINGS, INC., *et al.*,

    Plaintiffs,

v.

BRIGHT HOUSE NETWORKS, LLC,

    Defendant.

_____/

Case No. 8:19-cv-710-MSS-TGW

### NON-PARTY MARKMONITOR'S NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to this Court's instruction at ECF No. 746, Non-Party MarkMonitor, Inc. ("MarkMonitor") hereby gives notice that it intends to request redaction of the transcripts of the hearings held on July 28, 2022 and July 29, 2022 before Judge Scriven, entered on the docket at ECF Nos. 744 and 745. Pursuant to ECF Nos. 744 and 745, MarkMonitor will file a motion to redact portions of the transcripts on or before August 24, 2022.

Respectfully submitted this 9th day of August 2022.

                                            **GORDON REES SCULLY MANSUKHANI, LLP**
                                            Miami Tower
                                            100 SE Second Street, Suite 3900
                                            Miami, FL 33131
                                            Telephone: (305) 428-5330
                                            Facsimile: (877) 634-7245

                                            */s/ Chantel C. Wonder*
                                            Chantel C. Wonder

Florida Bar No. 87601
cwonder@grsm.com
Racquel A. White
Florida Bar No. 392669
rwhite@grsm.com
***Counsel for Non-Party MarkMonitor, Inc.***

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2022, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM / ECF system, which will send a notice of electronic filing to all counsel of record registered with CM / ECF.

Dated:  August 9, 2022

*/s/ Chantel C. Wonder*
Chantel C. Wonder, Esq.,
Attorney for MarkMonitor, Inc.

**Service List:**

***Attorneys for Defendant:***

Andrew H. Schapiro
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
andrewschapiro@quinnemanuel.com

2

Charles K. Verhoeven
David Eiseman
Linda J. Brewer
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
charlesverhoeven@quinnemanuel.com
davideiseman@quinnemanuel.com
lindabrewer@quinnemanuel.com

Michael S. Elkin
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
melkin@winston.com

Jennifer A. Golinveaux
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
jgolinveaux@winston.com

William J. Schifino, Jr.
Florida Bar No. 564338
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson St., Ste. 2500
Tampa, FL 33602
Telephone: (813) 228-9080
bschifino@gunster.com

*Attorneys for Plaintiffs:*

Matthew J. Oppenheim
Jeffrey M. Gould
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Ave. NW, 5th Fl.
Washington, DC 20016
Telephone: (202) 621-9027
matt@oandzlaw.com

jeff@oandzlaw.com

Neema T. Sahni
COVINGTON & BURLING LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: (424) 332-4800
nsahni@cov.com

Jonathan M. Sperling
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 841-1000
jsperling@cov.com

David C. Banker
Florida Bar No. 0352977
Bryan D. Hull
Florida Bar No. 020969
BUSH ROSS, P.A.
1801 North Highland Avenue
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: (813) 224-9255
dbanker@bushross.com
bhull@bushross.com